1

```
 1   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
 2   ------------------------------x
                                      23-CV-1274(HG)
 3   MATTHEW McDERMOTT,
                                      United States Courthouse
 4            Plaintiff,             Brooklyn, New York

 5            - versus -             April 16, 2024
                                      1:00 p.m.
 6   KALITA MUKUL CREATIVE INC.,

 7            Defendant.
     ------------------------------x

 8
                 TRANSCRIPT OF CIVIL CAUSE FOR BENCH TRIAL
 9            BEFORE THE HONORABLE HECTOR GONZALEZ
                   UNITED STATES DISTRICT JUDGE
10

11   APPEARANCES

12   Attorney for Plaintiff:  SANDERS LAW GROUP
                               333 Earle Ovinton Boulevard
13                             Suite 402
                               Uniondale, New York 11553
14                             BY:  JAMES H. FREEMAN, ESQ.
                                    JOSHUA D. VERA, ESQ.
15
     Attorney for Defendant:  COVINGTON & BURLING
16                             620 Eighth Avenue
                               New York, New York 10018
17                             BY:  GAWON GO, ESQ.

18                             COVINGTON & BURLING
                               3000 El Camini Real
19                             5 Palo Alto Square - Suite 10th Floor
                               Palo Alto, California 94306
20                             BY:  FRANCOISE DJOUKENG, ESQ.

21   Also Present:            KATHARINE SUNG
                               ROBERT REZNIK
22
     Court Reporter:          LINDA D. DANELCZYK, RPR, CSR, CCR
23                             Phone:  718-613-2330
                               Fax:    718-804-2712
24                             Email:  LindaDan226@gmail.com

25   Proceedings recorded by mechanical stenography.  Transcript
     produced by computer-aided transcription.
```

PROCEEDINGS                                    2

1          (In open court.)

2          THE COURTROOM DEPUTY:  This is civil cause for a

3  bench trial on Docket Number 23-CV-1274, McDermott versus

4  Kalita Mukul Creative Inc.

5          Parties please state your appearances for the

6  starting with plaintiffs.

7          MR. FREEMAN:  Good afternoon, Your Honor.

8          James Freeman, Sanders Law Group, on behalf of the

9  plaintiff, Matthew McDermott.

10          THE COURT:  Good afternoon.

11          MR. VERA:  Good afternoon, Your Honor.

12          Joshua Vera Sanders Law Group, on behalf of the

13  plaintiff, Matthew McDermott.

14          THE COURT:  Good afternoon.

15          MS. GO:  Good afternoon.

16          My name is Gawon Go on from Covington & Burling on

17  behalf of Kalita Mukul Creative.

18          THE COURT:  Good afternoon.

19          MS. DJOUKENG:  Good afternoon, Your Honor.

20          Francoise Djoukeng with Covington & Burling on

21  behalf of the defendant Kalita Mukul Creative.

22          THE COURT:  Good afternoon.

23          All right, so we're here today for a bench trial in

24  this matter.

25          As I indicated to the parties when we last met, I'll

1    take some short opening statements and then we can go right to

2    witnesses and try to get through witnesses today as best we

3    can.  All right?

4              So, Mr. Freeman?

5              MR. FREEMAN:  Yes, Your Honor.  Where should I

6    stand?

7              THE COURT:  You know what, you can just stay seated.

8    It's easier just to stay with the mics.

9              MR. FREEMAN:  All right, okay.

10             Your Honor, may it please the Court.  James Freeman

11   on behalf of Sanders Law Group.  We represent the plaintiff,

12   Matthew McDermott, a professional photo journalist in this

13   matter.

14             As the Court knows, defendant Kalita Mukul Creative

15   Inc., which I'll refer to as "Kalita Inc.," has conceded

16   liability for copyright infringement in this case, and is

17   therefore in violation of federal law.

18             The purpose of this trial is twofold.  One, to

19   determine the defendant's state of mind at the time of the

20   infringement; namely whether the defendant acted in reckless

21   disregard of Mr. McDermott's rights when it used his

22   photograph without authorization.

23             Number two, is to determine the amount of statutory

24   damages to be awarded, which may be informed by the first

25   question relating to defendant's state of mind.

OPENING STATEMENT - MR. FREEMAN                4

1         So let's begin by discussing the legal standard to

2    establish wilfulness.

3         To prove wilfulness under the copyright act, the

4    plaintiff must show:  One, that defendant was actually aware

5    of the infringing activity or two that defendant's actions

6    were the result of reckless disregard for, or willful

7    blindness to, the copyright holder's rights.

8         Willfulness in this conduct -- in the context means

9    that the defendant recklessly disregarded the possibility that

10   his conduct represented infringement.  Significantly, the

11   defendant's actual or constructive knowledge proves

12   wilfulness; thus, if evidence of actual knowledge is not

13   available, a plaintiff may still prove wilfulness by

14   proffering circumstantial evidence that gives rise to an

15   inference of willful conduct.

16        The evidentiary standard to establish wilfulness

17   against a media company is not a high bar, considering that

18   media companies are charged with knowledge of U.S. copyright

19   law, in the same way that a restaurant owner might be charged

20   with knowledge of a health code, or a building contractor is

21   charged with knowledge of the building code, a publisher, a

22   news publisher, is certainly charged with knowledge of the

23   copyright acts.

24        Here the evidence will show that defendant's founder

25   and CEO, Ms. Kalita, is a 24-year veteran journalist who

OPENING STATEMENT - MR. FREEMAN                5

1    obtained a graduate degree from Columbia School of Journalism

2    in 2000.  And then went on to become a reporter and managing

3    editor of some of the most prestigious and well-respected

4    media organizations.  The LA Times, Washington Post, Wall

5    Street Journal and CNN, among others.

6            In 2020, Ms. Kalita founded the website

7    epicenter.com during the COVID pandemic.  As of December 2001,

8    when the infringing article was published, the evidence will

9    show that Ms. Kalita was responsible for copyright compliance

10   and that the website only published one article per day, or 20

11   articles per month.

12           However, the evidence will show that as of

13   December 2021, there were no policies, training procedures or

14   compliance protocols in place for licensing photographs for

15   use on defendant's website.  In fact, as of December 2021, and

16   despite her extensive experience in the publishing industry,

17   Ms. Kalita provided no training of any kind to its staff or

18   independent contractors in matters of copyright licensing,

19   despite her role as direct supervisor of copyright compliance

20   and her extensive experience in the industry.

21           The evidence will show at the time of the

22   infringement there were no procedures in place and that

23   Ms. Kalita did not even bother to review the infringing

24   article in question before it was published, and only

25   sporadically reviewed articles before they were published,

1    even though the website only published one article per day.

2          The evidence will also show that with respect to the

3    infringing article in question, there was a total of six

4    photographs published.  Defendant has already conceded

5    liability with respect to the photograph at issue in the case.

6    The evidence will show that none of the other photographs

7    published in the article were properly licensed, or at best,

8    only one of them was licensed.

9          Despite her role as copyright compliance supervisor,

10   as of December 2021, the evidence will show that Ms. Kalita

11   was oblivious as to whether the photos in the infringing

12   article were properly licensed.

13         Courts in this circuit have found wilfulness where a

14   trained veteran journalist failed to obtain a license to

15   republish a photograph, and failed to provide the appropriate

16   photo credit to the copyright holder.

17         Here the evidence will show that Ms. Kalita is a

18   veteran journalist who recklessly disregarded the possibility

19   that the photographs posted to the infringing article were

20   infringing.  After all, she failed to implement the policies

21   and procedures for her staff, and failed to personally review

22   the article herself prior to publication.

23         The evidence will show that the act of infringement

24   by defendant should be deemed in reckless disregard of

25   Mr. McDermott's rights, because as a sophisticated publisher

OPENING STATEMENT - MR. FREEMAN          7

1    with 24 years in the publishing industry, Ms. Kalita should

2    have known that a license was required from the copyright

3    holder to republish the photograph on the website.

4              In terms of statutory damages and the amount to be

5    calculated, as a baseline, plaintiff seeks to establish a fair

6    market value licensing fee of approximately $2500 for the use

7    of the photograph.  This is based on Getty Images Price

8    Calculator.  Getty is the leading stock photography agency,

9    and courts routinely use this methodology to calculate fair

10   market value of a photograph.

11             Now since defendant failed to obtain a license for

12   the photograph in question, the fair market value is an

13   attempt by the Court to the estimate a hypothetical licensing

14   fee.  In other words, what would the license fee have been had

15   defendant contacted plaintiff and negotiated a fee.

16             Under Second Circuit law, in calculating a license

17   fee, all inferences are drawn against the infringer.  So it's

18   not the fee that McDermott would have settled for, it's what

19   fee he was reasonably entitled to charge based on market

20   conditions.

21             A 2500-dollar benchmark represents what's called

22   "advertorial rate".  This word is a combination of two words,

23   advertising and editorial.  And advertorial rate applies when

24   a photograph is used for purposes of advertising within the

25   context of an editorial article.

OPENING STATEMENT - MR. FREEMAN                    8

1          Here the evidence will show that the website,

2   epicenter.com, was, according to Ms. Kalita's own testimony, a

3   part of an advertising campaign that helped generate almost

4   $400,000 in sales in 2021.  For that reason, the advertorial

5   rate should be applicable to this case.  Defendant has failed

6   to come forward with any admissible evidence to counter the

7   2500-dollar advertorial rate.

8          To the extent defendant seek to establish fair

9   market value through plaintiff's day rate for the New York

10  Post, the evidence will show that the day rate is not a

11  reasonable basis to calculate a license fee.  This is because

12  the day rate is keyed to the time Mr. McDermott spends per

13  day, not to the photograph.

14         So even if the New York Post does not publish any of

15  plaintiff's photos on any given day, he still gets paid the

16  day rate.  In fact, plaintiff has a 25-year relationship with

17  the New York Post, and his day rate is his bread and butter.

18         The evidence will show that the amount McDermott

19  charges the New York Post is not the amount that he would be

20  entitled to charge a stranger, such as defendant, which seeks

21  to exploit his work.

22         In sum, the evidence will show that the fair market

23  value for the photograph should be set at $2500, and because

24  defendant's conduct was reckless, the Court should apply a

25  multiple of five times, which would amount to $12,775.

1          Finally, Your Honor at the pretrial conference had

2    asked why this case is even going to trial, how has to come

3    this far, and the answer is simple, because defendant did not

4    and does not have to pay any legal fees to defend this action.

5    The evidence will show that defense counsel has provided

6    representation pro bono as part of the law firm's pro bono

7    program, which requires lawyers to meet a minimum hourly

8    requirement for pro bono hours.  So this entire case is, for

9    them, a glorified CLE credit, who drove this case, so its

10   defense counsel ultimately who drove this case to trial.

11         Further, the defendant obtained media insurance

12   coverage back in 2020, so any monetary judgment in this case,

13   including attorneys' fees to the plaintiff, will be covered,

14   in whole or in part, by defendant's insurance company.  These

15   cost dynamics explain why we're here today here.

16         I thank you, Your Honor, for the time.

17         THE COURT:  Ms. Go?

18         MS. GO:  Good afternoon, Your Honor.

19         We're the pro bono counsel in this case for

20   defendant Kalita Mukul Creative, also known as KMC.  My name

21   is Gawon Go and I'm with Covington & Burling.  Today I'm here

22   with my colleague Fran Djoukeng.

23         Plaintiff here accuses KMC of willful copyright

24   infringement.  He asks for a windfall over a single use of a

25   single copyrighted photograph.

1      Plaintiff bears the burden of showing that the

2  copyright infringement here is willful.  As plaintiff himself

3  knows, he has to show that the defendant was actually aware of

4  the infringement, and that the defendant's actions were the

5  result of reckless disregard or willful blindness to the

6  copyright.  Plaintiff can show neither.

7      All that plaintiff can point to in order to support

8  this argument is Ms. Kalita's professional experience and

9  achievement as journalist that she should have known better.

10  Plaintiff can point to nothing else, and that is not enough.

11      The evidence here will show that Mitra, through KMC,

12  used that professional experience and achievement to help her

13  community by publishing life-saving information during a

14  global health crisis.  The evidence here will show that KMC

15  did not know that the photograph was copyrighted and had no

16  reason to believe that it was.  KMC did the best it could to

17  ensure copyright insurance compliance.

18      When KMC found out that it was infringing, it

19  readily took down the photograph and owned its mistake.

20  Nothing about KMC's history or conduct suggests anything but a

21  small organization wishing to support community through

22  community journalism.

23      Plaintiff here also slings mud at defense counsel

24  accusing us of racking up pro bono hours to meet some

25  requirement.  Nothing could be further from the truth.  We

1    have been retained through Kurt Wimmer Media Freedom Pro Bono

2    Initiative, which offers pro bono support for media freedom,

3    such as here.

4              We have litigated this case to the best of our

5    ability in good faith, which has led us here.  This case is

6    about two things, an honest mistake, and an overly litigious

7    effort to capitalize on that mistake.

8              KMC started from the home of its two founders,

9    Kalita and her husband, from Queens, New York.  KMC operates a

10   website called Epicenter that publishes newsletters.

11   Epicenter first began during the COVID-19 pandemic to deliver

12   life-saving information about vaccines and public health to

13   the community.  Since then, the website has evolved into a

14   platform where people can share views about small businesses,

15   art, politics and other topics that serve that same community.

16             As a part of its mission, KMC published an article

17   in December 2021 about New York City election and included a

18   photo of then New York Police Commissioner elect, Keechant

19   Sewell in that article.  It is this photo that is at issue in

20   this lawsuit.

21             The evidence will show that KMC had obtained this

22   photo from a public website.  The evidence will also show that

23   the photo had no copyright markings, and that KMC had no

24   reason to believe otherwise.

25             That is until over a year later, in February 2023,

OPENING STATEMENT - MS. GO                    12

1    when plaintiff Matthew McDermott filed this instant action

2    saying that KMC infringed its copyright in the photograph.

3    The evidence will show that plaintiff never once reached out

4    to KMC to settle this matter prior to filing this lawsuit.

5    Indeed we now know that plaintiff had discovered the

6    infringement in March 2022, but sat on that knowledge for

7    nearly a year before filing this suit in February 2023.

8              The evidence will further show that once KMC was put

9    on notice of the copyright infringement, it promptly took the

10   photo down and the article down.  KMC readily admitted that it

11   made a mistake and tried to settle this case over and over

12   again but to no avail.

13             This, of course, brings us to today.  We're here

14   about -- we're here to argue about one thing, damages.  And as

15   the record will show, that plaintiff is entitled only to the

16   statutory damages of $200.

17             The evidence will show that KMC is a small

18   organization that a husband and wife team started from their

19   home in Queens, New York.  The evidence will show that KMC had

20   never been sued before or accused of copyright infringing

21   prior to this lawsuit.  The evidence will also show that

22   plaintiff never once tried to alert KMC of copyright

23   infringement until this lawsuit.

24             The photograph was published in a public Instagram

25   account and had no indication that it was copyrighted.  When

1  KMC was alerted of the copyright infringement, it swiftly took

2  the photograph down and sought to resolve this action.  The

3  evidence will show that nothing about KMC's conduct or history

4  suggests anything but innocent infringement.

5          Even if this Court were to find that the

6  infringement is not innocent, the damages should be minimal,

7  no more than $750.  The record here is saying the only

8  instance plaintiff has ever been paid for the photograph is

9  when New York Post paid him $470, not for the photo alone, but

10  also for the services of rendering the photograph, but also 59

11  versions of the photograph of same individual.  Here only a

12  single photograph is at issue over a single use.

13          Plaintiff cannot point to any other licensing

14  agreement or actual revenue that he lost as a result of KMC's

15  use of the photo.  The evidence will show that KMC made no

16  money from the photograph or the article.

17          KMC made an honest mistake and it owned that

18  mistake.  We ask this Court it to award only the minimal

19  statutory damages of $200, and deny any request for attorneys'

20  fees.  Thank you.

21          THE COURT:  Thank you.  Let's just go off the

22  record.

23          (Pause in the proceedings.)

24          THE COURT:  All right.  Let's just take a couple of

25  minutes.  I just want my realtime to actually work, since it's

1   not, so if we can just take a few minutes, let IT come up for

2   a second, and then we can start right away.

3              MR. FREEMAN:  Sure.

4              Your Honor, am I going to be doing examination from

5   the table?

6              THE COURT:  You can do it from the podium.

7              MR. FREEMAN:  That mic works?

8              THE COURT:  Yes.

9              I'll be right back.

10             (Pause in the proceedings.)

11             THE COURT:  All right, folks, sorry about that.

12             Can you call your first witness, Mr. Freeman?

13             MR. FREEMAN:  Yes, Your Honor.

14             For plaintiff, we'd like to call Ms. Mitra Kalita to

15  the stand.

16             THE COURT:  Ms. Kalita, if you can come on up.

17             And if you can just stay standing and raise your

18  right hand.

19             (Continued on next page.)

20

21

22

23

24

25

KALITA - DIRECT - MR. FREEMAN                    15

1          (The witness takes the witness stand.)

2     **SANGHAMITRA MITRA KALITA**, called as a witness, having been

3     first duly sworn/affirmed, was examined and testified as

4     follows:

5          THE WITNESS:  Yes, I do.

6          THE COURT:  Please be seated.  Thank you.

7          If you can just get up as close to the mic, just

8     move it around.

9          THE WITNESS:  Sure.  Can you hear me?

10         THE COURT:  Yes.

11         You may proceed.

12    DIRECT EXAMINATION

13    BY MR. FREEMAN:

14    Q    Good afternoon, Ms. Kalita.  Thank you for appearing

15    today.

16         Would you kindly state your name for the record.

17    A    Sure.  My legal name is Sanghamitra Mitra Kalita.

18    Q    And what is your current occupation?

19    A    I'm the CEO and co-founder and publisher of

20    Epicenter-NYC, Kalita Local Creator.  Then I'm also the

21    co-founder and CEO of URL Media.

22    Q    Have you held the title of CEO of Kalita Inc. since the

23    company's formation?

24    A    Of Kalita Mukul, Inc.?  Yes.

25    Q    Yes.  Just moving forward I'll refer to as "Kalita Inc."

1    just because it's quicker.

2                And do you currently manage the operations of the

3    company?

4    A    Yes.

5    Q    And as of December 2021, did you manage the operations of

6    the company?

7    A    Yes.

8    Q    What is the highest level of formal education that you

9    received?

10   A    I have a master's degree.

11   Q    And what institutions did you attend to complete your

12   formal education?

13   A    I attended Rutgers University undergrad for my bachelor's

14   degree.  And I attended Columbia University Graduate School of

15   Journalism for my master's degree.

16   Q    And did you also study journalism at Rutgers?

17   A    I studied history and journalism as a double major and I

18   minored in Spanish.

19   Q    And why did you decide to study journalism?

20   A    I was part of an effort in the early 1990s when I was in

21   high school to diversify news rooms.  And part of a number of

22   high school programs that had approved to me the necessity of

23   voices like nine in news rooms, and so I continued on the high

24   school newspaper and then chose to stay on that career path

25   through college and the ensuing years.

1    Q    And while at Columbia University in the graduate school

2    of journalism, did you study copyright law?

3    A    I don't believe -- at Columbia I don't believe I took

4    copyright law explicitly.

5         I think there was an ethics class where it might

6    have come up.  But I don't recall there being a specific

7    course on copyright law, no.

8    Q    And while a journalism student at Columbia, were you

9    taught that publishers needed to obtain a license from

10   photographers to use their work?

11   A    Explicitly?

12        Can you just rephrase that, so that I'm answering

13   you correctly.

14   Q    While you were a student at Columbia school of business

15   obtaining your graduate degree, did you learn that publishers

16   needs to acquire a license in order to publish photographs in

17   the newspaper?

18   A    That was not an explicit lesson at graduate school, no.

19   Q    Okay.

20        I'd like to walk you through your employment history

21   in the publishing industry since completing your education, so

22   I'll just go in chronological order beginning in 2000.

23        From 2000 to 2003, you were a reporter at Newsday?

24   A    That's correct.

25   Q    And in your capacity as a reporter at News Day, did you

KALITA - DIRECT - MR. FREEMAN                    18

1    license photographs?

2    A    No.

3    Q    Were you aware that you were required to license photos

4    and articles that you reported on?

5    A    No, we had a photo team that handled that, a photo desk.

6    Q    Well, it was understanding that photos would need to get

7    licensed by the photo team?

8    A    It was my understanding that when I produced an article

9    for a publication, I would coordinate with the photo and

10   visuals team to provide visuals for any articles that I was

11   writing while I worked at Newsday.

12   Q    Uh-huh.  And at the Washington Post, you served as a

13   reporter from 2003 to 2006; is that correct?

14   A    That's correct.

15   Q    And in your capacity as a reporter at Washington Post,

16   did you license photographs?

17   A    No.

18   Q    Were you aware that a license would be required to use a

19   photograph in one of your news articles?

20   A    So, again, we had a photo desk that I worked with that

21   would supply the visuals for the stories that I wrote.

22   Q    So you didn't know one way or the other how the photos

23   were obtained, all you know is that they were obtained?

24   A    I mean that's kind of how it works when you're producing

25   as a reporter.  You coordinate with another desk that provides

KALITA - DIRECT - MR. FREEMAN                    19

1    those visuals.  That's actually correct.

2    Q    Okay, so the first six years of your career out of

3    school, you were -- you served as a reporter, not an editor;

4    is that correct?

5    A    That's correct.

6    Q    Okay.  And in the beginning of 2006 through 2008, you did

7    become an editor of a magazine called "Mint"?

8    A    Of a newspaper, that's right.

9    Q    Newspaper called "Mint".

10            And in your capacity as national editor at Mint, did

11   you license photographs?

12   A    No.

13   Q    Were you aware that Mint was required to license photos

14   for the articles?

15   A    So, again, we had a photo team that was -- it was a

16   startup business newspaper in India.  And as a part of

17   starting it up, we had a visuals and photo desk that handled

18   that.

19   Q    But because you were the editor, weren't you overseeing

20   both the photo team and the journalist team?

21   A    No.  I oversaw reporters.

22   Q    But aren't photo journalists considered reporters?

23   A    Not in that news room.  The photographers reported to the

24   photo editor.

25   Q    Okay.  And from 2008 to 2012, you worked at the Wall

1    Street Journal; is that correct?

2    A    That's correct.

3    Q    And what your titles at the Wall Street Journal?

4    A    Sure.  I was the deputy global economics editor.  And

5    then I was the deputy greater New York editor.  And then I was

6    the senior special writer of page 1 writers we called it.

7    Q    And in your various capacities at Wall Street Journal,

8    did you license photographs?

9    A    So the Wall Street Journal, when I was there, was not

10   really running photographs, it was known for the dot drawings

11   that you might be familiar with today.  The Wall Street

12   Journal does run photographs.  But when I worked there, it was

13   transitioning to just start running photographs.  So that's

14   not something I handled, no.

15   Q    Okay.  From 2012 to 2015, you worked at Atlantic

16   Magazine?

17   A    I did, at Quartz which was a start-up division within the

18   Atlantic.

19   Q    And you were the executive director?

20   A    No, I was the ideas editor, and then I was an executive

21   editor at large.

22   Q    And in your capacity as the executive director at large,

23   did you license any photographs?

24   A    So when I was the ideas editor, I would commission

25   opinion pieces that on occasion we would need to have

1  photographs run with, and in that case we had various services

2  that we would also turn to, but we did not have a photo team.

3  So in some cases I was obtaining photographs that had

4  licenses, yes.

5  Q    Okay.  And where would you obtain those photographs?

6  A    So we had kind of a centralized news room where you could

7  request photos to run with the story in the same manner as

8  what I described earlier in my career.

9         We also, I believe, had access to AP and Getty

10  Associated Press, and AFP Photographs as well.  That's another

11  photo agency that's a little bit more global.

12         So we would be able to pull photos from some of

13  those resources.

14  Q    I see.  And did you ever license photographs directly

15  from a photo journalist, the actual photographer?

16  A    During my time at Quartz, I don't believe I did.

17  Q    And how about any of the other times, either at Wall

18  Street Journal, Mint, Washington Post, did you ever deal with

19  a photographer directly or negotiate a license with a

20  photographer directly?

21  A    In those roles, no.

22  Q    Okay.

23  A    Not that I recall.

24  Q    So '15 -- so we're at Atlantic magazine, that gets us to

25  2015, so you're basically 15 years out of school.

1          So during this 15-year employment history, was it --

2     to the best of your knowledge, did you understand that

3     photographs would need to get licensed in order to publish

4     them in any of these newspapers?

5     A    Yes.  But there is, again, the photo editor in a photo

6     department in most of the organizations that you just

7     mentioned that handled that.

8     Q    Right, but your overall understanding was that a license

9     would need to get obtained in order to republish them?

10    A    That was largely my understanding, yes.

11    Q    And then you served as managing editor for the LA Times?

12    A    That's correct.

13    Q    2015 to 2016?

14         And in your capacity as the manager editor of Los

15    Angeles Times, did you license photographs?

16    A    No.

17    Q    Did you supervise others who licensed photographs?

18    A    Yes.

19    Q    So your understanding at the Los Angeles Times was that

20    photographs needed to get licensed?

21    A    The understanding there was, again, to coordinate with

22    departments that would source photographs in a variety of

23    ways, yes.

24    Q    Right, and you -- were you aware that money would have to

25    be paid either to an agency or a photographer who owned the

1    photographs?

2    A    In some cases that's how photographs were sourced.  In

3    other cases because much of that work was digital media, in

4    some cases reporters might be taking the photographs.  There

5    might be submissions where those were provided.

6            I mean by then we're in the multimedia phase of

7    journalism, so it's a multitude of ways that photos end up, at

8    least for the Los Angeles Times role.

9    Q    Okay.  For 2016 to 2020, you were worked at CNN?

10   A    That's correct.

11   Q    And you were a senior vice president for Breaking News?

12   A    Breaking News programming, Opinion and the Features team.

13   Q    And that's here in New York?

14   A    I was based in New York.  CNN, of course, is based in

15   Atlanta.  So I had some teams in Atlanta and New York.

16   Q    And in your capacity as senior vice president for

17   Breaking News, Features, Programming for CNN, did you license

18   any photographs?

19   A    I did not directly license photographs, but we did have

20   some of the teams that I worked with and who were on my team

21   that did, yes.

22   Q    Okay.  So let's talk about Kalita Inc.

23            So you're the founder and current owner of Kalita

24   Inc.?

25   A    That's correct, I'm the co-owner.

1    Q    Co-owner.  And you personally supervise all aspects of

2    the company's operations?

3    A    Yes.

4    Q    And did you personally supervise all aspects of the

5    company's operations as of December 2021?

6    A    That's correct.

7    Q    And you started the company in, what, the summer of 2020?

8    A    That's correct.

9    Q    And is Kalita Inc. a for-profit enterprise?

10   A    It is.

11   Q    And is Kalita Inc., can it be fairly described as in the

12   publishing industry?

13   A    That's correct.

14   Q    Is it in the advertising industry?

15   A    Yes.

16   Q    Is Kalita Inc. in the news reporting industry?

17   A    Yes.

18   Q    Does Kalita Inc. generate a revenue from its business

19   operations?

20   A    Yes.

21   Q    And how does Kalita Inc. generate revenue?

22   A    So we have a mix of advertising, sponsorship and events.

23        We also receive grants from a number of

24   philanthropies.  We receive donor and reader revenue.  We also

25   have a number of government contracts to disseminate

1    messaging, advertising on behalf of government agencies and

2    various programs.

3              And we also run some of the aforementioned

4    sponsorship across different products.

5              So that might be the news letter, the website, I

6    mentioned events.  It could even be, you know, fliers in the

7    community, social media, podcasts, and on and on.

8    Q    And to the best of your recollection, what is the gross

9    revenue for the business in 2021?

10   A    I believe it was about $400,000.

11   Q    And what was the gross revenue for the business in 2022?

12   A    In 2022, it was about $800,000.

13   Q    Okay.

14             As of December 2021, how many employees did Kalita

15   Inc. have?

16   A    I'm sorry, can you repeat the date?

17   Q    December 2021.  That's when the article in this case was

18   published.

19   A    Sure.  In December of 2021, we had three employees and

20   then we had just hired our interns, so we ended the year with

21   four employees.

22   Q    And did you also have independent contractors at that

23   time?

24   A    That's correct, yes, we did.

25   Q    So how many independent contractors do you?

KALITA - DIRECT - MR. FREEMAN                    26

1    A    Oh, at any given moment, maybe about a dozen.

2              I mean, we also, in December of 2021, had a number

3    of volunteers that were helping on our COVID efforts, our

4    vaccine efforts.  They were not paid.  But we also had -- I

5    mean in that case literally dozens of people who we were

6    interacting with.

7    Q    I see.

8              Let's talk about the website, Epicenter, hyphen,

9    NYC.com, which I'll refer to moving forward as

10   "epicenter.com".

11             Does Kalita Inc. own and maintain control over

12   epicenter.com?

13   A    Yes.

14   Q    And does Kalita Inc. generate revenue from the website

15   epicenter.com?

16   A    As of December -- what period of time are you talking

17   about?

18   Q    Well, let's talk December 2021.

19   A    No.

20   Q    Does -- as of December 2021, did the website generate

21   revenue through paid advertisements?

22   A    I don't believe in December of 2021 we were receiving

23   revenue from advertising on the website.

24   Q    And how about today?

25   A    Yes.

1    Q    And you previously testified that the Epicenter website

2    was created for, quote, news reporting purposes, end quote; is

3    that correct?

4    A    That's correct.

5    Q    And you previously testified that the Epicenter website

6    is, quote, a part in branding exercise, end quote; is that

7    correct?

8    A    Yes.

9    Q    And you --

10            THE COURT:  When you say "previously testified," you

11    mean is that at a deposition?

12            MR. FREEMAN:  At her deposition.

13            THE COURT:  Okay, why don't we make that clear,

14    because she hasn't testified to that here yet.

15            MR. FREEMAN:  Okay, I'll rewind then.

16            THE COURT:  You don't need to.

17            MR. FREEMAN:  Okay.

18    BY MR. FREEMAN:

19    Q    And you previously testified at your deposition that the

20    Epicenter website is, quote, one portion of a paid advertising

21    campaign, end quote; is that correct?

22    A    That's correct.

23    Q    How do you decide what content should be posted to

24    Epicenter website?

25    A    So articles in general are posted to the website.  We

1    launched as a newsletter, so an email product that was sent to

2    the community in the pandemic.  So it was sourced from

3    articles.  There were ways to get help.

4            So, for example, some of those briefs of -- you

5    know, it was a food pantry, Size 3 diapers may not be on the

6    website because that's kind of time bound, it was just a brief

7    item.  So the judgment was really based on the content.

8            Just rephrase the question to make sure that I know

9    I'm answering the whole thing.

10   Q    Oh, I just wanted to see like how you decide what content

11   gets posed.

12   A    So that would be, in December of 2021, sort of the

13   newsletter to website content pipeline.

14           Today it's a multitude of ways.  There's an

15   editorial meeting.  People suggest ideas.  People are assigned

16   some stories.

17           And then we have some submissions from local artists

18   that also will occasionally submit, you know, artwork, poems.

19           We've had video installations run, and we pay them

20   for those submissions.  So that runs on the website.

21   Q    And as of December 2021, did Kalita Inc. pay writers to

22   generate content for the Epicenter website?

23   A    On occasion, yes.

24   Q    And as of December 2021, did Kalita Inc. employ or

25   contract with photographers to contribute to the website?

1  A     In December 2021, I do not believe we had photographers

2  contracted.

3

4              (Continued on the following page.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    DIRECT EXAMINATION (Continued)

2    MR. FREEMAN:

3    Q    And in your experience as a journalist and publisher, is

4    it your understanding that photographs are used to attract

5    readers to the website's news articles?

6    A    As their primary function or are you just asking me

7    generally?

8    Q    Yes.  In general, is it more likely that a user would

9    click on an article that has a photo versus one that doesn't

10   have a photo?

11   A    On occasion, yes.

12   Q    As of December 2021, how did Kalita, Inc. verify that the

13   photographs posted to the Epicenter website were properly

14   licensed?

15   A    So we had a process that recognized the sourcing photos

16   came from a multitude of ways.  So, in some cases, photos

17   would be drawn from the writer themselves if they had been at

18   an event and took photographs.  In other cases there might be

19   a press release and photos were provided in the course of

20   somebody, you know, pitching that or engaging with the

21   reporter or the editor.

22           In other cases, there were official agencies or

23   department websites where you could download, you know,

24   official photos.

25           And then, in some cases, as mentioned, like, a

1    number of events, for example, in the newsletter might be

2    sourced from Instagram.  Let's say there's a clothing drive.

3    So we would take the image from Instagram as well as the

4    announcement.

5            In some cases, if the reporter or editor had time or

6    could do so they would e-mail the person and say we're

7    interested in running this item.  In most cases, I'd say like

8    95 percent of the time, people were elated that we were

9    amplifying the message during a very difficult time in New

10   York City and then we would run them that way.

11           We also had a number of creative, like, between the

12   editorial manager and the newsletter writer and my husband,

13   the creative director, who cofounded the company with me they

14   would also go back to forth with creative comments and some

15   website that would have free images for use on occasion.

16   Q    So Instagram is a social media application, correct?

17   A    That's correct.

18   Q    Is Instagram considered an official source for

19   photographs?

20   A    It depends on whose posting on Instagram.  So it would

21   be, on occasion, it could be considered the official source if

22   it's -- for example, the personal Instagram account of a

23   department or as mentioned, like, the official account.

24   Q    So when you used the word "official," are you referring

25   to government-run sources?

KALITA - DIRECT - MR. FREEMAN                32

1    A    For many of the types of photographs that I'm

2    referencing, yeah, it would be like the agencies or -- but in

3    some cases, it might also be a nonprofit organization that's,

4    again, like, putting word out on a program that they're

5    running or, as mentioned, like food pantries and COVID tests

6    and so forth.  So those would also be official accounts.

7    Q    I see.  Is it your understanding that you can just take

8    photographs from Instagram and republish them without a

9    license?

10   A    Can you clarify that question?

11   Q    Yes.  Like, if you go to Instagram and you see a

12   photograph, do you automatically assume that you can just take

13   that photograph and republish it for your own needs --

14   A    No.

15   Q    -- without getting a license?

16        So your understanding is you do need a license to

17   obtain photographs from Instagram?

18   A    My understanding is that in the digital media landscape,

19   who you're sourcing photos from and the purpose and who the

20   individuals are and what you're trying to convey in the course

21   of your news reporting informs those decisions.

22   Q    As of December 2021, approximately how many news articles

23   were published per day on epicenter.com?

24   A    At the time, the newsletter went out twice a week.  So I

25   think probably about three to five pieces per week.  And I say

KALITA - DIRECT - MR. FREEMAN                    33

1   pieces of content just to clarify.  Like, there's probably an

2   image of an article having several hundred words and some

3   things might not be that long so just to clarify what you mean

4   by articles.

5   Q    Yes.  Like, just the news article in this case has one

6   headline, has text, and then has a bunch of photographs that

7   would be considered one article.  So, on the basis of that

8   definition, how many news articles per day do you estimate

9   were published in December of 2021?

10  A    I'd say probably more like three to five per week.  It

11  wouldn't necessarily be like a per-day system.

12  Q    At your deposition, do you recall that you testified that

13  it was one to two articles per week or about 20 per month?

14  A    I thought that we had said it was in the range -- depends

15  on how we're referring to articles which is why I just wanted

16  to clarify it.  Because for each newsletter, there might be an

17  anchor article.  So that would be one to two articles per

18  week, that's right.  But then there would be other content

19  articles so I am trying to make sure that I am answering it

20  thoroughly.

21  Q    And do most of the news articles posted to the

22  epicenter.com website feature photographs?

23  A    Not all of them, but I believe most of them.

24  Q    And approximately how much web traffic did the

25  epicenter.com website receive in December 2021?

KALITA - DIRECT - MR. FREEMAN                34

1   A    So, again, the website was not our primary vehicle of

2   distribution.  And so, I'd say it's probably like in the

3   dozens of page views per day.  It's not a very high number.

4   Q    I'd like to refer the Court to Plaintiff's Exhibit 4.

5              Ms. Kalita, do you have a binder at you?

6              MR. FREEMAN:  I don't know.  Is the witness using a

7   screen or --

8              THE COURT:  It's your witness so you tell me.

9              MR. FREEMAN:  Okay.

10             THE COURT:  Ms. Kalita, are you familiar with this

11  document?

12             Just for the record, what exhibit are you looking

13  at?

14             MR. FREEMAN:  Plaintiff's Exhibit 4.

15             THE COURT:  What is that marked as, does it have a

16  prefix?  Is that JX-4.

17             MR. FREEMAN:  It's plaintiff's.  So, your Honor, in

18  the binder that we prepared you will see there's a J with

19  numbers and then this the middle you will see there's a P.

20             THE COURT:  Okay.

21             MR. FREEMAN:  If you go to the P tab and then go to,

22  like, essentially P-4.

23             THE COURT:  Got it.

24             MR. FREEMAN:  That's the document.

25  EXAMINATION BY

KALITA - DIRECT - MR. FREEMAN                    35

1    MR. FREEMAN:

2    (Continuing.)

3    Q    Do you have that document in front of you, Ms. Kalita?

4    A    It says PX-4; is that correct?

5    Q    Yes, PX-4.  If you turn the page.

6    A    Yes.

7    Q    Are you familiar with this?

8    A    Yes.

9    Q    And what does this document identify or what does it

10   depict?

11   A    Looks like this is our "About" page.  So it has some text

12   about Epicenter, how we were founded, how we work, and then

13   our team.

14            MR. FREEMAN:  Your Honor, I would like to move for

15   admission PX-4 into evidence.

16            THE COURT:  Any objection?

17            MS. GO:  No objection, your Honor.

18            (Plaintiff Exhibit PX4, was received in evidence.)

19   Q    On the "About Us" page you are described as the founder

20   and publishing?

21   A    That's correct.

22   Q    You are described as a "veteran journalist," end quote.

23   And a quote, "media executive," quote, correct?

24   A    Yes.

25   Q    Would you scroll down to the description of Danielle

1    Hyams?

2    A    Yes.

3             THE COURT:  She's not scrolling, she's turning the

4    page.

5    Q    On the third page.  Do you see that, Ms. Hyams?

6    A    Yes.

7    Q    And she is described as the editorial manager; is that

8    correct?

9    A    Yes.

10   Q    And Ms. Hyams has a master's degree in journalism,

11   correct?

12   A    Yes.

13   Q    Would you please turn to the next page.

14            Do you see a there is a description of Kalita

15   De La Hoz?

16   A    Yes.

17   Q    And Mr. De La Hoz is listed as a contributing reporter,

18   correct?

19   A    Yes.

20   Q    Ms. Kalita, did you go to law school?

21   A    No.

22   Q    Are you familiar with the Copyright Act?

23   A    How extensively?

24   Q    Are you familiar with -- have you heard of the Copyright

25   Act?

KALITA - DIRECT - MR. FREEMAN                    37

1        MS. GO:  Objection, vague.

2        THE COURT:  Are you aware that there's a thing

3    called the Copyright Act?

4        THE WITNESS:  Yes.

5    Q    Have you read portions of the Copyright Act before?

6    A    No.

7    Q    Is the field of journalism governed by copyright law?

8    A    Parts of it, yes.

9    Q    Is the publishing industry governed by the Copyright Act?

10   A    Parts of it, yes.

11   Q    Is copyright law prevalent in the publishing industry?

12   A    Yes.

13   Q    And, to the best of your personal knowledge, does the

14   Copyright Act require publishers to obtain licenses to use

15   photographs?

16   A    In some cases.

17   Q    As part of your job as CEO of Kalita, Inc. to provide

18   training to the employees and independent contractors who post

19   content to the website?

20   A    Yes.

21   Q    And does this training consist of how to credit --

22   A    Can I just clarify, though, do you mean in December of

23   2021 or do you mean today?

24   Q    Yes, we'll get into that.  I think for now let's just,

25   you know, keep it current.

KALITA - DIRECT - MR. FREEMAN                38

1    As part of your job as CEO is it your understanding

2    that you provide training to employees and independent

3    contractors in matters relating to copyright licensing?

4    A    In some cases of those journalists, yes.

5    Q    Okay.  And does this training consist of how to license

6    photographs from original sources?

7    A    I'm sorry, are you saying theoretically or how we do this

8    now?  I'm just trying to understand.

9    Q    Let's talk about now first.

10    So does this copyright training for your employees

11    and independent contractors, does it instruct them how to

12    license photographs from original sources?

13    A    So I just want to clarify, you're speaking of the present

14    day?

15    Q    Present day?

16    A    Yes, it does.

17    Q    Okay.  And then, as of December 2021, who at Kalita, Inc.

18    was responsible for ensuring copyright compliance?

19    A    So in the case of photographs?

20    Q    Yes.

21    A    So as mentioned, that was a collaborative process between

22    Nitin Mukul and Danielle Hyams.

23    Q    And you as well?

24    A    Ultimately, yes, but in the process of sourcing those

25    photographs, producing the newsletter, and pulling photographs

1   and visuals, those were the two people responsible.

2   Q    Okay.  So, just to be clear, as of December 2021, you

3   were the one responsible for ensuring copyright compliance

4   with respect to use of photographs on the epicenter.com

5   website, correct?

6   A    Do you mean me individually?

7   Q    Yes.

8   A    Again, in collaboration with those individuals who were

9   doing it on a daily basis or on a semiweekly basis?

10            THE COURT:  Can you give me the spelling of those

11  two names?

12            THE WITNESS:  Nitin Mukul.

13            THE COURT:  Spell that.

14            THE WITNESS:  N-i-t-i-n M-u-k-u-l.  He's my husband

15  and cofounder.  And Danielle Hyams, H-y-a-m-s.  She was the

16  editorial manager at the time.

17  Q    As of December 2021, did you personally review the photos

18  used in the news articles published to the epicenter.com

19  website?

20  A    Before publication or after?

21  Q    Before?

22  A    In some cases, yes.

23  Q    So sometimes you made a determination that the

24  photographs were properly licensed and other times you didn't?

25  A    Sometimes I reviewed the photographs and sometimes I did

1   not.

2   Q    Did you check when you saw an article with photographs

3   displayed within the context of an article, did you check to

4   see whether there was a license from the original source,

5   meaning, from the photograph or the agency the photographer or

6   the agency?

7   A    On occasion, yes, I would check the credits of the

8   photograph, that's correct.

9   Q    You would check the credits, but did you actually go back

10  and verify with whoever was credited?

11  A    In some cases, as mentioned earlier, we would send an

12  e-mail or ask for the permission to run the photograph that

13  was we talked about that earlier.

14  Q    And you did that personally?

15  A    I have done that personally.

16  Q    And, as of December 2021, were you personally verifying

17  which photographs were subject to a license?

18  A    Just clarify the question for me.

19  Q    As of 2021, when you saw an article published with

20  photographs, did you personally verify whether or not those

21  are licensed to publish such photographs?

22  A    After publication?

23  Q    Before publication?

24  A    Before publication, as mentioned, on occasion I would.

25  Q    But if you were in charge of copyright compliance, why

KALITA - DIRECT - MR. FREEMAN                    41

1  didn't you verify each and every instance?

2  A    So, as mentioned, we were launched in a time of crisis in

3  our community.  And in the summer of 2020, the work that we

4  were doing, the newsletter and articles were just a fraction

5  of the work that we were doing to support our community.

6        So half the day, I might be at a food pantry; the

7  other half the day, I might be with a small business helping

8  them navigate loan programs and providing information in order

9  for them to do that.

10       Some of the time from 2020 to 2021, this was a news

11  organization that was formed in crisis.  And so, my ability to

12  check photos, as mentioned, was sometimes but there were many,

13  many demands on our time and also many, many products that we

14  were putting out to serve our community with vetted

15  information and journalism.

16  Q    So what you're saying is that the failure to obtain a

17  license for the photograph in this case was a result of time

18  constraints on you personally?

19  A    In which case, I just want to clarify.  You're talking

20  about there particular photograph?

21  Q    As of December 2021, you've admitted that there was no

22  license for the photograph and that your company infringed on

23  the plaintiff's photograph, correct?

24  A    So you're speaking of this specific photograph?

25  Q    In this case.

KALITA - DIRECT - MR. FREEMAN          42

1    A    Of the N.Y.P.D. commissioner, correct?  I just want to

2    be --

3    Q    Yes.

4    A    Yes, we have conceded that we pulled that photograph from

5    the Descendents of Hope Instagram account but December of 2021

6    was also the Delta Surge.  And so, when we talk about time

7    constraints, I just want to clarify that the information and

8    news products that we're putting out are not just limited to

9    the website.

10   Q    Okay.  But, basically, in December 2021, you just didn't

11   have the time to ensure copyright compliance, is that

12   accurate?

13   A    I don't think that's accurate.  I'm trying to understand

14   the question.  So let me make sure -- or state that for me one

15   more time so I am making sure I'm answering that questions.

16   Q    So all parties acknowledge that the photograph used in

17   this particular case was infringing because the defendant did

18   not obtain a license.

19            The question then is:  Why was it that there was no

20   verification prior to publication?

21   A    So, again, this photograph appeared -- yes, that's

22   accurate, this photograph also appeared on an account on

23   Instagram that was the Descendents of Hope Instagram account.

24   So, as mentioned earlier, the process of sourcing photos was

25   from a variety of different sources.  And so, I just wanted to

KALITA - DIRECT - MR. FREEMAN                43

1    clarify that that aspect of the process that we used by

2    Danielle Hyams and Nitin Mukul.  There were people who were

3    working on this at the time.  In my case, I was not directly

4    supervising the pulling of that photo.

5    Q    Okay.  Did you -- okay.

6         As of December 2021, did Kalita, Inc. disseminate a

7    training manual or employee handbook that instructed its

8    personnel as to matters pertaining to copyright licensing?

9    A    No.

10   Q    And, to your knowledge, did Kalita, Inc. produce any

11   training manuals or employee handbooks during the course of

12   this litigation which concerned copyright licensing?

13   A    Yes.

14   Q    As of 2021, December 2021, if Kalita, Inc. sought to

15   license a photograph from an original source, who did you

16   contact in order to secure a license?

17   A    Again, a multitude of sources.  So it could be the press

18   person, the agency, the reporter themselves, the organization.

19   Again, it's a multitude of sources.

20   Q    But if you saw a photograph on Instagram did you

21   contact --

22   A    Yes, in some cases.

23   Q    -- the account holder for Instagram?

24   A    In some cases, yes.

25   Q    As of December 2021, did Kalita, Inc. maintain

KALITA - DIRECT - MR. FREEMAN                    44

1    subscription agreements with stock photography agencies such

2    as Getty Images?

3    A    In December of 2021, no.

4    Q    And, as of December 2021, did Kalita, Inc. license

5    photographs directly from freelance photographers?

6    A    In December of 2021, no.  I'm sorry, just to clarify.  In

7    some of the artist submissions that we were receiving, there

8    could occasionally be photography as part of that but that was

9    a separate feature.

10   Q    And, as of December 2021, was it customary for Kalita,

11   Inc. to use written licensing agreements to obtain photos for

12   use on the site?

13   A    Specifically for photos, no.

14   Q    Okay.  As of December of 2021, was it customary for

15   Kalita, Inc. to publish photos photographs on the website

16   based on oral or verbal agreements?

17   A    Sometimes that would occur.

18   Q    And does Kalita maintain written records of its copyright

19   licensing practices?

20   A    Presently?

21   Q    Yes.

22   A    Yes.

23   Q    As of December of 2021, did Kalita, Inc. maintain records

24   of copyright licenses?

25   A    For photographs or for all content?

KALITA - DIRECT - MR. FREEMAN                45

1   Q    Yes, for photographs.

2   A    For photographs, I don't believe so.

3   Q    Okay.  Were there cases in December of 2021 where, prior

4   to publication, you made attempts to verify whether or not the

5   photos contained in the article are properly licensed?

6   A    Yes.

7   Q    And with respect to the article at issue here, is it safe

8   to say that you did not verify whether any of the photographs

9   have been licensed?

10  A    Just to clarify, the entire article or just this one in

11  question?

12  Q    Let's say the one in question.

13        THE COURT:  Wait a minute.  You say the "one in

14  question" you mean the photo.

15        THE WITNESS:  I mean the photo taken by Matthew

16  McDermott versus the other photos that appear with the

17  article.

18        THE COURT:  So, with that clarification, can you

19  answer the question?

20        THE WITNESS:  So just restate the question for me.

21  Q    I'll come back to this question once I introduce the

22  exhibit, how's that?  So let's keep moving.

23        Now, you testified at your deposition that as of

24  December of 2021, Kalita, Inc. did not provide any training to

25  its staff in matters of copyright compliance; is that correct?

KALITA - DIRECT - MR. FREEMAN                46

1    A    Formal training, no, that's correct.

2    Q    So in terms of licensing photographs as of December 2021,

3    there were no policies or procedures in place to ensure

4    copyright compliance; is that correct?

5    A    I mean, again, the policy, as I mentioned, was a practice

6    of sourcing through different means and preferences for the

7    photos as mentioned, agencies press releases, the writer

8    directly, et cetera.

9    Q    Right.  So how would an independent contractor or an

10   employee know how to proceed for securing a license?

11   A    Because, as mentioned, when the production of the content

12   in the newsletter of the two people I've mentioned, Nitin

13   Mukul and Danielle Hyams, had a system of what photos they

14   would use to illustrate the stories or the content that was

15   before them.

16   Q    Right.  And have you ever discussed with Ms. Hyams or

17   Mr. De La Hoz the issue of copyright?

18   A    With Ms. Hyams and Nitin Mukul, yes, copyright had come

19   up.  In the case of Mr. De La Hoz, no.

20   Q    This was as of December 2021.

21   A    That's correct.  Again, it was through the preference for

22   the different types of photos that we were selecting.

23   Q    And currently, does Kalita, Inc. provide copyright

24   compliance training to its staff?

25   A    Yes.

KALITA - DIRECT - MR. FREEMAN                47

1    Q    But again, as of December of 2021, Kalita, Inc. did not

2    provide any formal training to staff in matters of copyright

3    compliance, correct?

4    A    Formal training, no.

5    Q    And did you receive the work of Mr. De La Hoz as of

6    December 2021?

7    A    Yes, myself and Danielle Hyams.

8    Q    As of December of 2021, did you personally inform

9    Mr. De La Hoz that he was required to credit the photographer

10   for photographs published on the epicenter.com website?

11   A    No, he's not involved in the selection of photographs.

12   Q    Okay.  And Ms. Hyams was the editorial manager as of

13   December 2021?

14   A    That's correct.

15   Q    And did you supervise Ms. Hyams?

16   A    Yes.

17   Q    And has Ms. Hyams --

18   A    I don't know if that was her title in December of 2021.

19   Eventually, that's the role that she was playing and that's

20   her title, I think, in 2022.  But in December of 2021, I can't

21   be certain that was exactly her title.  She started as a

22   contractor.

23   Q    And Ms. Hyams was the one who posted the photograph?

24   A    That is my understanding, yes.

25   Q    And had Ms. Hyams previously posted images on the website

KALITA - DIRECT - MR. FREEMAN                    48

1   without a license?

2   A    I can't be sure of the answer to that.

3   Q    Did you directly supervise Ms. Hyams?

4   A    Yes.

5   Q    Did you ever verify whether the photographs of Ms. Hyams

6   procured for publication on the website did you ever verify

7   whether they were properly licensed?

8   A    We have undertaken efforts to make sure that photos have

9   been in compliance but I can't say with certainty that every

10  single photo that she's selected has proper copyright

11  compliance.

12  Q    When did you learn that Kalita, Inc. had no license to

13  publish Mr. McDermott's photographs?

14  A    In March of 2023.

15  Q    When the lawsuit was filed?

16  A    We received a number of solicitations from law firms

17  offering to represent us and we did not yet receive the

18  lawsuit.  We were alerted again to its existence by other law

19  firms.

20  Q    I see.

21        MR. FREEMAN:  I would like to refer the Court to

22  JX-5.  So that would be under the J Tab, 5.

23  Q    And, Ms. Kalita, in the binder, if you could turn -- if

24  you could find the J Tab and go to No. 5 and then you could --

25  unfortunately, it's on paper it's crammed on to one page but

KALITA - DIRECT - MR. FREEMAN                49

1    you get the gist?

2            THE COURT:  Is that the best image you have of JX-5?

3            MR. FREEMAN:  It's a much better image

4    electronically, your Honor.  But I guess the way that was this

5    printed here, this is the best we have for right now.  Unless

6    I don't know if, well, that's what we have for now.

7    Q    Do you recognize this article Ms. Kalita?

8    A    Yes.

9    Q    Is this the article that's the subject matter of this

10   lawsuit?

11   A    I believe it's the photograph that is the subject of the

12   lawsuit.

13   Q    Right.  But the photograph is contained within the

14   article, correct?

15   A    The photograph is contained within the article, that is

16   correct.

17   Q    Yes.  And you were the individual at Kalita, Inc.

18   responsible for copyright compliance as of December of 2021

19   when this article was published, correct?

20   A    Ultimately, yes.

21   Q    And did you review this specific article before it was

22   published?

23   A    No.

24   Q    But you've reviewed the article after it was published?

25   A    Yes.

1    Q    Okay.  And do you see here there are six total

2    photographs displayed in this article?

3    A    Yes.

4    Q    Okay.  I recognize that the text is quite small, but I

5    have a record here of the individuals depicted in each photo I

6    would like to walk you through.

7          So the first photo is of Mayor Eric Adams.  To the

8    best of your knowledge, was this photograph licensed?

9    A    Yes.

10   Q    It was?

11   A    Yes.

12   Q    Okay.  The second one is David Banks.  Was this

13   particular photograph licensed?

14   A    Yes.

15   Q    And how do you know that it was licensed?

16   A    Because you asked me in the deposition about these

17   photographs and then I went back and checked.

18   Q    And you checked, how did you determine that they were

19   licensed?

20   A    With the state agency.  And in the case of David Banks,

21   it's an official photograph, I believe, from the DOE.

22   Q    So did you produce during discovery any documents showing

23   that these were actually licensed?

24   A    No.

25   Q    Okay.  The third one is the -- I represent to you it's

KALITA - DIRECT - MR. FREEMAN                51

1    the plaintiff's photograph.

2              So this is unlicensed, correct?

3    A    Correct.

4    Q    Okay.  No. 4 is Francisco Moya is depicted.

5              To the best of your knowledge, was this photo

6    licensed?

7    A    Yes, that's also from his office.

8    Q    How do you know that it was licensed?

9    A    Because it's credited to his office.

10   Q    Okay.  Adrian Adams is the fifth photo.  Was this photo

11   licensed?

12   A    I can't tell.  I can't see the credit, but I do believe

13   we checked on this after as well.  There's been a process of

14   checking copyright on the photographs.

15   Q    Right?

16   A    So I just can't tell what the credit here is because it's

17   so small.

18   Q    But to the best of your knowledge, there's no documents

19   in this case that have been produced which actually show --

20   A    You're correct, yes.

21   Q    -- that it's licensed?

22             So there's no documents produced in this case which

23   evidences your testimony that these photographs were licensed,

24   correct?

25   A    Correct.

KALITA - DIRECT - MR. FREEMAN                52

1   Q    And were you asked to produce such information?

2   A    No.

3   Q    Have you seen any documentation showing that these

4   photographs are licensed, or are you assuming they were

5   licensed?

6   A    We've undertaken review of copyright of the photos on our

7   website, and so, I have seen some records of that effort.

8   Q    And the sixth photo here is Sayu Bhojwani.  To the best

9   of your knowledge, was this photograph licensed?

10  A    Yes, this was.  This was provided by her.

11         THE COURT:  Have you offered this exhibit in yet?

12  I'm assuming you're offering this exhibit.

13         MR. FREEMAN:  JX-5 was actually because it's a JX.

14  I believe it's in evidence automatically, I don't think I have

15  to move the Court because there's no objection to it.

16         THE COURT:  I haven't done any admission, yet.

17         MR. FREEMAN:  Okay.  Sorry, your Honor.

18         I would like to respectfully move the Court to admit

19  JX-5 into evidence.

20         THE COURT:  All right.  So admitted.

21         (Joint Exhibit JX5, was received in evidence.)

22         THE COURT:  Just so that there's no issue, are the

23  parties in agreement that the exhibits -- how many JX exhibits

24  are there?

25         MR. FREEMAN:  Total.

KALITA - DIRECT - MR. FREEMAN                53

1            MR. VERA:  Seven, your Honor.

2            THE COURT:  All right.  Does the defense agree that

3    all the JX exhibits they're stipulating their admitted?

4            MS. GO:  Yes, your Honor, we agree.

5            THE COURT:  So JX-1 through 7 is admitted.

6            (Joint Exhibits JX1 through JX7, were received in

7    evidence.)

8    EXAMINATION BY

9    MR. FREEMAN:

10   (Continuing.)

11   Q    So, Ms. Kalita, so I understand you're saying that five

12   out of the six are -- it sounds like four out of the six

13   photographs featured in this article, your testimony was that

14   these were licensed?

15   A    I believe so.

16   Q    You believe so.

17           Do you recall being asked these same questions at

18   your deposition?

19   A    That's correct, yes.

20   Q    And do you recall what your testimony was at this

21   deposition?

22   A    Yes.  And that's why I was explaining that we've

23   undertaken an audit of our photographs on the website to

24   ensure they are in compliance.  And so, there's been some time

25   between then and now.

KALITA - DIRECT - MR. FREEMAN                54

1   Q    Right.  The deposition was back in December of 2023?

2   A    Correct.

3   Q    And, at the time, when you were asked about each one of

4   these photographs, it was your testimony that only the

5   six -- that you were unaware of whether or not they were

6   licensed?

7   A    That's correct that was indeed --

8   Q    So you're saying is that you conducted an investigation?

9        THE COURT:  One at a time.  You got to let her

10  finish.

11       MR. FREEMAN:  I'm sorry.

12  A    Since September of 2023, that was correct.

13  Q    I see.  Since September 2023, you've engaged in, like, an

14  audit or a verification process to determine whether or not

15  these photos were licensed, is that the idea?

16  A    We've engaged in that more broadly on our website, that's

17  correct.

18  Q    Okay.  So your testimony today is that four of the six

19  photographs featured in this article were properly licensed

20  from the original source?

21       THE COURT:  She's answered this a couple of times.

22  She said she have believes, so why so why don't we move on.

23       MR. FREEMAN:  Okay.

24  Q    Is it your understanding that the individual who is

25  depicted in the image has the right to license that image?

KALITA - DIRECT - MR. FREEMAN                55

1    A    No.

2    Q    And JX-5, talking about the photograph issue at this

3    case, you referred to Descendents of Hope --

4    A    Yes.

5    Q    -- do you recall?

6         And as of December 2021 was it common practice for

7    Kalita, Inc. to take photos from Instagram?

8    A    On occasion, yes.

9    Q    But as of December 2021, Kalita did not have any

10   procedures in case regarding the taking of photographs from

11   Instagram, correct?

12   A    Again, occasionally an e-mail would be sent to the

13   holder, a message to the holding the Instagram account, asking

14   for permission to use the photo.

15   Q    Okay.  In response to the present lawsuit, has Kalita,

16   Inc. modified its standards or practices for clearing

17   photographs?

18   A    Yes.

19   Q    And I believe you said that Kalita, Inc. was made aware

20   of this lawsuit by solicitations from law firms?

21   A    That's correct.

22   Q    So you're saying that after the lawsuit was filed, you

23   received letters or e-mails from different law firms wanting

24   to represent you?

25   A    That's correct.  After the lawsuit was filed but we had

KALITA - DIRECT - MR. FREEMAN                    56

1   not received the lawsuit.

2   Q    I see.  And were they offering pro bono services?

3   A    It wasn't really clear from the solicitations.

4   Q    Okay.  To the best of your knowledge, is your current law

5   firm that's here today, are they representing you pro bono?

6   A    That's correct.

7   Q    Does that mean that Kalita, Inc. does not have to pay any

8   fees or costs of litigation?

9   A    Any fees?  I'm just trying to clarify the question.

10  Q    Right.  Does Kalita, Inc., has Kalita, Inc. to date paid

11  any money to the law firm representing you?

12  A    No.

13  Q    And Kalita, Inc. is a media company, correct?

14  A    Correct.

15  Q    When you launched Kalita, Inc. in 2020, were you advised

16  to obtain insurance coverage protection?

17  A    Yes.

18  Q    And did you obtain media insurance coverage protection

19  for Kalita, Inc. in 2020?

20  A    We didn't -- I believe we received it in 2021 if I'm not

21  mistaken.  It was the following year.

22  Q    Okay.  And was that insurance policy in effect in

23  December of 2021?

24  A    I cannot be sure.  I believe so, but I have the dates of

25  the policy and I'm drawing a blank on when it was.  So I

KALITA - DIRECT - MR. FREEMAN                    57

1    believe so, but I'm not a hundred percent sure of that.

2    Q    Okay.  Is that insurance policy in effect today?

3    A    Yes.

4    Q    And did you decide to obtain insurance just in case

5    Kalita, Inc. got sued for copyright infringement?

6              MS. GO:  Objection, irrelevant.

7              THE COURT:  I don't understand the relevance of that

8    question.

9              Sustained.

10   Q    Is it your understanding that the insurance company will

11   pay for any amount of money awarded against Kalita in this

12   case?

13             MS. GO:  Objection, irrelevant.

14             THE COURT:  Sustained.

15             MR. FREEMAN:  We have no further questions for this

16   witness, your Honor.

17             THE COURT:  Why don't we take a break and then

18   you'll do your direct and rehabilitation at the same time.

19             MS. GO:  Yes.

20             THE COURT:  Be ready in five minutes.

21             (A recess in the proceedings was taken.)

22             (Continued on the next page.)

23

24

25

1           (In open court.)

2           THE COURT:  Mr. Freeman, who else do you have after

3    this witness?

4           MR. FREEMAN:  Mr. De La Hoz is here and that's it.

5    And actually, Mr. McDermott.  So two more.

6           THE COURT:  Very good.

7           Whenever you're ready.

8           MS. GO:  Thank you.

9    CROSS-EXAMINATION

10   BY MS. GO:

11   Q    Good afternoon, Ms. Kalita.

12   A    Good afternoon.

13   Q    We covered a lot of grounds earlier, so I would like to

14   jump right to your professional history.  So I will walk

15   through some of the professional history that came up during

16   your direct examination.

17           So you mentioned that you were a reporter for

18   Newsday between 2000 to 2003.  What was your main

19   responsibility as a reporter?

20   A    So I was hired as a business reporter in the Kew Gardens

21   office, that's in Queens.  And then after the terror attacks

22   of 9/11, I shifted to covering the New York City economy, the

23   effect on small businesses, and then really just the effect on

24   New York City.  And then for a portion of 2002, I was a

25   reporter covering the bankruptcy of Enron.  And then I went

1    back to a general assignment business reporting role before I

2    left the paper in 2003.

3            THE COURT:  Can you hold on a second.

4            (Pause.)

5    Q    In your role as a reporter for Newsday, did you have any

6    direct responsibility for copyright compliance?

7    A    For photographs?

8    Q    Yes.

9    A    No.

10   Q    What was your main responsibility as a reporter for the

11   Washington Post between 2006 and 2008?

12   A    I was hired as an education reporter in Fairfax County,

13   and then I became a general assignment reporter for the

14   business desk about a year and a half later and I was covering

15   globalization and businesses in the Washington, D.C. area.

16   Q    Did you have any direct responsibility for copyright

17   compliance in this role?

18   A    No.

19   Q    What was your main responsibility as national editor for

20   Mint between 2006 and 2008?

21   A    So this was a business journalism startup in India and I

22   oversaw initially three reporters, the team grew to about nine

23   reporters, overseeing business of sports, nonprofits,

24   commodities and steel coverage, art, education and a number of

25   other beats like that.

KALITA - CROSS - MS. GO                    60

1    Q    Did you have any direct responsibility for copyright

2    compliance in this role?

3    A    No.

4    Q    What was your main responsibility as deputy global

5    economics editor for the Wall Street Journal?

6    A    So I ran coverage of the great recession.  Occasionally,

7    I would write about economics, but for the most part was

8    editing for a team of reporters covering economic indicators

9    and the recession.

10   Q    Did you have any direct responsibility for copyright

11   compliance in this role?

12   A    No.

13   Q    What was your main responsibility as ideas editor for

14   Quartz?

15   A    Sure.  I solicited and commissioned opinion pieces from

16   around the world that ran on a website devoted to the digital

17   global economy.

18   Q    Did you have any direct responsibility for copyright

19   compliance in this role?

20   A    Not -- no.  Not really.

21   Q    What was your main responsibility as managing editor for

22   LA Times?

23   A    I was hired to help the newspaper transform digitally.

24   So we -- well, I ran the social media teams, initiated some

25   video efforts, we had a multi-platform editing team, and we

1    launched some new digital-first sections for what is a

2    newspaper but was trying to be formally a newspaper.

3    Q    Did you have any direct role in copyright compliance in

4    this position?

5    A    Indirectly.  I, of course, with the social media and

6    photo teams, would work on copyright compliance but not

7    directly, no.

8    Q    What was your main responsibility as senior VP at CNN?

9    A    I ran the breaking news team's opinion section features

10   programming which means the content from CNN, both video and

11   television, getting on websites in different places and

12   different platforms.  And then I was senior vice president

13   from 2017 to 2020, something like that.  I think it was 2017

14   to 2020.

15   Q    Did you have any direct responsibility for copyright

16   compliance in this role?

17   A    For the social media vetting teams, on occasion, but

18   overall, not -- that was the only team that I would really say

19   it came up regularly.

20   Q    When you said that you had an indirect role in

21   supervising copyright compliance, what do you mean by that?

22   A    So newsrooms largely have editors with expertise in

23   different areas and so on most of those cases, I'm referring

24   to the photo editor or visuals editor that was handling that

25   responsibility.

KALITA - CROSS - MS. GO                        62

1   Q    Would it be fair to say that you relied on other

2   departments with copyright specialists in ensuring copyright

3   compliance?

4   A    That's correct.

5   Q    How did you leverage your journalism experience in

6   running KMC?  And KMC here means Kalita Mukul Creative.

7   A    Sure.  So my background as we've talked about extensively

8   today is really in national media, a lot of digital media.

9        In the fall -- sorry -- in the spring of 2020, you

10  know, my neighborhood of Jackson Heights, Queens was really

11  very hard hit in the pandemic and it became clear to me that

12  many of the skills I had developed in national and digital

13  media in terms of amplification, connecting readers of

14  interest to the things that they need, could be of use and

15  could be of help in my community and so I did leverage a

16  background in digital media to amplify some of these needs on

17  the ground but, more importantly, connect them to the folks

18  that might best benefit from that information.

19  Q    So I'd like to talk a little bit more about KMC.  What is

20  KMC?

21  A    Sure.  Kalita Mukul is the company that my husband and I

22  founded, we really started as a newsletter called Epicenter

23  and as we grew, what was like a newsletter list just to help

24  people became this company.

25  Q    When was KMC formed?

1    A    KMC was formed in July of 2020.

2    Q    Why was KMC formed?

3    A    So, initially, as mentioned, we had, like, an e-mail list

4    where people might ask for, you know, where can I get a COVID

5    test or, you know, we need a bulk order of masks, does anyone

6    know where we can get that, to, you know, childcare for the

7    victims of COVID and their children, you know, a husband and

8    wife team might have COVID and they didn't have childcare.  So

9    we were just getting all these queries.  My husband and I are

10   fairly involved in our neighborhood.  And that newsletter grew

11   into this company.

12        It was really formed because it started to get

13   pretty big and also we eventually hired a freelancer and then

14   Danielle Hyams to just help us produce this as a more formal

15   newsletter to amplify those requests for help and also better

16   connect and direct some of our efforts to the people who most

17   needed it.

18   Q    And what is Epicenter?

19   A    Epicenter is the brand and the newsletter that we

20   published those efforts under.  Again, launched as a

21   newsletter.  Today, as a website.  We have a number of

22   community and civic engagements every week around the City.

23   It also -- we also have a podcast and we have a presence on

24   social media as well.

25   Q    What would you say the primary mission of Epicenter is?

KALITA - CROSS - MS. GO                          64

1    A    The primary mission is really to up lift our communities

2    and to -- in some ways, we're disrupting journalism as it's

3    been committed which was a group of people kind of talking

4    down to readers, if you will, and we try to really surface

5    needs in the community and believe that the answers might be

6    among us if we stopped and surfaced them, if we stopped and

7    listened to each other.  Much of our journalism is driven by

8    asking people what they need and then figuring out ways to

9    overtly help.

10   Q    I see.

11         In your deposition, you testified that Epicenter was

12   one portion of a paid advertising campaign.  What did you mean

13   by that?

14   A    I was referring to the website.  So I was asked about

15   revenue generation on the website and I think one of the ways

16   that we're perhaps a little bit different is that we serve a

17   local community.  We started out serving Jackson Heights, grew

18   to other areas of Queens and now, you know, more parts of New

19   York City, but that service doesn't only happen on a website.

20         So when I was asked about revenue on the website, I

21   was just clarifying that the website is just one portion of

22   our work.

23   Q    What is the readership of Epicenter?

24   A    Today or in December of 2021?

25   Q    Let's start with December 2021.

KALITA - CROSS - MS. GO                    65

1   A     Sure.  It was probably in the dozens of impressions every

2   day.  It wasn't especially large.  Again, our newsletter was

3   the primary vehicle by which we reached people.  That remains

4   true today.

5         Today our web traffic, in an age where web traffic

6   is kind of being redefined every day, if we have a story, for

7   example, on Section 8 vouchers which New York City is about to

8   roll out, we might have thousands of web impressions on a

9   given day and then other days, it might just be, again, in the

10  dozens of readers.  It really does depend on the story and how

11  people are finding us so it does range quite a bit.

12  Q     Who is the readership of Epicenter?

13  A     So, again, primarily, we were launched to serve an

14  audience in Queens.  It's grown to portions of Brooklyn.  We

15  certainly have readers in the Bronx and Manhattan and even

16  outside of New York City.  Really, just with consumption

17  habits on the web, it's who's interested in certain stories.

18  So people might find us through search.  They might be

19  listening to our podcasts.  They might encounter one of our

20  reporters at, you know, a food pantry or a community event and

21  get their information that way.  It is a very diverse

22  readership, but also really does meet people where they are.

23  Q     I see.

24        So we understand that KMC now has revenues and

25  plaintiff's counsel has asked you a number of questions about

KALITA - CROSS - MS. GO                    66

1   that.  Did KMC always generate revenue?

2   A    Not always.  I guess in, the first year that we launched,

3   we received a grant from the Ford Foundation and that was,

4   like, our first injection of capital, if you will, and then

5   some of the other revenue streams we talked about came

6   subsequently.

7   Q    When did KMC first generate revenue?

8   A    That's not grant related or would you count -- if you

9   count the grant, then 2020.

10  Q    Sure.

11       Was it always KMC's goal to generate revenue?

12  A    I mean, really not.  We were, we -- again, we were formed

13  to help the community.  We became a company as it became clear

14  that this was growing, that there was still a need, and that

15  you need parameters to employ people and have a bank account

16  and, you know, all of the things that small business owners

17  will surely understand, but the goal really was to provide a

18  service during the pandemic.

19  Q    You mentioned that KMC generated $400,000 in 2021 and

20  $800,000 in 2022.  How did KMC generate this revenue?

21  A    It's a mix of advertising, sponsorship events.  And, you

22  know, sponsorship can be anything from a job ad to advertising

23  an upcoming film festival.

24       We also have some government contracts, so around

25  health equities.  Some of the vaccine work that we initially

1    did as volunteer converted into contracts for entities that

2    said, you know, could you continue to do this work.

3              Then we also have a portion of membership and

4    subscription.  That's really people who are just trying to

5    support the mission of the organization.  And then as

6    mentioned, philanthropy is another portion of our support,

7    financial support.

8    Q    So going back to your revenue in 2021 which was $400,000,

9    would that also include donation?

10   A    Yes, it does.

11   Q    Would that include grants?

12   A    Yes.

13   Q    How much portion would you contribute to donation in

14   2021?

15   A    I'd say it was probably the smallest portion.  Maybe --

16   actually, I don't even want to guess but under, it would be

17   under $100,000 would be donations and membership.  And just to

18   clarify, I'm not including philanthropy and donations.

19   Q    To clarify, when you say "membership," what do you mean

20   by that?

21   A    So we launched an initiative for people who were asking

22   how they could support us.  So we have a mix of people can

23   make a flat donation or they could sign up for, you know,

24   let's say $5 a month, there's a range of what they can pay us

25   per month, but the content remains free.  So, really, they're

KALITA - CROSS - MS. GO                68

1    supporting the mission of the organization.

2            On occasion, those members might get access to

3    certain events.  I mentioned film festivals, for example.

4    Sometimes we get free tickets to events where, you know,

5    someone seeking to diversify their audience or they just want

6    to put the word out and so our members will sometimes have

7    early access to those types of events.

8    Q    Would you consider membership donations?

9    A    Yes.

10   Q    Going back to your revenue in 2021, how much of 400,000

11   would you attribute to grants?

12   A    In 2021, I would say it's about half of that.

13   Q    What are these grants?

14   A    The grants range from the Ford Foundation that was making

15   a number of grants during the COVID-19 pandemic to support

16   initiatives like ours.  Borealis Philanthropy has a racial

17   equity in journalism fund that we qualified for.  And in

18   subsequent years, we've received philanthropic funding from

19   other such organizations.

20   Q    And moving on to your revenue in 2022, how much of the

21   $800,000 revenue would you attribute to donations?

22   A    Donations, I would say would still be under $100,000.

23   Q    How much of the $800,000 revenue would you attribute to

24   grants?

25   A    I'd say still about half.  If the year previous was,

KALITA - CROSS - MS. GO                69

1    like, a little bit under half, I would say by 2022, we started

2    to get more philanthropic support.  So it's about half, a

3    little bit less than that if I'm thinking about that right.

4    Q    You mentioned that there were advertisement revenues.

5    How does advertisement revenue work?

6    A    Sure.  So advertising works in a number of ways.  Like an

7    organization -- and do you mean generally or do you mean for

8    KMC?

9    Q    For KMC.

10   A    Okay.  For KMC, it's a little bit different than other

11   organizations I worked in.  For example, like, in CNN, you'd

12   pay per thousands of impressions.  As we discussed, KMC's

13   website does not get thousands of impressions so really

14   advertisers are paying to reach certain demographics.  They're

15   clearer in who they're trying to reach.  We help them do that.

16   In the case of an event, it might be sponsorship and we might

17   put on, let's say, a panel discussion or some type of webinar

18   or activation that, again, appeals to a community of interest

19   and is sponsored by an entity.  In the case of, like, some of

20   the nonprofits, film festivals, it's job ads.  There's another

21   area of sponsor content which is thought leadership.  It could

22   also be, you know, help for small businesses.

23         A lot of the areas that we've talked about that we

24   cover also happen to be where there's advertising and

25   sponsorship efforts.

1    Q    Are advertisement revenues per click?

2    A    Very rarely for us.  For other organizations, yes, that's

3    how it works.

4    Q    Are advertisement revenue flat fees?

5    A    Yes.

6    Q    When did you begin accepting advertising revenue?

7    A    In 2021.

8    Q    Why did you begin accepting advertising revenue?

9    A    So as we grew both in the number of readers and then in

10   the scope and efforts and ambition, you know, there was a

11   desire to continue growing the company and this felt like a

12   way to do it and also there was interest from advertisers to

13   reach precisely the demographics that we were reaching.

14   Q    How do you spend the generated revenue?

15   A    Oh, it goes right back into the business.  We have -- as

16   we've, I think, discussed, we hired reporters and hired

17   community managers and that's how we've been able to grow.

18   Q    How much percentage of the revenue would you say goes

19   back to the operation of KMC?

20   A    Oh, pretty much all of it.  I mean we're kind of a

21   break-even operation in the media industry.  So as we've

22   grown, our staff has also grown, our publishing cadence has

23   grown, our efforts have grown.

24   Q    How much of the annual revenue would you say is left

25   over?

1   A    Again, like, we're really pretty break-even.  It's, I

2   would say, negligible, in the tens of thousands of dollars, if

3   that.  I mean, really, we are not operating with real

4   especially high margins if that's what you're asking.

5   Q    Is that the case every year?

6   A    Well, it's gotten harder as we've gotten bigger, for

7   sure, but it pretty much has been the case as we've grown.

8   That's correct.

9   Q    Moving on to KMC's process of article publication.

10  Plaintiff's counsel asked some questions about it so I would

11  just like to clarify.

12        How does KMC select what content to publish?

13  A    So article ideas and our news agenda comes from a number

14  of places.  There's a weekly editorial meeting.  Our reporters

15  are out in the field asking people, you know, obviously

16  questions about their stories but also asking them what they

17  need.  We have a hotline people will call.  We get e-mails.

18  We receive text messages, social media.  I mean it's a real

19  eclectic setting of that news agenda, but really is driven by

20  community needs and interests.

21  Q    Who writes the articles?

22  A    It's a number of -- I mean, myself, I write sometimes.

23  We have community reporters, we have a number of freelancers,

24  and then, as mentioned, we'll occasionally receive

25  submissions.

1    Q    Do the articles always contain photographs?

2    A    Most of them do but not always.

3    Q    Why do you include photographs in the article?

4    A    So because we're a journalism product very much built on

5    representation and serving diverse communities, the need to

6    show these communities is really important to us.  Also, that

7    you need visuals on the internet to, again, like, break up the

8    text and get people to read the articles and also just to

9    illustrate who we're talking about in many cases.  We're

10   writing about, you know, politicians or people in the

11   neighborhood and you just -- we just want to make sure you

12   have a face to some of those names.

13   Q    Who selects the photograph?

14   A    Again, that's a pretty eclectic process but it was

15   largely managed by Nitin, my husband, and Diane Hyams as

16   they're putting together the newsletter and putting stories on

17   the website.

18   Q    Does the article undergo further review?

19   A    On occasion, it does.  It really depends on the article.

20   Sometimes I get called in to review.  We have copy editors and

21   the like.

22   Q    Does the photo undergo further review?

23   A    Sometimes, yes.

24   Q    Who reviews the photo?

25   A    Again, a combination of Nitin, Danielle Hyams, myself.

KALITA - CROSS - MS. GO                    73

1  Today -- are you asking about today or December 2021?

2  Q    Let's start with December 2021.

3  A    Then it would have just been Nitin and Danielle.

4  Q    How about today?

5  A    Today we have an editorial director who was just hired

6  this year and we also have a copy editor, he's a freelancer,

7  and then on some stories, I might be pulled in, and then we

8  also have a subscription to some photo services.

9  Q    Who reviews the article?

10 A    Similarly, the editorial director and the copy editor are

11 the primary points of contact.

12 Q    How many articles do you publish per month?

13 A    We probably increased to maybe about 30, 25 to 30

14 articles, I would say, pieces of content, articles, yes.

15 Q    Would that be around 300 to 420 articles per year?

16 A    Yeah, that's about right.

17 Q    Do you review every single article?

18 A    No.

19 Q    Why don't you review every single article?

20 A    It would just be physically impossible for me.  So I

21 obviously run other aspects of the company.  I'm also involved

22 in sales and fundraising and am out and about in the community

23 quite a bit.  So we do, again, as mentioned, have the

24 editorial director and the copy editor who are reviewing

25 articles.

KALITA - CROSS - MS. GO                    74

1    Q    Would you say the review by editorial director and copy

2    editor a sufficient system to ensure almost every, if not

3    every article is reviewed?

4    A    Yes.

5    Q    Same answer for a photograph?

6    A    Yes.

7    Q    So plaintiff here mentioned that you had no copyright

8    compliance program and I want to talk a little bit more about

9    that and because this case is about an article from

10   December 2021, we'll focus on your compliance program back

11   then.

12          So in 2021, how did you determine whether a

13   photograph was copyrighted?

14   A    So, as mentioned, there was kind of a hierarchy, if you

15   will, of photos and the preference for what we ran.  So

16   between Nitin and Danielle, Danielle having the best sense of

17   what an article was trying to convey and what should be used

18   to illustrate it, would turn to a variety of sources such as

19   official websites, press conferences, press releases, photos

20   from the reporter, photos from sponsoring organizations or

21   nonprofits and so forth.

22   Q    If you determined that a photo was copyrighted, what did

23   you do?

24   A    So the photo would be inserted in the article and then we

25   would credit where it came from.  In some cases, that credit

1    would be spelled out in the process of obtaining that

2    copyright.

3    Q    Did you at times ask the author of the image for

4    permission?

5    A    Yes.

6    Q    If the author does not respond, what did you do?

7    A    So in many cases, we're on deadline and the stories are

8    time sensitive and so, again, we would look through the order

9    of where could we get photos and then we would proceed to

10   publish.

11   Q    What made you believe that this system of hierarchy of

12   selecting photographs was sufficient for copyright compliance?

13   A    So it is -- I would say it's a mix of how it's been done

14   in previous news organizations that I've worked in.  And also,

15   the belief in the news reporting and the newsworthiness of

16   what we're doing and the photos that illustrate that.  And

17   then also, as mentioned, when we would reach people in some

18   cases, like, social media platforms, most of the time, like,

19   I'd say 90 percent of the time, the answer to can we republish

20   this was a resounding yes.

21   Q    Has KMC ever received a prior notice of copyright

22   infringement before this lawsuit?

23   A    No.

24   Q    Has KMC ever been sued for copyright infringement before

25   this lawsuit?

1    A    No.

2    Q    Did you consider having a copyright compliance

3    department?

4    A    No.

5    Q    Why not?

6    A    We're just too small.  It would be prohibitively

7    expensive.

8    Q    You mentioned that there's now a training manual for

9    copyright?

10   A    Yes.

11   Q    What does that contain?

12   A    So starting in January of 2022, we began meeting with our

13   lawyers from Cornell Law Center to engage in a training with

14   our staff around copyright, ethics in journalism, just some

15   issues that we wanted to make sure we were all getting on the

16   same page about.

17          So in coordination with Cornell, we devised some

18   policies and then in, I believe in July of 2022, we rolled

19   those out and had another training and pretty much every year,

20   we'll do a training with the folks at Cornell on this.

21   Specifically, copyright is one aspect of it.  It's not the

22   entire thing.  And then when new employees come on board,

23   those documents are a part of their onboarding.

24   Q    How did Cornell Law Center become involved?

25   A    So when we launched, I had an outreach from Cornell Law

1    Center.  They said they liked the work we were doing and they

2    would love to support journalism and our mission.  And so,

3    initially, I think they thought they would be reviewing more

4    articles and as a small business and a media business at that,

5    they ended becoming more involved in operations and some of

6    these handbooks and policies and procedures.

7    Q    Why did KMC not engage Cornell Law Center before January

8    of 2022?

9    A    Oh.  Well, I mean we engaged Cornell Law Center on some

10   matters but, really -- like, 2020 and 2021, I mean as you can

11   probably tell, we were in the middle of a crisis and our

12   business kept changing.  The world kept changing.  The City

13   kept changing.  We were, you know, initially just trying to

14   get people through COVID.  Then came the vaccine rollout and

15   then came the Mayoral election.  If I kind of think of those

16   two years, those were the activities we were really just

17   trying to keep up with.

18          After the Delta surge of December of 2021 into

19   January of 2022, it just felt like we were at a place where we

20   really did need to solidify some of those policies and

21   procedures and we turned to them in a much more meaningful

22   way.

23   Q    I see.

24          MS. GO:  Your Honor, I'd like to introduce JX005

25   that's already in evidence.

1          THE COURT:  All right.  All the JX exhibits are in

2     so you can just discuss it.

3          MS. GO:  All right.

4     Q    So, Ms. Kalita, do you see the screen?

5     A    Yes.

6     Q    What is it?

7     A    It's an article on who Eric Adams might be appointing to

8     his cabinet.

9     Q    What was this article about?

10    A    So it was after the Mayoral election in New York City,

11    Eric Adams, of course, prevailed, and it was a story about who

12    indeed might be in his inner circle and in his cabinet.

13    Q    Why did you believe that it was an important article to

14    publish?

15    A    We were in a historic moment of coming out of this

16    election that we tried to cover.  It had been like no other

17    election because a lot, many parts of it were virtual, but

18    also we had an unprecedented number of women on the City

19    Council.  It was the most diverse City Council we've ever

20    seen.  And so we continued to cover stories about this beyond

21    the primary election and then the general election.

22    Q    And is this the article that's at issue in this action?

23    A    This is the article that contains the photo that's at

24    issue, yes.

25    Q    What was your role in the publication of this article?

1  A    I might have suggested this article.  I might have, like,

2  tried to make sure that we continue to cover, you know, what's

3  going to happen because you're in the period between the

4  election and the swearing in of the new Mayor, but other than

5  that, there wasn't a lot of participation on my part in this

6  article.

7  Q    What steps did you take to check if the photograph in

8  this article was copyrighted?  And by photograph, I mean the

9  photograph that Mr. McDermott has taken.

10 A    And do you mean me or KMC?

11 Q    KMC.

12 A    KMC, the process was searching for an image, between

13 Nitin and Danielle Hyams, to illustrate potentially our first

14 female Police Commissioner.  I believe they went through the

15 official channels, as I've mentioned, of agency websites and

16 creative comments and so forth and this was the photo that was

17 discovered from the Instagram account that we've mentioned.

18 Q    When you say "creative channels," can you clarify what

19 that means?

20 A    I think I meant creative commons.  Creative commons is

21 allowing content creators to have access to images for free

22 that they can, can use.

23 Q    I see.

24       MS. GO:  Katie, can you scroll down to the

25 photograph at issue.

KALITA - CROSS - MS. GO                    80

1    Q     Why did you credit Descendants of Hope in this

2    photograph?

3    A     That was the Instagram account that it was taken from.

4    Q     Did you believe that that was enough for copyright

5    compliance?

6    A     I believe, I believe our team did, yes.

7    Q     Did you believe that the system of going through the

8    official channels and hierarchy of websites was sufficient for

9    copyright compliance in this instance?

10   A     At the time, yes.

11   Q     What made you believe that?

12   A     Just the process of sourcing photos and the way that

13   they, you know, tried to do the right thing was, is what leads

14   me to think, you know, in that moment, that those two folks,

15   you know, had the best of intentions.

16   Q     Who wrote this article?

17   A     Felipe De La Hoz.

18   Q     Who is Felipe De La Hoz?

19   A     He's seated back there.  He's a contractor who covers our

20   articles for our civics newsletter which runs on Thursdays.

21   Q     What is Felipe's role?

22   A     Felipe is a contractor or freelancer for us.  He's been

23   writing since before the primary election.  I believe he

24   started in the spring of 2021, if I'm not mistaken.

25   Q     Who reviewed this article?

1   A    Danielle Hyams.

2   Q    Did she also review the photograph?

3   A    I believe so, yes.

4   Q    What is Danielle's role at KMC?

5   A    Today or in December of 2021?

6   Q    December 2021.

7   A    She's the newsletter editor and editorial manager.

8   Q    Is Danielle a contractor?

9   A    Today, yes.

10  Q    Was she a contractor in December of 2021?

11  A    I believe she was and then she came on full time in 2022.

12  Q    Did you generate any revenue from this article?

13  A    No, I don't believe we did.

14  Q    Did you generate any revenue from this photograph?

15  A    No.

16        And just to be clear, the article on the website as

17  you're showing it to me?

18  Q    Yes, this article.

19  A    Yes, that's correct.  Thank you.

20  Q    You just -- we just discussed that the article here was

21  published in December of 2021.  Is that right?

22  A    Yes.

23  Q    When did you first learn about this lawsuit?

24  A    March of 2023.

25  Q    What was your reaction when you learned that you had been

KALITA - CROSS - MS. GO                    82

1    sued for copyright infringement?

2    A    Oh, I was shocked because the article had been from so

3    long ago so I quite frankly didn't remember it and then I had

4    never heard about any claim on photograph or any problems with

5    the article so I was surprised.  And also, because it came in

6    the form of solicitations from other law firms, like, I was

7    kind of confused as to whether, like, this was just, whether

8    it's a scam or what was going on.  Like, I really, I was quite

9    shocked and thrown off by it all.

10   Q    So how long was the photograph published before you

11   learned that you had been sued?

12   A    From that period, from December '21 until March.

13   Q    So would that be about a year and a half?

14   A    Yes, it's about 15 months.

15   Q    How many views did the photograph generate during this

16   period of time?

17   A    I believe under a hundred, like, I think 96 views or

18   something.  It wasn't a whole lot.

19   Q    Did plaintiff ever contact you before filing this

20   lawsuit?

21   A    No.

22   Q    What did you do when you learned of this lawsuit?

23   A    We took the photo down.

24   Q    Did you have any reason to believe that you were

25   infringing prior to this lawsuit?

KALITA - CROSS - MS. GO                    83

1  A    No.

2  Q    Plaintiff's counsel briefly talked about insurance and

3  we'd just like to clean up the record.

4           Do you have any insurance?

5  A    Yes.

6  Q    What type of insurance is that?

7  A    It's media liability insurance.

8  Q    Would the insurance cover this lawsuit?

9  A    No.

10 Q    Why not?

11 A    The amount of the photograph in question is less than our

12 deductible so we thought that we would settle for way less so

13 this would not be covered.

14           MS. GO:  No further questions, Your Honor.

15           THE COURT:  Okay.  Any further examination?

16           MR. FREEMAN:  No further questions, Your Honor.

17           THE COURT:  All right.  Thank you.  You can step

18 down.

19           (Witness excused.)

20           THE COURT:  All right.  Mr. Freeman, your next

21 witness?

22           MR. FREEMAN:  Thank you.  Plaintiff would like to

23 call Felipe De La Hoz to the stand.

24           THE COURT:  If you can just raise your right hand.

25           (Continued on next page.)

DE LA HOZ - DIRECT - MR. FREEMAN                    84

1              (The witness takes the witness stand.)

2    **FELIPE DE LA HOZ,** called as a witness, having been first duly

3    sworn/affirmed, was examined and testified as follows:

4              THE COURT:  All right.  If you can just sit and you

5    can close the book that's in front of you until they ask you a

6    question about it.

7              THE WITNESS:  Sure.

8              THE COURT:  Just get as close to the microphone as

9    possible.

10   DIRECT EXAMINATION

11   BY MR. FREEMAN:

12   Q    Good afternoon.  State your name for the record.

13   A    My null fame is Felipe De La Hoz Arias.

14   Q    What is your occupation?

15   A    I'm a journalist and university lecturer.

16   Q    And are you a contributing reporter for Epicenter NYC?

17   A    I am.

18   Q    And do you also contribute to other publications?

19   A    I do.

20   Q    So you're a freelance journalist?

21   A    I am.

22   Q    And how long have you worked as an independent contractor

23   for Epicenter?

24   A    I began, I believe, in March or April of 2021.  So that

25   would have made it about three years now.

*CMH        OCR        RDR        FCRR*

DE LA HOZ - DIRECT - MR. FREEMAN                85

1   Q    And in your position as contributing reporter, do you

2   work with photographs?

3   A    No -- well, there have been a handful of occasions in

4   which I have taken photographs that I have submitted along

5   with my articles.  Otherwise, no.

6   Q    So, in other words, if you don't take the photograph

7   yourself, then you just rely on some other editor to supply

8   the photograph in connection with articles you write?

9   A    That's correct.

10  Q    And have you ever personally negotiated any licenses for

11  use of photographs?

12  A    I have not.

13  Q    Have you ever credited photos in the context of your

14  articles?

15  A    I have not been involved in the selection, so I -- no.

16  Q    And you say you've worked as a photographer, photo

17  journalist?

18  A    Occasionally, I have shot photographs that have been

19  published for news websites, yes.

20  Q    Is it accurate to state that the articles that you

21  distributed for Kalita include photographs?

22  A    On a handful of occasions, they have included

23  photographs.

24  Q    And approximately how many Kalita Inc. Articles do you

25  write per day?

DE LA HOZ - DIRECT - MR. FREEMAN                86

1   A    The standard, we have an agreement where I write one

2   newsletter per week.  There have been weeks that I have not

3   done it but roughly once a week for the three years that we've

4   been doing it.

5   Q    And what is your understanding of what clearances are

6   required for photographs that are published in articles that

7   you write?

8   A    Generally speaking?

9   Q    Yes.

10  A    I, you know, do not generally interact with that.  I am

11  vaguely aware that there are, you know, license

12  considerations.

13        MR. FREEMAN:  I'd like to refer the Court to JX5

14  which is already admitted into evidence.

15  Q    Mr. De La Hoz, you can flip to J and then 5.

16        Do you recognize this article?

17  A    Yes.

18  Q    And this is an article that you wrote?

19  A    That's correct.

20  Q    And just describe for me the process of how this article

21  came to be.

22  A    I mean given how long it's been, I can't tell you with

23  specificity the process that sort of went into the selection

24  of the article.  Generally, what would happen is I would have

25  a conversation with Danielle Hyams and sometimes Mitra would

DE LA HOZ - DIRECT - MR. FREEMAN                87

1    weigh in.  I cannot say if she did in this instance.  And we

2    would look at things that were in the news.

3            You know, we were very much focused on the election

4    at this time and we would sort of discuss what would be of

5    interest to the audience and, in this case, you know, it seems

6    we landed on this set of, this focus.

7    Q    So was it the case that you were given an assignment to

8    cover a certain topic?

9    A    It was generally collaborative.  I think, you know, I

10   discussed with Danielle what would make sense and then we came

11   to a determination jointly.

12   Q    Did you and Danielle discuss photographs?

13   A    No.

14   Q    As of December of 2021, did Kalita Inc. provide you with

15   any job training concerning how to credit photographs?

16   A    No.

17   Q    As of December of 2021, did Kalita Inc. provide you with

18   any job training concerning how to license photographs?

19   A    That was not part of my duties so no.

20   Q    As of December of 2021, did Kalita Inc. issue a written

21   handbook or training manual regarding the proper use of

22   photographs in your articles?

23   A    No.

24   Q    As of December of 2021, who supervised your work at

25   Kalita Inc.?

DE LA HOZ - DIRECT - MR. FREEMAN                88

1    A    Directly?

2    Q    Yes.

3    A    Generally, Diane Hyams and, you know, Mitra as well and

4    Nitin would copy edit sort of variously.

5    Q    Okay.  And --

6              MR. FREEMAN:  No further questions.

7              THE COURT:  Okay.  Any examination?

8              MS. GO:  Yes.

9              (Continued on next page.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    CROSS-EXAMINATION

2    BY MS. GO:

3    Q    Good afternoon.

4         You're contractor for KMC; is that correct?

5    A    That's right.

6    Q    You write articles for KMC from time to time on a

7    freelance basis; is that correct?

8    A    That's correct.

9    Q    You have no role in selecting photograph with the

10   articles for KMC; is that correct?

11   A    I do not.

12        Other than what I mentioned about having on a few

13   occasions taken photographs myself, I do not have any other

14   role in photographs.

15   Q    So when the photograph is not taken by you, do you have

16   any role in selecting those photographs?

17   A    I do not.

18        MS. GO:  Can you pull up JX5.

19        And can we scroll to the photograph.

20   Q    Do you see JX5?

21   A    I do.

22   Q    Do you recognize the photograph in JX5?

23   A    I recognize it from having seen it in the published

24   article, yes.

25   Q    You had no role in selecting this photograph; is that

DE LA HOZ - CROSS - MS. GO                90

1    correct?

2    A    That's correct.

3    Q    You relied on the photo editor for copyright compliance;

4    is that correct?

5    A    That's correct.

6    Q    KMC did not provide training to you on photograph

7    licensing because it was not relevant to your role; is that

8    correct?

9    A    That's right.

10              MS. GO:  No further questions, Your Honor.

11              THE COURT:  Anything else?

12              MR. FREEMAN:  No further questions, Your Honor.

13              THE COURT:  All right.

14              Thank you, sir, you can step down.

15              (The witness steps down.)

16              THE COURT:  You can call your next witness.

17              MR. VERA:  Plaintiff calls Matthew McDermott, Your

18    Honor.

19              (Continued on next page.)

20

21

22

23

24

25

McDERMOTT - DIRECT - MR. VERA                    91

1              (The witness takes the witness stand.)

2    **MATTHEW McDERMOTT**, called as a witness, having been first duly

3    sworn/affirmed, was examined and testified as follows:

4              THE WITNESS:  I do, sir.

5              THE COURT:  If you can just sit and pull yourself up

6    to the mic.

7    DIRECT EXAMINATION

8    BY MR. VERA:

9    Q    Good afternoon, Mr. McDermott.

10             State your name for the record.

11   A    Good afternoon.

12             Matthew McDermott.

13   Q    And what is your occupation?

14   A    I'm a freelance photographer, photojournalist

15   professional.

16   Q    Please describe what that occupation is?

17   A    Well, it's documenting -- as far as in the news world,

18   it's documenting what's going on for news publications.  You

19   know, it could be also work for clients around the world.  But

20   my primary is New York Post, as far as my bread and butter.

21   Q    And how long have you been a photographer?

22   A    Professionally?  About 26 years, roughly.

23   Q    Did you go to school for photography?

24   A    For photography, philosophy and psychology.

25   Q    Where was that?

McDERMOTT - DIRECT - MR. VERA                    92

1   A    Hofstra University on Long Island.

2   Q    Where do you currently work?

3   A    Currently work, as far as for primarily New York Post on

4   a freelance basis.  Also work for other clients.

5        New York Post is based out of New York City, which

6   is where I spend most of my time.

7   Q    As you specified, you do freelance work?

8   A    Yes, outside contractor.

9   Q    And freelance work for the New York Post?

10  A    Yes, sir.

11  Q    Have you done freelance work for any other publications?

12  A    Yes, I have.

13  Q    Can you please name them?

14  A    I'm trying to think, as far as -- I mean I've been

15  contracted by numerous through the years.

16        THE COURT:  Just give some examples.

17  A    I mean I've worked for A+E Networks.  I mean I've shot

18  for Time.  I've shot for the Daily News.

19        It's been quite a few.  It's been over a long period

20  of time.

21  BY MR. VERA:

22  Q    And how long have you been freelancing for the New York

23  Post?

24  A    I started in the very late '90s.  So it's probably about

25  25 years-ish.

McDERMOTT - DIRECT - MR. VERA                    93

1  Q    And how many days do you freelance for the New York Post?

2  A    It could be anywhere from five to seven days a week.

3  Q    How are you compensated by the New York Post?

4  A    We are paid for an eight-hour shift.

5  Q    And what is your current rate?

6  A    Current rate now is 630 for eight hours.

7  Q    So you get paid a day rate, regardless of whether a

8  photograph is published in the New York Post?

9  A    Correct.

10  Q    What was your day rate as of December 2021?

11  A    I believe I was worth 470.

12  Q    And does the day rate you earn from the New York Post

13  reflect the amount that you would charge another media

14  organization to use your photos?

15  A    No.

16  Q    Why?

17  A    Again, a day rate, as far as in the media world, as far

18  as for newspapers, you may not shoot anything all day, and you

19  may do five jobs a day.  It's hourly rate and it's something

20  I've been with them for a long time.

21        So it's a different beast in the sense of if you

22  were to sell photographs somewhere else.

23        MR. VERA:  I would like to refer the Court to Joint

24  Exhibit 1 for identification purposes.

25  Q    Mr. McDermott, kindly turn to Joint Exhibit 1 in the

McDERMOTT - DIRECT - MR. VERA                    94

1    exhibit binder.

2    A    JX1?

3    Q    Yes.

4    A    Yes, sir.

5    Q    Do you recognize this photograph?

6    A    Yes, I do.

7    Q    Who took this photograph?

8    A    I did.

9    Q    When did you take this photograph?

10   A    Um, I took this on December 13th of 2021.

11   Q    And when was the photograph published?

12   A    It was published the next day in the New York Post.

13        It might have been online that evening, I don't

14   recall, but it would have been in the newspaper the following

15   day, on the 14th.

16   Q    And who's the photographed licensed to?

17   A    The New York Post owns rights to be able to use it in

18   whatever manner they wish.  But within 24 hours of them

19   running the photo, I own the property.

20   Q    Was it licensed to any other entities and/or persons?

21   A    Yes, I also give my work to Polaris Images.

22   P-O-L-A-R-I-S Images.  And they then move my work to whoever

23   is interested, as far as purchasing work.

24   Q    Did the New York Post pay the day rate for the creation

25   of this photograph?

McDERMOTT - DIRECT - MR. VERA                95

1    A    Yes, they did.

2    Q    And what was the amount of that day rate?

3    A    $470.

4         MR. VERA:  I would like to, for identification,

5    refer the Court to Joint Exhibit 3.

6    Q    Mr. McDermott, can you please to turn to Joint Exhibit 3

7    in the exhibit binder.

8         THE COURT:  Polaris is?

9         THE WITNESS:  It's like a Getty but a lot smaller.

10   They sell images around the world.

11        THE COURT:  So they stock images?

12        THE WITNESS:  Correct, yes.

13        THE COURT:  Then they license it?

14        THE WITNESS:  Correct, sir.

15        I'm sorry?

16   Q    Joint Exhibit 3.

17        THE COURT:  Okay, JX 3.

18        THE WITNESS:  Sorry about that.

19        Yes, go ahead.

20   Q    Do you recognize this document?

21   A    Yes, I do.

22   Q    What is this document?

23   A    This was a document showing a photograph of Keechant

24   Sewell, the police commissioner, by Getty Images.

25   Q    What is Getty Images?

McDERMOTT - DIRECT - MR. VERA                96

1   A    They are one of the largest image houses that -- as far

2   as where people can go to purchase images.

3   Q    And why is Getty Images relevant to this case?

4   A    I don't know.  It's a benchmark, as far as what they sell

5   for, what possibly you could be moving images for.

6   Q    So this photograph of Ms. Keechant Sewell was not your

7   photo?

8   A    No, it's not.

9   Q    Why did you use this photograph as a benchmark?

10  A    Again, just going to Getty Images and just looking at a

11  photo, as far as what they of her available.

12  Q    And what is the advertorial rate?

13  A    The advertorial?  I don't know.

14  Q    Do you know what "advertorial" means?

15  A    In the sense of what we're talking about here, no.

16          MR. VERA:  Moving to what I'd like to refer the

17  Court to Joint Exhibit 5 for identification purposes.

18          THE COURT:  Do you know if the photo, the ad issue

19  photo in this case, is it currently on like -- could someone

20  go on the Polaris web page and purchase it?

21          THE WITNESS:  Yes.

22          THE COURT:  Okay.

23          MR. VERA:  I'd like to refer the Court to Joint

24  Exhibit 5 for identification purpose.

25  BY MR. VERA:

1   Q     Mr. McDermott, kindly turn to Joint Exhibit 5 in the

2   exhibit binder.

3               Do you recognize this document?

4   A     Is my book messed up here?

5               This one?  Okay.

6               Well, I would say that this would be from their

7   website.

8   Q     Does this article contain your photograph of Ms. Keechant

9   Sewell?

10  A     Yes, it does.

11  Q     And did defendant contact --

12              THE COURT:  On this page it would be the third photo

13  from the top?

14              THE WITNESS:  Yes, sir.

15              THE COURT:  Okay.

16  BY MR. VERA:

17  Q     Did the defendant contact you to acquire permission to

18  use this photograph?

19  A     Not that I recall.

20  Q     Who is listed in the gutter panel?

21  A     It's rather minuet.  I cannot read that.

22              THE COURT:  I know what the answer is to that.

23              This image is a thumb image.  There's no way he can

24  read that.

25              Can you put it up, please?  Hold on one second.

1          MR. VERA:  Joint Exhibit 5.

2          (Exhibit published.)

3          THE WITNESS:  I have nothing, sir.

4          Oh, here we go.

5    Q    Did you authorize defendants to publish this photo?

6    A    I did not.

7    Q    Describe the risk you take of being a freelance

8    journalist?

9    A    The risk?

10   Q    Yes.

11   A    In what sense?  Bodily harm?  Financial harm?

12   Q    Speak broadly.

13   A    Well, I will tell you, as far as freelance

14   photojournalist, it usually ranges in the top 1 to 5 of most

15   stressful jobs.

16          There's often not a lot of financial stability, but

17   on top of that, you know, we get into this business as artists

18   that want to make a difference in the world.

19          I've been all over the world.  I've been shot at.  I

20   have been almost blown up.  I was at the base of towers.  You

21   know, I've suffered lung damage from that.  I was in Haiti.

22   You name it.  I've seen a lot of death and I put my body on

23   the line for my profession.

24          So our work is very important to us.

25   Q    And what is it like when you see companies take your

McDERMOTT - CROSS - MS. DJOUKENG                99

1  photos without consent?

2  A    Again, what we go through to make these images, and then

3  to have other people just take our property and then, you

4  know, it's very upsetting.

5         MR. VERA:  No further questions, Your Honor.

6         THE COURT:  When did you first become aware that

7  this photo was on the --

8         THE WITNESS:  I don't recall when.  When that

9  exactly happened, I was contacted by my law firm because they

10 had found it.

11        THE COURT:  Okay.

12        Any cross?

13        MS. GO:  Yes, Your Honor.

14        MS. DJOUKENG:  Your Honor, I have here the

15 deposition transcript for the plaintiff.

16        May I just hand it to him in case I refer to it?

17        THE COURT:  You want to hand it to the witness now?

18        MS. DJOUKENG:  Just in case.

19        THE COURT:  You can bring it up and just leave it.

20 CROSS-EXAMINATION

21 BY MS. DJOUKENG:

22 Q    Hi, Mr. McDermott.

23        I'd like to start off by asking you some questions

24 about your photograph.

25        Could you please refer to Joint Exhibit 001 that

McDERMOTT - CROSS - MS. DJOUKENG                    100

1    your counsel referred to previously.

2              THE COURT:  It's on the screen.

3              THE WITNESS:  Yes.

4    Q    This is a photograph that you claim defendant used

5    without your permission, correct?

6    A    Correct.

7    Q    And to be clear, when I use the phrase "the photograph,"

8    "this photograph," or "the photograph the issue," I'm always,

9    in each instance, referring to this photograph.

10             Do you understand?

11   A    Yes, ma'am.

12   Q    Does this photo bear any notice of copyright?

13   A    What do you mean?

14   Q    Does this notice bear any markings that it has been

15   copyrighted?

16   A    In the sense of as far as like a water mark?

17   Q    Yes, or that it was registered with a copyright office.

18             Any markings?

19   A    No.

20   Q    Does this photo bear your name?

21   A    My name would be inserted in the metadata of the file, so

22   the photo.  It has a digital photograph.

23   Q    I'm sorry, I interrupted you, could you repeat that

24   present?

25   A    As far as with digital photography, my name is inserted

McDERMOTT - CROSS - MS. DJOUKENG                101

1    into the metadata of the photograph.

2    Q    Referring to this photo in front of you, does your name

3    appear?

4    A    No.

5    Q    Is Keechant Sewell, the former commissioner of New York

6    Police Department, the subject of the photograph?

7    A    Yes.

8    Q    Did the New York Post hire you to take this photograph?

9    A    Yes.

10           MS. DJOUKENG:  Could you please turn to a document

11   premarked DX0008.

12           THE COURT:  Can I just go back to that photo?

13           Do you see at the bottom right hand, is that just a

14   Bates number or can someone tell me what that is?

15           MR. VERA:  If you're referring to the text on the

16   bottom left, Your Honor?

17           THE COURT:  Bottom right, and then 001?

18           MR. VERA:  Yes, that Bates-stamping.

19           THE COURT:  Yes, that's fine.

20           MR. VERA:  My apologies.

21           THE WITNESS:  Can you repeat where we're going to

22   now?

23   BY MS. DJOUKENG:

24   Q    The exhibit marked DX0008.

25           I believe it's on the screen.

1   A    Yes, I'm looking at it.

2   Q    Mr. McDermott, do you recognize this document?

3   A    Yes, this was an email sent to me.

4   Q    Can you read the three sentences located under the word

5   "off the record"?

6   A    Marsh and McCarthy, slash, Adams PC exclusive.  Need

7   photog.  Expected to meet with Eric Adams pick for police

8   commission for a preinterview and photo.

9            Story will be in bar mode until 7 a.m. Wednesday

10  online, not for morning paper.

11           Photo, slash, interview at 11 a.m.  Location TBD, to

12  be determined.

13  Q    Does this document accurately reflect the email

14  correspondence you had?

15  A    Reflect.  I spoke on the phone after receiving this with

16  my editors.

17  Q    Does this document provide an accurate representation of

18  your email?

19  A    The email was sent to me, correct.

20           MS. DJOUKENG:  Your Honor, I move to offer this

21  exhibit into the record.

22           THE COURT:  Any objection?

23           MR. FREEMAN:  No objection, Your Honor.

24           THE COURT:  All right, so admitted.

25           (Defendant Exhibit 0008, was received in evidence.)

McDERMOTT - CROSS - MS. DJOUKENG                103

1    BY MS. DJOUKENG:

2    Q    Did you accept, via email, the job from the New York Post

3    to take the photograph?

4    A    Yes, I did.

5    Q    Did you take this photograph during a single day of

6    photography shoot in December of 2021?

7    A    Correct.

8    Q    After you took the photograph, did you send it to the New

9    York Post?

10   A    Yes, I did.

11   Q    After you accepted the job and submitted the photograph,

12   did the New York Post obtain a license to use it?

13   A    It is just an agreement after 25 years of working with

14   the Post.  As far as I accept the job, and they get to use the

15   work.

16   Q    Do you recall being deposed on this matter in

17   August 2023?

18   A    I do recall a very long deposition, yes, I do.

19          MS. DJOUKENG:  Could you please reach to the

20   deposition transcript that was in the binder that I provided.

21          THE COURT:  Is there a question?

22          MS. DJOUKENG:  I'm sorry, Your Honor.

23          THE COURT:  I don't want deposition testimony just

24   out of the blue.  If you have a question, you're going to ask

25   him, and then if there's an issue, then you can show him the

1    deposition.

2              MS. DJOUKENG:  Right.

3              He answered in his deposition, "yes," and so I

4    believe it's inconsistent with --

5              THE COURT:  So why don't you -- you're going to take

6    him to that page then?

7              MS. DJOUKENG:  Yes, Your Honor.

8              THE COURT:  Fine.

9    BY MS. DJOUKENG:

10   Q    Could you please turn to page 70, starting on line 9.

11   A    Would that be:  Question, what did this contract cover?

12              And who are the parties to the contract?

13   Q    So this is page 70, starting with line 9 through 14.

14   A    Oh, I'm sorry.

15              This is custom and practice.

16              So there was no agreement to.

17              Well, there was a contract many years ago signed,

18   but I have not it available.

19              Please explain this contract.

20              I can't explain because I don't have it.

21              What does this contract cover and who are the

22   parties to the contract.

23              I don't recall.

24              So you made a contract with a party that you don't

25   recall.

1          MS. DJOUKENG:  Excuse me, I apologize.  I referred

2      you to wrong page.  It's 69, not 70.  I apologize.

3          THE COURT:  Why don't we do this.  Take him to the

4      page, take him to the line, ask him:  Were you asked the

5      following question and did you give the following answer, and

6      then we'll hear his testimony.

7      BY MS. DJOUKENG:

8      Q    Mr. McDermott, could you please turn to page 69.

9          Did you -- was the question posed to you starting on

10     line 18.

11         Before you took the photograph of Keechant Sewell,

12     did you make an agreement to license any photographs of her

13     from the photo shoot to the New York Post?

14         And the answer:  Once I accept the job, then it is

15     understood that it is licensed to them to use to the New York

16     Post.

17         THE COURT:  Did you give that?  Were you asked that

18     question and did you give that answer?

19         THE WITNESS:  Um, make an agreement to list...

20         Again, it's when -- I don't know how to explain it,

21     as far as working for the New York Post.

22         THE COURT:  No, no, the question is very simple.

23         At your deposition, were you asked that question --

24         THE WITNESS:  Yes.

25         THE COURT:  -- and did you give that answer?

1          THE WITNESS:  Yes.

2          THE COURT:  Okay.

3    BY MS. DJOUKENG:

4    Q    Did you shoot other images of Keechant Sewell during your

5    photography shoot?

6    A    It was a photo shoot, I don't recall how long, but I

7    think it was at least for an hour.

8              I don't recall the full time.

9    Q    Did you take other images of Keechant Sewell at the

10   shoot?

11   A    Yes.

12   Q    Did you take at least 59 images of Keechant Sewell during

13   the shoot?

14   A    I took more than that.

15   Q    I'm sorry, could you repeat that?

16   A    I said I took more than that.

17   Q    Did you take at least 59 photos --

18   A    Yes.

19   Q    -- during the shoot?

20             I'm sorry?

21   A    Yes.

22   Q    Did you send those 59 images to the New York Post?

23   A    Yes.

24   Q    I'd like to turn to the issue of payment.

25             Did you receive a payment from the New York Post in

McDERMOTT - CROSS - MS. DJOUKENG          107

1    connection with the photograph?

2    A    For the eight hours I worked for that day.

3    Q    Did you receive any money from the New York Post in

4    connection with the photograph?

5    A    I -- I did a photo shoot, and I did other jobs that day

6    as well, if I can recall.  It was an eight-hour shift, which I

7    was paid for.

8              THE COURT:  Let me just be clear.

9              You were paid for the shift --

10             THE WITNESS:  Yes, correct.

11             THE COURT:  -- and whatever you produced that day

12   was covered by that shift?

13             THE WITNESS:  Correct.  Correct, sir.

14   BY MS. DJOUKENG:

15   Q    What was the value of the payment that you received from

16   the New York Post?

17   A    The value?

18             THE COURT:  How much were you paid for that day?

19             THE WITNESS:  $470.

20             THE COURT:  Do you recall how many others jobs you

21   did that day?

22             THE WITNESS:  I do not recall.

23             THE COURT:  But do you recall doing any other jobs

24   that day?

25             THE WITNESS:  I'm pretty sure I probably got at

McDERMOTT - CROSS - MS. DJOUKENG          108

1    least one more job.

2            I mean, this was at 11, so definitely would have had

3    a few more hours into my shift after.

4    BY MS. DJOUKENG:

5    Q    Does the New York Post have a right to use the photograph

6    in their publications because they paid you $470?

7    A    Yes.

8    Q    Is the total amount you were paid by the New York Post to

9    both take and license the photograph, or license usage of the

10   photograph, $470?

11   A    Yes.

12   Q    You received no more than $470 in a licensing fee for the

13   photograph, correct?

14   A    Again, $470 for eight hours.

15           THE COURT:  You didn't receive a license fee for the

16   photo, right?

17           I think we're clear, and we can more on, that he

18   received $470 for that day's worth of work, which included the

19   photo.

20           Do I have that correctly?

21           THE WITNESS:  Correct.  Yes, Your Honor.

22           MS. DJOUKENG:  Your Honor, if I may, I believe it's

23   inconsistent with deposition testimony.

24           THE COURT:  Okay.  So then point him to a deposition

25   page.

1   BY MS. DJOUKENG:

2   Q    Mr. McDermott, could you turn to page 100, 101 and 102.

3   A    100, 101 and 102?

4   Q    Yes.

5   A    Yes.

6   Q    Starting on page 100, the question, please read

7   everything -- excuse me, this is starting on line 14 at

8   page 100.

9        The question:  Please read everything you see after

10  Interrogatory Number 12.

11       "ANSWER:  Identify any amount paid to you in

12  connection with any license related to the photograph, the

13  licensee and license to use.

14       Partial response.

15       Subject to and without waiving the foregoing general

16  objections, plaintiff responds to this interrogatory in that

17  he was paid a day rate by the New York Post of 470 for both

18  his photography services and licensing of the photograph for

19  use in the New York Post publication.

20       Is that accurate?

21  A    You know, we're starting into a level if you keep asking

22  the same question about licensing, it's they own -- they --

23  when you're working for that eight hours, whatever I shoot in

24  that period of time, they're allowed to do whatever they want

25  for the New York Post.

McDERMOTT - CROSS - MS. DJOUKENG                110

1          I don't know what other way to put it.

2    Q    My question is, is this accurate, the statement that you

3    made that is stated here?

4          I asked you later on page 101:  Is this accurate?

5    And you state in response "yes".

6          Is that true?

7          THE COURT:  Let me just go back.

8          Were asked that question and did you give that

9    answer?

10         THE WITNESS:  I suppose.  Again, I mean it's -- the

11   questions were asked in so many different ways, Your Honor,

12   it's starting to get a little confusing.

13         THE COURT:  But that specific question she just

14   read, were you asked that question?

15         THE WITNESS:  If it's here, then, yes, I'm sure I

16   said it.

17         THE COURT:  Okay.  Let's move on.

18   BY MS. DJOUKENG:

19   Q    Has any person or organization paid you more than $470 as

20   a license fee for the photograph?

21   A    For this photograph?

22   Q    Yes.

23   A    No.

24   Q    If you divide $470 by 59, the minimum number of images

25   here, that amounts to about $8 per photograph; is that

1    correct?

2              THE COURT:  That's just math.  You're doing argument

3    now.  Let's move on.

4    Q    Does the New York Post have at least 200,000 readers?

5    A    Yes, I would assume so.

6    Q    Does the New York Post have an indefinite right to use

7    the photograph?

8    A    Yes.

9    Q    So the New York Post has no restrictions on using the

10   photograph, correct?

11   A    No.

12             THE COURT:  Correct, they have no restrictions.

13             THE WITNESS:  I'm sorry, yes, they have no

14   restrictions.

15             MS. DJOUKENG:  I'd like to turn to Joint Exhibit

16   0003, which has already been admitted.

17             THE COURT:  Are you going to put that up on the

18   screen?

19             THE WITNESS:  JX3.

20             (Exhibit published.)

21   Q    Referring to the document.  Can you read what it says

22   after the title, "Price of Rights Managed Image"?

23   A    Could you make it larger?

24             What would you like me to read?

25   Q    Where it says right after the title, "Price of Rights

1    Managed Image".

2    A    The license details are shown below.  To change any of

3    your selections, click edit next to the section you want to

4    change.  To discard your selections and choose all new ones,

5    check start over.

6    Q    Does this -- based on this document, does it allow you to

7    select or edit parameters?

8    A    I don't know, I don't purchase images from Getty.

9    Q    Based on this document, does it allow you to select

10   parameters?

11           THE COURT:  This witness clearly doesn't know how to

12   use -- is it a fair statement --

13           THE WITNESS:  Yes.

14           THE COURT:  -- you haven't used this -- this web

15   page?

16           THE WITNESS:  No.

17           THE COURT:  And you don't know how it functions?

18           THE WITNESS:  No.

19           THE COURT:  Okay.  I think you've made your cross.

20   BY MS. DJOUKENG:

21   Q    Is it correct that you stated earlier that you gave an

22   agency called Polaris Imagines the right to license the

23   photograph?

24   A    Correct.

25   Q    Has Polaris Imagines ever licensed the photograph?

McDERMOTT - CROSS - MS. DJOUKENG                113

1    A    As of now, not to my knowledge.

2            THE COURT:  You mean license the photograph of the

3    witness'?

4    A    Of that one photograph.

5            Yeah, as of last time I talked to them, I don't

6    believe they had, but as of now, I don't know.

7    Q    Is it correct that you testified at your deposition that

8    Polaris Imagines has never licensed the photograph?

9    A    Yeah, at that time.

10           THE COURT:  I just want to be clear.  Are you saying

11   a photograph, any photograph of this witness' or the

12   photograph at issue?

13           MS. DJOUKENG:  The photograph at issue, Your Honor.

14           THE COURT:  Is that still your same answer?

15           THE WITNESS:  Yeah.  I mean, like I said, at that

16   time they had not.  Up 'til now, I don't know, as far as in

17   between the time.

18   Q    But to the best your knowledge, they have not licensed

19   usage of this photograph at issue here?

20   A    As of up to the deposition when we -- yes, they had not.

21   As of today, I don't know.

22           THE COURT:  Okay.

23   Q    Has anyone approached you about licensing this

24   photograph, the one at issue here, in the last three years?

25   A    Approach me directly?  No.

1   Q    I just have a final line of questioning about an activity

2   around the lawsuit.

3          Is it correct that you became aware of the

4   infringement on March 14th, 2022?

5   A    Again, I don't recall the exact date.

6          THE COURT:  Was it in 2022?

7          THE WITNESS:  Again, my -- Sanders Law Group, they

8   contacted me, so I don't remember the date.

9   Q    I can represent to you that at your deposition you

10  testified, March 14, 2022, to the question:  When did you

11  first become aware of the alleged infringement by defendant?

12         Do you have any reason to doubt that?

13  A    Say it again?

14  Q    You testified at your deposition, the answer, March 14th,

15  2022, to the question:  When did you first become aware of the

16  alleged infringements by defendant?

17         I represent that to you --

18  A    Okay, if I said it in the deposition, I may be correct.

19  That's also been a little while ago.

20         THE COURT:  Does that refresh your recollection that

21  around March of 2022 is when you first learned of the

22  infringement?

23         THE WITNESS:  Yes.

24         THE COURT:  Okay.

25  Q    Before February 2023, the time this lawsuit was filed,

1  did you contact defendant about the alleged infringement?

2  A    Did I contact?  No.

3  Q    To be clear, you did not reach out to defendant prior to

4  the filing of the lawsuit in February 2023?

5  A    No.

6            MS. DJOUKENG:  Your Honor --

7            THE COURT:  Do you know if any anyone on your behalf

8  ever reached out --

9            THE WITNESS:  Again, you know, my -- Sanders Law

10  Group, they represent me, as far as in my interests of

11  copyrights and, you know, protecting my work.

12            THE COURT:  So your answer is you don't know --

13            THE WITNESS:  Again, I don't know when they reached

14  out exactly.  I don't remember the date, sir.  I apologize.

15            THE COURT:  That's okay.

16            THE WITNESS:  I have two little kids and I work

17  seven days a week.

18            MS. DJOUKENG:  Your Honor, may I have one moment to

19  confer with my cocounsel?

20            (Pause in the proceedings.)

21

22            (Continued on the following page.)

23

24

25

1    CROSS-EXAMINATION (Continued)

2    BY MS. DJOUKENG:

3    Q    Mr. McDermott, your counsel asked you earlier about some

4    terms, specifically, advertorial.

5              Let me back up.

6              Would you say you're experienced with photography

7    terms generally?

8    A    Come again.

9    Q    Would you say you are familiar with photography terms

10   generally?

11   A    Not on the legal end, no.  I'm the artist, I create the

12   work.

13   Q    Are you familiar with the term advertising?

14   A    Advertising?  Yes.

15   Q    I would like to refer you to DX-0013.  I would like to

16   pull it up.  It's in your book.

17              Do you recognize the person depicted in the image

18   here?

19   A    Yes.

20   Q    Who is this person?

21   A    Former police commissioner Keechant Sewell.

22   Q    Have you seen an estimate from the Getty Images

23   Calculator before?

24   A    Say it again.

25   Q    Have you seen an estimate or a printout from a Getty

McDERMOTT - CROSS - MS. DJOUKENG          117

1   Images Calculator before?

2   A    Yes, what we looked at before.  The $2,500, $2,550.

3   Q    Is the image here identical to or nearly identical to the

4   image that you sought previously with Exhibit JX-0003?

5   A    Is that my image that you are referring to?

6              THE COURT:  No.

7              THE WITNESS:  Which?

8              THE COURT:  Why don't you take a look at JX-3.

9              And the question is:  Is JX-3 the same, or

10  approximately the same photograph, as in DX --

11             THE WITNESS:  It looks similar.

12             THE COURT:  DX-13.

13             THE WITNESS:  But, again, it's not my photograph.

14             MS. DJOUKENG:  Your Honor, I move to admit this

15  exhibit into the record.

16             THE COURT:  Any objection?

17             MR. FREEMAN:  Objection, your Honor.  The witness is

18  not familiar with this document.

19             THE COURT:  Well, you opened the door by asking him

20  about the Getty Calculator.

21             MR. FREEMAN:  On the document that we submitted into

22  evidence but this is a separate document.

23             THE COURT:  Right, but it's the same Getty

24  Calculator, right?

25             MR. FREEMAN:  It's from Getty Images, it's not from

1    a calculator.  This rate appears to be just a standard rate.

2    This is not -- there's no parameters here regarding the use

3    that defendant made.

4              But I think the important objection here is that

5    there is a lack of foundation, right, because the witness was

6    not presented this document at his deposition, he's never seen

7    it before.  I don't know under any circumstances why he would

8    be asked to testify to a document that he's never seen and

9    that wasn't produced during discovery.

10             THE COURT:  It's the exact image from the Getty page

11   as JX-3, is it not?

12             MR. FREEMAN:  Yes.

13             THE COURT:  Okay.  So what's the objection then?

14             MR. FREEMAN:  Well, the objection is that -- well,

15   the objection is lack of foundation because even though it's

16   the same photograph, the image calculator that they're using,

17   Mr. McDermott has never seen this document before, he was not

18   presented it during discovery.

19             THE COURT:  What value should I give JX-3?  He

20   hasn't given me anything for JX-3.  So I'm going to strike

21   JX-3 as well.  No one has established a foundation for JX-3.

22             MR. FREEMAN:  JX-3, he was presented it at

23   deposition, he was asked questions about it so he had seen it.

24             THE COURT:  I don't care what he was presented at a

25   deposition, that hasn't come out here at trial.  And you had

1    an opportunity to examine him about it and he didn't have

2    information about it.

3              So here's your choice:  Either JX-3 comes in with

4    DX-13 or I strike JX-3 for lack of foundation.

5              MR. FREEMAN:  Well, I guess we'll take both.

6              THE COURT:  All right.  So DX-3 is admitted.

7              (Defendant Exhibit DX3, was received in evidence.)

8              THE COURT:  Just so I'm clear, JX-3, that's not a

9    photo of yours.  So that's not the at-issue photo.

10             THE WITNESS:  No, it's not.  Could I actually say

11   something as far as?

12             THE COURT:  No.  It's only questions and answers.

13             THE WITNESS:  Sorry, your Honor.

14   EXAMINATION BY

15   MS. DJOUKENG:

16   (Continuing.)

17   Q    Referring to this document before you on the screen.

18   Does this document list different prices based on the size

19   selected?

20   A    Yes.  Small, medium, large.

21   Q    Could you tell -- what is the price listed across the

22   small size option?

23   A    175.

24   Q    So the size of the photograph selected can affect the

25   pricing?

  Case 1:23-cv-01274-HG    Document 45    Filed 04/26/24    Page 120 of 137 PageID #: 447

PROCEEDINGS

1    A    Correct.

2             MS. DJOUKENG:  No further questions.  Thank you.

3             THE COURT:  Any redirect?

4             MR. FREEMAN:  No, Your Honor.

5             THE COURT:  You can step down, thank you.

6             (Witness leaves the witness stand.)

7             THE COURT:  I think that should be it from you,

8    right.

9             From the plaintiff, do you have anything else?

10            MR. FREEMAN:  Just a couple of housekeeping issues,

11   your Honor.

12            THE COURT:  Any other witnesses?

13            MR. FREEMAN:  No, Your Honor.

14            THE COURT:  So from that perspective, your case is

15   closed?

16            MR. FREEMAN:  Our case is closed, your Honor.

17            THE COURT:  All right.  And I don't believe the

18   defense has any other witnesses, correct?

19            MS. GO:  No, Your Honor.

20            THE COURT:  Defense case is closed subject to

21   whatever housekeeping.

22            MR. FREEMAN:  Well, housekeeping, one of the first

23   items was typically, at least in my experience, there's a

24   custom of reading any relevant responses to interrogatories

25   into the record at trial.  However, since we're going to do

                    Anthony D. Frisolone, FAPR, RDR, CRR, CRI, CSR
                              Official Court Reporter

PROCEEDINGS                         121

1    post-trial briefs here if your Honor would just accept it as,

2    like, part of an affidavit.

3           THE COURT:  So you're going to put in party

4    admissions through interrogatories.  I'll take those as part

5    of the post-trial briefing.

6           MR. FREEMAN:  Excellent.  And then the other issue

7    was we discussed at the pretrial conference that as part of

8    the post-trial brief that plaintiff will submit simultaneously

9    its application for attorneys fees.

10          THE COURT:  Right.

11          MR. FREEMAN:  If it pleases the Court.

12          THE COURT:  Yes, let's do it all in one fell swoop.

13          MR. FREEMAN:  Great.  So it's a matter of a

14   deadline.

15          THE COURT:  I think I have a deadline in my rules.

16          MR. FREEMAN:  We do already, okay.

17          THE COURT:  Is it ten days from today.

18          MR. FREEMAN:  Ten?

19          THE COURT:  Ten business days.

20          MR. FREEMAN:  Is there any way we can get maybe...

21          THE COURT:  What do you need?

22          MR. FREEMAN:  I was going to say if we can do

23   21 days.

24          THE COURT:  Sure.

25          MR. FREEMAN:  Just because we're doing a double

PROCEEDINGS                    122

1    motion.

2              THE COURT:  That's fine.  So May 7th is three weeks

3    from today.

4              MR. FREEMAN:  Perfect.

5              THE COURT:  That will be simultaneous briefing by

6    both sides.

7              MS. DJOUKENG:  So, your Honor, just to clarify.

8              The expectation is that we also provide an

9    opposition to the motion for attorneys fees?

10             THE COURT:  No, since that is different, you don't

11   know what it is so you can have two weeks after that.  So

12   May 21st for any opposition to the fees application.  But in

13   terms of findings of fact and conclusions of law, that's three

14   weeks from today.  So whatever that was, May 7th.

15             Anything else from are plaintiff?

16             MR. FREEMAN:  No, Your Honor.

17             THE COURT:  Anything else from defendant?

18             MS. DJOUKENG:  No, Your Honor.

19             THE COURT:  Thank you all.  I'll wait for your

20   papers and try to give you an answer as quickly as possible.

21             All right.  Thank you.  You can be seated.

22

23             (WHEREUPON, this matter was concluded.)

24

25

123

```
 1                        I N D E X

 2    WITNESS                                    PAGE

 3    SANGHAMITRA MITRA KALITA

 4    DIRECT EXAMINATION     BY MR. FREEMAN        15

 5    CROSS-EXAMINATION      BY MS. GO             58

 6
      FELIPE DE LA HOZ
 7
      DIRECT EXAMINATION     BY MR. FREEMAN        84
 8
      CROSS-EXAMINATION      BY MS. GO             89
 9
10    MATTHEW McDERMOTT

11    DIRECT EXAMINATION     BY MR. VERA           91

12    CROSS-EXAMINATION      BY MS. DJOUKENG       99

13

14                      E X H I B I T S

15    PLAINTIFF                                  PAGE

16    PX4                                          35

17    DEFENSE                                    PAGE

18    0008                                        102

19    DX3                                         119
      JOINT                                      PAGE
20
      JX5                                          52
21
      JX1 through JX7                              53
22

23

24

25
```

**0**

"ANSWER: [1]  109/11
MR. FREEMAN: [53]  2/7 3/5 3/9 14/3
14/7 14/13 27/12 27/15 27/17 34/6 34/9
34/14 34/17 34/21 34/24 35/14 48/21
49/3 52/13 52/17 52/25 54/11 54/23
57/15 58/4 83/16 83/22 86/13 88/6
90/12 102/23 117/17 117/21 117/25
118/12 118/14 118/22 119/5 120/4
120/10 120/13 120/16 120/22 121/6
121/11 121/13 121/16 121/18 121/20
121/22 121/25 122/4 122/16
MR. VERA: [12]  2/11 53/1 90/17 93/23
95/4 96/16 96/23 98/1 99/5 101/15
101/18 101/20
MS. DJOUKENG: [19]  2/19 99/14
99/18 101/10 102/20 103/19 103/22
104/2 104/7 105/1 108/22 111/15
113/13 115/6 115/18 117/14 120/2
122/7 122/18
MS. GO: [17]  2/15 9/18 35/17 37/1
53/4 57/6 57/13 57/19 58/8 77/24 78/3
79/24 83/14 88/8 89/18 90/10 99/13
THE COURT: [145]
THE COURTROOM DEPUTY: [1]  2/2
THE WITNESS: [46]  15/5 15/9 37/4
39/12 39/14 45/15 45/20 84/7 91/4 95/9
95/12 95/14 95/18 96/21 97/14 98/3
99/8 100/3 101/21 105/19 105/24 106/1
107/10 107/13 107/19 107/22 107/25
108/21 110/10 110/15 111/13 111/19
112/13 112/16 112/18 113/15 114/7
114/23 115/9 115/13 115/16 117/7
117/11 117/13 119/10 119/13

**$**

$100,000 [2]  67/17 68/22
$12,775 [1]  8/25
$2,500 [1]  117/2
$2,550 [1]  117/2
$200 [2]  12/16 13/19
$2500 [2]  7/6 8/23
$400,000 [4]  8/4 25/10 66/19 67/8
$470 [10]  13/9 95/3 107/19 108/6
108/10 108/12 108/14 108/18 110/19
110/24
$5 [1]  67/24
$750 [1]  13/7
$8 [1]  110/25
$800,000 [4]  25/12 66/20 68/21 68/23

**'**

'15 [1]  21/24
'21 [1]  82/12
'90s [1]  92/24
'til [1]  113/16

**-**

-- do [1]  55/5
-- that [1]  51/21
-- the [1]  43/23
-- without [1]  32/15
------------------------------x [2]  1/2 1/7

**0**

0003 [2]  111/16 117/4
0008 [2]  102/25 123/18
001 [2]  99/25 101/17
0013 [1]  116/15

**1**

100 [4]  109/2 109/3 109/6 109/8
10018 [1]  1/16
101 [3]  109/2 109/3 110/4
102 [2]  109/2 109/3
10th [1]  1/19
11 [2]  58/22 108/2
11 a.m [1]  102/11
11553 [1]  1/13
12 [1]  109/10
1274 [2]  1/2 2/3
13 [2]  117/12 119/4
13th [1]  94/10
14 [3]  104/13 109/7 114/10
14th [3]  94/15 114/4 114/14
15 [1]  21/25
15 months [1]  82/14
15-year [1]  22/1
16 [1]  1/5
175 [1]  119/23
18 [1]  105/10
19 [2]  11/11 68/15
1990s [1]  16/20
1:00 [1]  1/5

**2**

20 [2]  5/10 33/13
200,000 [1]  111/4
2000 [4]  5/2 17/22 17/23 58/18
2001 [1]  5/7
2002 [1]  58/24
2003 [4]  17/23 18/13 58/18 59/2
2006 [4]  18/13 19/6 59/11 59/20
2008 [4]  19/6 19/25 59/11 59/20
2012 [2]  19/25 20/15
2015 [3]  20/15 21/25 22/13
2016 [2]  22/13 23/9
2017 [2]  61/13 61/13
2020 [14]  5/6 9/12 23/9 24/7 41/3 41/10
56/15 56/19 61/13 61/14 62/9 63/1 66/9
77/10
2021 [85]
2022 [17]  12/6 25/11 25/12 47/20 66/20
68/20 69/1 76/12 76/18 77/8 77/19
81/11 114/4 114/6 114/10 114/15
114/21
2023 [10]  11/25 12/7 48/14 54/1 54/12
54/13 81/24 103/17 114/25 115/4
2024 [1]  1/5
21 days [1]  121/23
21st [1]  122/12
23-CV-1274 [2]  1/2 2/3
2330 [1]  1/23
24 [2]  7/1 94/18
24-year [1]  4/25
25 [3]  73/13 92/25 103/13
25-year [1]  8/16
2500-dollar [2]  7/21 8/7
26 [1]  91/22

**2712** [1]  1/23

**3**

30 [2]  73/13 73/13
300 [1]  73/15
3000 [1]  1/18
333 [1]  1/12

**4**

400,000 [1]  68/10
402 [1]  1/13
420 [1]  73/15
470 [2]  93/11 109/17

**5**

59 [5]  13/10 106/12 106/17 106/22
110/24

**6**

620 [1]  1/16
630 [1]  93/6
69 [2]  105/2 105/8

**7**

7 a.m [1]  102/9
70 [3]  104/10 104/13 105/2
718-613-2330 [1]  1/23
718-804-2712 [1]  1/23
7th [2]  122/2 122/14

**9**

9/11 [1]  58/22
90 percent [1]  75/19
94306 [1]  1/19
95 percent [1]  31/8
96 [1]  82/17

**A**

a.m [2]  102/9 102/11
ability [2]  11/5 41/11
able [3]  21/12 70/17 94/17
accept [4]  103/2 103/14 105/14 121/1
accepted [1]  103/11
accepting [2]  70/6 70/8
access [4]  21/9 68/2 68/7 79/21
according [1]  8/2
account [11]  12/25 31/22 31/23 42/5
42/22 42/23 43/23 55/13 66/15 79/17
80/3
accounts [1]  32/6
accurate [8]  42/12 42/13 42/22 85/20
102/17 109/20 110/2 110/4
accurately [1]  102/13
accused [1]  12/20
accuses [1]  9/23
accusing [1]  10/24
achievement [2]  10/9 10/12
acknowledge [1]  42/16
acquire [2]  17/16 97/17
act [8]  4/3 6/23 36/22 36/25 37/3 37/5
37/9 37/14
acted [1]  3/20
action [4]  9/4 12/1 13/2 78/22
actions [2]  4/5 10/4
activation [1]  69/18
activities [1]  77/16

| A | | |
|---|---|---|

activity [2]  4/5 114/1
acts [1]  4/23
actual [4]  4/11 4/12 13/14 21/15
ad [2]  66/22 96/18
Adams [6]  50/7 51/10 78/7 78/11 102/6 102/7
admissible [1]  8/6
admission [2]  35/15 52/16
admissions [1]  121/4
admit [2]  52/18 117/14
admitted [9]  12/10 41/21 52/20 53/3 53/5 86/14 102/24 111/16 119/6
Adrian [1]  51/10
ads [1]  69/20
advertisement [4]  69/4 69/5 70/1 70/4
advertisements [1]  26/21
advertisers [2]  69/14 70/12
advertising [17]  7/23 7/24 8/3 24/14 24/22 25/1 26/23 27/20 64/12 66/21 66/22 69/6 69/24 70/6 70/8 116/13 116/14
advertorial [8]  7/22 7/23 8/4 8/7 96/12 96/13 96/14 116/4
advised [1]  56/15
affect [1]  119/24
affidavit [1]  121/2
affirmed [3]  15/3 84/3 91/3
aforementioned [1]  25/3
AFP [1]  21/10
afternoon [16]  2/7 2/10 2/11 2/14 2/15 2/18 2/19 2/22 9/18 15/14 58/11 58/12 84/12 89/3 91/9 91/11
age [1]  65/5
agencies [5]  21/1 30/22 32/2 44/1 46/7
agency [7]  7/8 21/11 22/25 40/5 40/6 43/18 50/20 79/15 112/22
agenda [2]  71/13 71/19
ago [3]  82/3 104/17 114/19
agree [2]  53/2 53/4
agreement [7]  13/14 52/23 86/1 103/13 104/16 105/12 105/19
agreements [3]  44/1 44/11 44/16
ahead [1]  95/19
aided [1]  1/25
alert [1]  12/22
alerted [2]  13/1 48/18
alleged [3]  114/11 114/16 115/1
allow [2]  112/6 112/9
allowed [1]  109/24
allowing [1]  79/21
almost [3]  8/3 74/2 98/20
alone [1]  13/9
Alto [2]  1/19 1/19
ambition [1]  70/10
amount [11]  3/23 7/4 8/18 8/19 8/25 57/11 83/11 93/13 95/2 108/8 109/11
amounts [1]  110/25
amplification [1]  62/13
amplify [2]  62/16 63/15
amplifying [1]  31/9
anchor [1]  33/17
Angeles [3]  22/15 22/19 23/8
announcement [1]  31/4
annual [1]  70/24

answer [15]  9/3 45/19 48/2 74/5 75/19 97/22 105/5 105/14 105/18 105/25 110/9 113/14 114/14 115/12 122/20
answered [2]  54/21 104/3
answering [4]  17/12 28/9 33/19 42/15
answers [2]  64/5 119/12
AP [1]  21/9
apologies [1]  101/20
apologize [3]  105/1 105/2 115/14
appeals [1]  69/18
appear [2]  45/16 101/3
appearances [2]  1/11 2/5
appeared [2]  42/21 42/22
appeared -- yes [1]  42/21
appearing [1]  15/14
applicable [1]  8/5
application [3]  31/16 121/9 122/12
applies [1]  7/23
apply [1]  8/24
appointing [1]  78/7
Approach [1]  113/25
approached [1]  113/23
appropriate [1]  6/15
approved [1]  16/22
April [2]  1/5 84/24
are -- it [1]  53/12
area [2]  59/15 69/21
areas [3]  61/23 64/18 69/23
argue [1]  12/14
argument [2]  10/8 111/2
Arias [1]  84/13
art [2]  11/15 59/24
article [73]
articles [38]  5/11 5/25 18/4 18/10 18/19 19/14 27/25 28/3 30/5 32/22 33/4 33/8 33/13 33/15 33/17 33/19 33/21 39/18 41/4 71/21 72/1 72/8 73/12 73/14 73/14 73/15 73/25 77/4 80/20 85/5 85/8 85/14 85/20 85/24 86/6 87/22 89/6 89/10
artist [4]  44/7 116/11
artists [2]  28/17 98/17
artwork [1]  28/18
aspect [2]  43/1 76/21
aspects [3]  24/1 24/4 73/21
assigned [1]  28/15
assignment [3]  59/1 59/13 87/7
Associated [1]  21/10
assume [2]  32/12 111/5
assuming [2]  52/4 52/12
at-issue [1]  119/9
Atlanta [2]  23/15 23/15
Atlantic [3]  20/15 20/18 21/24
attacks [1]  58/21
attempt [1]  47/4
attempts [1]  45/4
attend [1]  16/11
attended [2]  16/13 16/14
attract [1]  30/4
attribute [3]  68/11 68/21 68/23
audience [3]  65/14 68/5 87/5
audit [2]  53/23 54/14
August [1]  103/17
August 2023 [1]  103/17
author [2]  75/3 75/6
authorization [1]  3/22

authorize [1]  98/5
automatically [2]  32/12 52/14
avail [1]  12/12
available [3]  4/13 96/11 104/18
Avenue [1]  1/16
award [1]  13/18
awarded [2]  3/24 57/11
aware [13]  4/4 10/3 18/3 18/18 19/13 22/24 37/2 55/19 86/11 99/6 114/3 114/11 114/15

| B | | |
|---|---|---|

bachelor's [1]  16/13
background [2]  62/7 62/16
bank [1]  66/15
bankruptcy [1]  58/25
Banks [2]  50/12 50/20
bar [2]  4/17 102/9
base [1]  98/20
based [10]  7/7 7/19 23/14 23/14 28/7 44/16 92/5 112/6 112/9 119/18
baseline [1]  7/5
basis [6]  8/11 33/7 39/9 39/9 89/7 92/4
Bates [2]  101/14 101/18
Bates-stamping [1]  101/18
bear [3]  100/12 100/14 100/20
bears [1]  10/1
beast [1]  93/21
beats [1]  59/25
became [6]  59/13 62/11 62/24 66/13 66/13 114/3
because [31]  6/25 8/11 8/23 9/3 16/1 19/19 23/3 27/14 28/6 33/16 42/17 46/11 50/16 51/9 51/16 52/13 52/15 63/12 72/4 74/9 78/17 79/3 82/2 82/5 90/7 99/9 104/20 108/6 118/5 118/15 121/25
becoming [1]  77/5
began [3]  11/11 76/12 84/24
beginning [1]  17/22 19/6
behalf [7]  2/8 2/12 2/17 2/21 3/11 25/1 115/7
belief [1]  75/15
below [1]  112/2
bench [3]  1/8 2/3 2/23
benchmark [3]  7/21 96/4 96/9
benefit [1]  62/18
best [18]  3/2 6/7 10/16 11/4 22/2 25/8 37/13 49/2 49/5 50/8 51/5 51/18 52/8 56/4 62/18 74/16 80/15 113/18
beyond [1]  78/20
Bhojwani [1]  52/8
big [1]  63/13
bigger [1]  71/6
binder [7]  34/5 34/18 48/23 94/1 95/7 97/2 103/20
bit [9]  21/11 62/19 64/16 65/11 69/1 69/3 69/10 73/23 74/8
blank [1]  56/25
blindness [2]  4/7 10/5
blown [1]  98/20
blue [1]  103/24
board [1]  76/22
Bodily [1]  98/11
body [1]  98/22

**B**

bono [9]  9/6 9/6 9/8 9/19 10/24 11/1
 11/2 56/2 56/5
book [3]  84/5 97/4 116/16
Borealis [1]  68/16
bother [1]  5/23
bottom [3]  101/13 101/16 101/17
Boulevard [1]  1/12
bound [1]  28/6
brand [1]  63/19
branding [1]  27/6
bread [2]  8/17 91/20
break [4]  57/17 70/21 71/1 72/7
break-even [2]  70/21 71/1
breaking [4]  23/11 23/12 23/17 61/9
brief [2]  28/6 121/8
briefing [2]  121/5 122/5
briefly [1]  83/2
briefs [2]  28/4 121/1
brings [1]  12/13
broadly [2]  54/16 98/12
Bronx [1]  65/15
Brooklyn [2]  1/4 65/14
building [2]  4/20 4/21
built [1]  72/4
bulk [1]  63/5
bunch [1]  33/6
burden [1]  10/1
BURLING [5]  1/15 1/18 2/16 2/20 9/21
 25/11 41/7 58/20 59/1 59/14 59/21
 59/23 66/16 70/15 77/4 77/4 77/12
 98/17 121/19
businesses [4]  11/14 58/23 59/15 69/22
butter [2]  8/17 91/20

**C**

cabinet [2]  78/8 78/12
cadence [1]  70/22
calculate [2]  7/9 8/11
calculated [1]  7/5
calculating [1]  7/16
calculator [7]  7/8 116/23 117/1 117/20
 117/24 118/1 118/16
California [1]  1/19
Camini [1]  1/18
campaign [3]  8/3 27/21 64/12
cannot [4]  13/13 56/24 87/1 97/21
capacities [1]  20/7
capacity [6]  17/25 18/15 19/10 20/22
 22/14 23/16
capital [1]  66/4
capitalize [1]  11/7
career [3]  16/24 19/2 21/8
case [44]  3/16 6/5 8/5 9/2 9/8 9/9 9/10
 9/12 9/19 11/4 11/5 12/11 21/1 25/17
 26/5 33/5 38/19 41/17 41/19 41/25
 42/17 43/3 46/19 50/20 51/19 51/22
 55/3 55/10 57/4 57/12 69/16 69/19 71/5
 71/7 74/9 87/5 87/7 96/3 96/19 99/16
 99/18 120/14 120/16 120/20
cases [23]  21/3 23/2 23/3 23/4 30/16
 30/18 30/22 30/25 31/5 31/7 32/3 37/16
 38/4 39/22 40/11 43/22 43/24 45/3
 61/23 72/9 74/25 75/7 75/18

CCR [1]  1/22
Center [5]  76/13 76/24 77/1 77/7 77/9
centralized [1]  21/6
CEO [6]  4/25 15/19 15/21 15/22 37/17
 38/1
certain [5]  47/21 65/17 68/3 69/14 87/8
certainly [2]  4/22 65/15
certainty [1]  48/9
cetera [1]  46/8
change [2]  112/2 112/4
changing [3]  77/12 77/12 77/13
channels [3]  79/15 79/18 80/8
charge [4]  7/19 8/20 40/25 93/13
charged [4]  4/18 4/19 4/21 4/22
charges [1]  8/19
check [7]  40/2 40/3 40/7 40/9 41/12
 79/7 112/5
checked [3]  50/17 50/18 51/13
checking [1]  51/14
childcare [2]  63/6 63/8
children [1]  63/7
choice [1]  119/3
choose [1]  112/2
chose [1]  16/24
chronological [1]  17/22
circle [1]  78/12
circuit [2]  6/13 7/16
circumstances [1]  118/7
circumstantial [1]  4/14
City [13]  11/17 31/10 58/22 58/24
 63/22 64/19 65/7 65/16 77/12 78/10
 78/18 78/19 92/5
civic [1]  63/22
civics [1]  80/20
civil [2]  1/8 2/2
claim [2]  82/4 100/4
clarification [1]  45/18
clarify [18]  32/10 33/1 33/3 33/16 37/22
 38/13 40/18 41/19 42/7 43/1 44/6 45/10
 56/9 67/18 67/19 71/11 79/18 122/7
clarifying [1]  64/21
class [1]  17/5
CLE [1]  9/9
clean [1]  83/3
clear [12]  27/13 39/2 56/3 62/11 66/13
 81/16 100/7 107/8 108/17 113/10 115/3
 119/8
clearances [1]  86/5
clearer [1]  69/15
clearing [1]  55/16
clearly [1]  112/11
click [3]  30/9 70/1 112/3
clients [2]  91/19 92/4
close [3]  15/7 84/5 84/8
closed [3]  120/15 120/16 120/20
clothing [1]  31/2
CNN [7]  5/5 23/9 23/14 23/17 61/8
 61/10 69/11
co [4]  15/19 15/21 23/25 24/1
co-founder [2]  15/19 15/21
co-owner [2]  23/25 24/1
cocounsel [1]  115/19
code [2]  4/20 4/21
cofounded [1]  31/13
cofounder [1]  39/15

collaboration [1]  39/8
collaborative [2]  38/21 87/9
colleague [1]  9/22
college [1]  16/25
Columbia [6]  5/1 16/14 17/1 17/3 17/8
 17/14
combination [2]  7/22 72/25
coming [1]  78/15
comments [1]  31/14 79/16
commission [2]  20/24 102/8
commissioned [1]  60/15
commissioner [6]  11/18 42/1 79/14
 95/24 101/5 116/21
committed [1]  64/3
commodities [1]  59/24
common [1]  55/6
commons [2]  79/20 79/20
communities [3]  64/1 72/5 72/6
community [21]  10/13 10/21 10/22
 11/13 11/15 25/7 28/2 41/3 41/5 41/14
 62/15 63/22 64/5 64/17 65/20 66/13
 69/18 70/17 71/20 71/23 73/22
companies [2]  4/18 98/25
company [15]  4/17 9/14 16/3 16/6 24/7
 31/13 41/22 56/13 57/10 62/21 62/24
 63/11 66/13 70/11 73/21
company's [3]  15/23 24/2 24/5
compensated [1]  93/3
complete [1]  16/11
completing [1]  17/21
compliance [34]  5/9 5/14 5/19 6/9
 10/17 38/18 39/3 40/25 42/11 45/25
 46/4 46/24 47/3 48/9 48/11 49/18 53/24
 59/6 59/17 60/2 60/11 60/19 61/3 61/6
 61/16 61/21 62/3 74/8 74/10 75/12 76/2
 80/5 80/9 90/3
computer [1]  11/21
computer-aided [1]  1/25
conceded [3]  3/15 6/4 42/4
concerned [1]  43/12
concerning [2]  87/15 87/18
concluded [1]  122/23
conclusions [1]  122/13
conditions [1]  7/20
conduct [6]  4/8 4/10 4/15 8/24 10/20
 13/3
conducted [1]  54/8
confer [1]  115/19
conference [2]  9/1 121/7
conferences [1]  74/19
confused [1]  82/7
confusing [1]  110/12
connect [2]  62/17 63/16
connecting [1]  62/13
connection [4]  85/8 107/1 107/4 109/12
consent [1]  99/1
consider [2]  68/8 76/2
considerations [1]  86/12
considered [4]  19/22 31/18 31/21 33/7
considering [1]  4/17
consist [2]  37/21 38/5
constraints [2]  41/18 42/7
constructive [1]  4/11
consumption [1]  65/16
contact [8]  43/16 43/21 73/11 82/19

**C**

contact... [4]  97/11 97/17 115/1 115/2
contacted [3]  7/15 99/9 114/8
contain [3]  72/1 76/11 97/8
contained [3]  45/5 49/13 49/15
contains [1]  78/23
content [7]  27/23 28/7 28/10 28/13 28/22 33/1 33/18 37/19 44/25 46/11 46/14 61/10 67/25 69/21 71/12 73/14 79/21
context [4]  4/8 7/25 40/3 85/13
continue [3]  67/2 70/1 79/2
continued [11]  14/19 16/23 29/4 30/1 57/22 78/20 83/25 88/9 90/19 115/22 116/1
Continuing [1]  35/2 53/10 119/16
contract [8]  28/25 104/11 104/12 104/17 104/19 104/21 104/22 104/24
contracted [2]  29/2 92/15
contractor [10]  4/20 46/9 47/22 80/19 80/22 81/8 81/10 84/22 89/4 92/8
contractors [6]  5/18 25/22 25/25 37/18 38/3 38/11
contracts [3]  24/25 66/24 67/1
contribute [3]  28/25 67/13 84/18
contributing [3]  36/17 84/16 85/1
control [1]  26/11
conversation [1]  86/25
converted [1]  67/1
convey [2]  32/20 74/17
coordinate [3]  18/9 18/25 22/21
coordination [1]  76/17
copy [6]  72/20 73/6 73/10 73/24 74/1 88/4
copyright [79]
copyrighted [7]  9/25 10/15 12/25 74/13 74/22 79/8 100/15
copyrights [1]  115/11
Cornell [7]  76/13 76/17 76/20 76/24 76/25 77/7 77/9
correct [93]
correctly [2]  17/13 108/20
correspondence [1]  102/14
cost [1]  9/15
costs [1]  56/8
Council [2]  78/19 78/19
counsel [9]  9/5 9/10 9/19 10/23 65/25 71/10 83/2 100/1 116/3
count [2]  66/8 66/9
counter [1]  8/6
County [1]  59/12
couple [3]  13/24 54/21 120/10
course [8]  12/13 17/7 23/14 30/19 32/20 43/11 61/5 78/11
Courthouse [1]  1/3
courts [2]  6/13 7/9
cover [8]  69/24 78/16 78/20 79/2 83/8 87/8 104/11 104/21
coverage [5]  9/12 56/16 56/18 59/24 60/6
covered [4]  9/13 58/13 83/13 107/12
covering [4]  58/22 58/25 59/14 60/8
covers [1]  80/19
COVID [9]  5/7 11/11 26/3 32/5 63/4 63/7 63/8 68/15 77/14

COVID-19 [2]  11/11 68/15
COVINGTON [5]  1/15 1/18 2/16 2/20 9/21
crammed [1]  48/25
create [1]  116/11
created [1]  27/2
creation [1]  94/24
creative [14]  1/6 2/4 2/17 2/21 3/14 9/20 31/11 31/13 31/14 62/6 79/16 79/18 79/20 79/20
Creator [1]  15/20
creators [1]  79/21
credit [10]  6/16 9/9 37/21 47/9 51/12 51/16 74/25 74/25 80/1 87/15
credited [3]  40/10 51/9 85/13
credits [2]  40/7 40/9
crisis [4]  10/14 41/2 41/11 77/11
cross [6]  58/9 88/11 99/12 99/20 112/19 115/23
CROSS-EXAMINATION [4]  58/9 88/11 99/20 115/23
CSR [1]  1/22
current [6]  15/18 23/23 37/25 56/4 93/5 93/6
custom [2]  104/15 120/24
customary [2]  44/10 44/14
CV [2]  1/2 2/3

**D**

D.C [1]  59/15
daily [2]  39/9 92/18
damage [1]  98/21
damages [6]  3/24 7/4 12/14 12/16 13/6 13/19
DANELCZYK [1]  1/22
Danielle [17]  35/25 38/22 39/15 43/2 46/13 47/7 63/14 72/25 73/3 74/16 74/16 79/13 81/1 81/8 86/25 87/10 87/12
Danielle's [1]  81/4
date [5]  25/16 56/10 114/5 114/8 115/14
dates [1]  56/24
David [2]  50/12 50/20
day's [1]  108/18
De [13]  36/15 36/17 46/17 46/19 47/5 47/9 58/4 80/17 80/18 83/23 84/2 84/13 86/15
De La Hoz [1]  36/15
deadline [3]  75/7 121/14 121/15
deal [1]  21/18
death [1]  98/22
December [73]
December 13th [1]  94/10
December 2001 [1]  5/7
December 2021 [21]  5/13 5/15 6/10 16/5 24/5 25/14 25/17 26/18 26/20 28/21 28/24 29/1 33/25 42/10 43/14 64/25 73/1 73/2 74/10 81/6 93/10
decide [4]  16/19 27/23 28/10 57/4
decisions [1]  32/21
deductible [1]  83/12
deemed [1]  6/24
defend [1]  9/4
defendant [30]  1/7 1/15 2/21 3/14 3/20

4/4 4/9 6/4 6/24 7/11 7/15 8/5 8/8 8/20 9/3 9/11 9/20 10/3 42/17 97/11 97/17 100/4 102/25 114/11 114/16 115/1 115/3 118/3 119/7 122/17
defendant's [9]  3/19 3/25 4/5 4/11 4/24 5/15 8/24 9/14 10/4
defendants [1]  98/5
defense [7]  9/5 9/10 10/23 53/2 120/18 120/20 123/17
definitely [1]  108/2
definition [1]  33/8
degree [6]  5/1 16/10 16/14 16/15 17/15 36/10
deliver [1]  11/11
Delta [2]  42/6 77/18
demands [1]  41/13
demographics [2]  69/14 70/13
deny [1]  13/19
department [5]  22/6 30/23 31/23 76/3 101/6
departments [2]  22/22 62/2
depict [1]  35/10
depicted [4]  50/5 51/4 54/25 116/17
deposed [1]  103/16
deposition [27]  27/11 27/12 27/19 33/12 45/23 50/16 53/18 53/21 54/1 64/11 99/15 103/18 103/20 103/23 104/1 104/3 105/23 108/23 108/24 113/7 113/20 114/9 114/14 114/18 118/6 118/23 118/25
deputy [3]  20/4 20/5 60/4
Descendants [1]  80/1
Descendents [4]  42/5 42/23 55/3
describe [3]  86/20 91/16 98/7
described [5]  21/8 24/11 35/19 35/22 36/7
description [2]  35/25 36/14
desire [1]  70/11
desk [5]  18/5 18/20 18/25 19/17 59/14
despite [3]  5/16 5/19 6/9
details [1]  112/2
determination [2]  39/23 87/11
determine [5]  3/19 3/23 50/18 54/14 74/12
determined [2]  74/22 102/12
developed [1]  62/12
devised [1]  76/17
devoted [1]  60/16
Diane [2]  72/15 88/3
diapers [1]  28/5
didn't -- I [1]  56/20
difference [1]  98/18
different [14]  25/4 42/25 46/6 46/22 55/23 61/11 61/12 61/23 64/16 69/10 93/21 110/11 119/18 122/10
difficult [1]  31/9
digital [9]  23/3 32/18 60/16 61/1 62/8 62/12 62/16 100/22 100/25
digital-first [1]  61/1
digitally [1]  60/23
direct [15]  5/19 15/12 29/5 57/18 58/16 59/6 59/16 60/1 60/10 60/18 61/3 61/15 63/16 84/10 91/7
directly [11]  21/14 21/19 21/20 23/19 43/3 44/5 46/8 48/3 61/7 88/1 113/25

**D**

director [7]  20/19 20/22 31/13 73/5
 73/10 73/24 74/1
discard [1]  112/4
discovered [2]  12/5 79/17
discovery [3]  50/22 118/9 118/18
discuss [3]  78/2 87/4 87/12
discussed [6]  46/16 69/12 70/16 81/20
 87/10 121/7
discussing [1]  4/1
discussion [1]  69/17
displayed [2]  40/3 50/2
disregard [4]  3/21 4/6 6/24 10/5
disregarded [2]  4/9 6/18
disrupting [1]  64/2
disseminate [2]  24/25 43/6
distributed [1]  85/21
distribution [1]  34/2
DISTRICT [3]  1/1 1/1 1/9
diverse [3]  65/21 72/5 78/19
diversify [2]  16/21 68/5
divide [1]  110/24
division [1]  20/17
DJOUKENG [5]  1/20 2/20 9/22 119/15
 123/12
Docket [1]  2/3
document [23]  34/11 34/24 35/3 35/9
 95/20 95/22 95/23 97/3 101/10 102/2
 102/13 102/17 111/21 112/6 112/9
 117/18 117/21 117/22 118/6 118/8
 118/17 119/17 119/18
documentation [1]  52/3
documenting [2]  91/17 91/18
documents [4]  50/22 51/18 51/22 76/23
DOE [1]  50/21
dollar [2]  7/21 8/7
dollars [1]  71/2
donation [3]  67/9 67/13 67/23
donations [5]  67/17 67/18 68/8 68/21
 68/22
done [5]  40/15 52/16 75/13 86/3 92/11
donor [1]  24/24
door [1]  117/19
dot [1]  20/10
double [2]  16/17 121/25
doubt [1]  114/12
down [12]  10/19 12/10 12/10 13/2
 35/25 64/4 79/24 82/23 83/18 90/14
 90/15 120/5
download [1]  30/23
dozen [1]  26/1
dozens [4]  26/5 34/3 65/1 65/10
drawing [1]  56/25
drawings [1]  20/10
drawn [2]  7/17 30/17
drive [1]  31/2
driven [2]  64/7 71/19
drove [2]  9/9 9/10
duly [3]  15/3 84/2 91/2
duties [1]  87/19
DX [5]  116/15 117/10 117/12 119/4
 119/6
DX-0013 [1]  116/15
DX-13 [2]  117/12 119/4
DX-3 [1]  119/6

DX0008 [2]  101/11 101/24
DX3 [2]  119/7 123/19
dynamics [1]  9/15

**E**

e-mail [4]  31/6 40/12 55/12 63/3
e-mails [2]  55/23 71/17
Earle [1]  1/12
early [1]  16/20 68/7
earn [1]  93/12
easier [1]  3/8
EASTERN [1]  1/1
eclectic [2]  71/19 72/14
economic [1]  60/8
economics [3]  20/4 60/5 60/7
economy [2]  58/22 60/17
edit [3]  88/4 112/3 112/7
editing [2]  60/8 60/25
editor [29]  5/3 19/3 19/7 19/10 19/19
 19/24 20/4 20/5 20/20 20/21 20/24 22/5
 22/11 22/14 30/21 31/5 59/19 60/5
 60/13 60/21 61/24 61/24 73/6 73/10
 73/24 74/2 81/7 85/7 90/3
editorial [13]  7/23 7/25 28/15 31/12
 36/7 39/16 47/12 71/14 73/5 73/10
 73/24 74/1 81/7
editors [3]  61/22 72/20 102/16
education [5]  16/8 16/12 17/21 59/12
 59/24
effect [4]  56/22 57/2 58/23 58/23
effort [3]  11/7 16/20 52/7
efforts [9]  26/3 26/4 48/8 60/25 63/16
 63/20 69/25 70/10 70/23
eight [6]  93/4 93/6 107/2 107/6 108/14
 109/23
eight-hour [2]  93/4 107/6
Eighth [1]  1/16
either [3]  21/17 22/25 119/3
El [1]  1/18
elated [1]  31/8
elect [1]  11/18
election [10]  11/17 77/15 78/10 78/16
 78/17 78/21 78/21 79/4 80/23 87/3
electronically [1]  49/4
email [7]  1/24 28/1 102/3 102/13
 102/18 102/19 103/2
employ [2]  28/24 66/15
employee [3]  43/7 43/11 46/10
employees [7]  25/14 25/19 25/21 37/18
 38/2 38/10 76/22
employment [2]  17/20 22/1
encounter [1]  65/19
engage [2]  76/13 77/7
engaged [3]  54/13 54/16 77/9
engagements [1]  63/22
engaging [1]  30/20
Enron [1]  58/25
ensuing [1]  16/25
ensure [5]  10/17 42/11 46/3 53/24 74/2
ensuring [3]  38/18 39/3 62/2
enterprise [1]  24/9
entire [3]  9/8 45/10 76/22
entities [2]  67/1 94/20
entitled [3]  7/19 8/20 12/15
entity [1]  69/19

Epicenter [20]  11/10 11/11 15/20 26/8
 27/1 27/5 27/20 27/24 28/22 30/13
 35/12 62/22 63/18 63/19 63/25 64/11
 64/23 65/12 84/16 84/23
Epicenter-NYC [1]  15/20
epicenter.com [11]  5/7 8/2 26/10 26/12
 26/15 32/23 33/22 33/25 39/4 39/18
 47/10
equities [1]  66/25
equity [1]  68/17
Eric [4]  50/7 78/7 78/11 102/7
especially [2]  65/2 71/4
ESQ [4]  1/14 1/14 1/17 1/20
essentially [1]  34/22
establish [4]  4/2 4/16 7/5 8/8
established [1]  118/21
estimate [4]  7/13 33/8 116/22 116/25
et [1]  46/8
ethics [2]  17/5 76/14
evening [1]  94/13
event [3]  30/18 65/20 69/16
events [7]  24/22 25/6 31/1 66/21 68/3
 68/4 68/7
eventually [2]  47/19 63/13
evidence [39]  4/12 4/14 4/24 5/8 5/12
 5/21 6/2 6/6 6/10 6/17 6/23 8/1 8/6
 8/10 8/18 8/22 9/5 10/11 10/14 11/21
 11/22 12/3 12/8 12/17 12/19 12/21 13/3
 13/15 35/15 35/18 52/14 52/19 52/21
 53/7 77/25 86/14 102/25 117/22 119/7
evidences [1]  51/23
evidentiary [1]  4/16
evolved [1]  11/13
exact [2]  114/5 118/10
exactly [3]  47/21 99/9 115/14
examination [15]  14/4 15/12 30/1 34/25
 53/8 58/9 58/16 83/15 84/10 88/7 88/11
 91/7 99/20 115/23 119/14
examine [1]  119/1
examined [3]  15/3 84/3 91/3
example [6]  28/4 31/1 31/22 65/7 68/3
 69/11
examples [1]  92/16
Excellent [1]  121/6
exclusive [1]  102/6
excuse [2]  105/1 109/7
excused [1]  83/19
executive [4]  20/19 20/20 20/22 35/23
exercise [1]  27/6
exhibit [30]  34/4 34/12 34/14 35/18
 45/22 52/11 52/12 52/21 93/24 93/25
 94/1 95/5 95/6 95/7 95/16 96/17 96/24
 97/1 97/2 98/1 98/2 99/25 101/24
 102/21 102/25 111/15 111/20 117/4
 117/15 119/7
Exhibit 1 [1]  93/25
Exhibit 3 [1]  95/6
Exhibit 4 [2]  34/4 34/14
Exhibit 5 [1]  96/24
exhibits [5]  52/23 52/23 53/3 53/6 78/1
existence [1]  48/18
expectation [1]  122/8
Expected [1]  102/7
expensive [1]  76/7
experience [7]  5/16 5/20 10/8 10/12

## E

experience... [3]  30/3 62/5 120/23
experienced [1]  116/6
expertise [1]  61/22
explain [4]  9/15 104/19 104/20 105/20
explaining [1]  53/22
explicit [1]  17/18
explicitly [2]  17/4 17/11
exploit [1]  8/21
extensive [2]  5/16 5/20
extensively [2]  36/23 62/7
extent [1]  8/8

## F

face [1]  72/12
fact [3]  5/15 8/16 122/13
failed [6]  6/14 6/15 6/20 6/21 7/11 8/5
failure [1]  41/16
fair [7]  7/5 7/9 7/12 8/8 8/22 62/1
 112/12
Fairfax [1]  59/12
fairly [2]  24/11 63/10
faith [1]  11/5
fall [1]  62/9
fame [1]  84/13
familiar [8]  20/11 34/10 35/7 36/22
 36/24 116/9 116/13 117/18
far [19]  9/3 91/17 91/20 92/3 92/14
 93/7 93/17 94/23 96/1 96/4 96/11
 98/13 100/16 100/25 103/14 105/21
 113/16 115/10 119/11
Fax [1]  1/23
feature [2]  33/22 44/9
featured [2]  53/13 54/19
features [3]  23/12 23/17 61/9
February [4]  11/25 12/7 114/25 115/4
February 2023 [4]  11/25 12/7 114/25
 115/4
federal [1]  3/17
fee [11]  7/6 7/14 7/14 7/15 7/17 7/18
 7/19 8/11 108/12 108/15 110/20
fees [9]  9/4 9/13 13/20 56/8 56/9 70/4
 121/9 122/9 122/12
Felipe [6]  80/17 80/18 80/22 83/23 84/2
 84/13
Felipe's [1]  80/21
fell [1]  121/12
felt [2]  70/11 77/19
female [1]  79/14
festival [1]  66/23
festivals [2]  68/3 69/20
few [4]  14/1 89/12 92/19 108/3
field [2]  37/7 71/15
fifth [1]  51/10
figuring [1]  64/8
file [1]  100/21
filed [5]  12/1 48/15 55/22 55/25 114/25
filing [4]  12/4 12/7 82/19 115/4
film [3]  66/23 68/3 69/20
final [1]  114/1
Finally [1]  9/1
financial [1]  67/7 98/11 98/16
findings [1]  122/13
fine [3]  101/19 104/8 122/2
finish [1]  54/10

firm [3]  56/5 56/11 99/9
firm's [1]  9/6
firms [5]  48/16 48/19 55/20 55/23 82/6
first [20]  3/24 11/11 14/12 15/3 19/2
 38/9 50/7 61/1 66/2 66/4 66/7 79/13
 81/23 84/2 91/2 99/6 114/11 114/15
 114/21 120/22
five [7]  8/25 32/25 33/10 53/11 57/20
 93/2 93/19
flat [2]  67/23 70/4
fliers [1]  25/6
flip [1]  86/15
Floor [1]  1/19
focus [2]  74/10 87/6
focused [1]  87/3
folks [4]  14/11 62/17 76/20 80/14
following [6]  29/4 56/21 94/14 105/5
 105/5 115/22
follows [1]  15/4 84/3 91/3
food [4]  28/5 32/5 41/6 65/20
Ford [2]  66/3 68/14
foregoing [1]  109/15
form [1]  82/6
formal [6]  16/8 16/12 46/1 47/2 47/4
 63/14
formally [1]  61/2
formation [1]  15/23
formed [6]  41/11 62/25 63/1 63/2 63/12
 66/12
former [2]  101/5 116/21
forth [4]  31/14 32/6 74/21 79/16
forward [3]  8/6 15/25 26/9
foundation [6]  66/3 68/14 118/5 118/15
 118/21 119/4
founded [6]  5/6 35/12 62/22
founder [5]  4/24 15/19 15/21 23/23
 35/19
founders [1]  11/8
four [3]  25/21 53/12 54/18
fraction [1]  41/4
Fran [1]  9/22
Francisco [1]  51/4
FRANCOISE [2]  1/20 2/20
frankly [1]  82/3
free [4]  31/15 67/25 68/4 79/21
freedom [2]  11/1 11/2
freelance [11]  44/5 84/20 89/7 91/14
 92/4 92/7 92/9 92/11 93/1 98/7 98/13
freelancer [3]  63/13 73/6 80/22
freelancers [1]  71/23
freelancing [1]  92/22
FREEMAN [13]  1/14 2/8 3/4 3/10 14/12
 30/2 35/1 53/9 58/2 83/20 84/11 123/4
 123/7
front [3]  35/3 84/5 101/2
full [2]  81/11 106/8
function [1]  30/6
functions [1]  112/17
fund [1]  68/17
funding [1]  68/18
fundraising [1]  73/22

## G

Gardens [1]  58/20
GAWON [3]  1/17 2/16 9/21

general [6]  27/25 30/8 59/1 59/13 78/21
 109/15
generally [9]  30/7 69/7 86/8 86/10
 86/24 87/9 88/3 116/7 116/10
generate [13]  8/3 24/18 24/21 26/14
 26/20 28/22 66/1 66/7 66/11 66/20
 81/12 81/14 82/15
generated [2]  66/19 70/14
generation [1]  64/15
Getty [16]  7/7 7/8 21/9 44/2 95/9 95/24
 95/25 96/3 96/10 112/8 116/22 116/25
 117/20 117/23 117/25 118/10
Getty Calculator [1]  117/20
Getty Images [1]  116/22
gist [1]  49/1
given [6]  8/15 26/1 65/9 86/22 87/7
 118/20
global [5]  10/14 20/4 21/11 60/4 60/17
globalization [1]  59/15
glorified [1]  9/9
gmail.com [1]  1/24
goal [2]  66/11 66/17
GONZALEZ [1]  1/9
governed [2]  37/7 37/9
government [4]  24/25 25/1 31/25 66/24
government-run [1]  31/25
graduate [5]  5/1 16/14 17/1 17/15
 17/18
grant [3]  66/3 66/8 66/9
grants [7]  24/23 67/11 68/11 68/13
 68/14 68/15 68/24
great [2]  60/6 121/13
greater [1]  20/5
grew [5]  59/22 62/23 63/10 64/17 70/9
gross [2]  25/8 25/11
ground [1]  62/17
grounds [1]  58/13
group [7]  1/12 2/8 2/12 3/11 64/3 114/7
 115/10
grow [1]  70/17
growing [2]  66/14 70/11
grown [6]  65/14 70/22 70/22 70/23
 70/23 71/7
guess [4]  49/4 66/2 67/16 119/5
gutter [1]  97/20

## H

H-y-a-m-s [1]  39/15
habits [1]  65/17
Haiti [1]  98/21
half [8]  41/6 41/7 59/14 68/12 68/25
 69/1 69/2 82/13
hand [5]  14/18 83/24 99/16 99/17
 101/13
handbook [2]  43/7 87/21
handbooks [2]  43/11 77/6
handful [1]  85/3 85/22
handled [4]  18/5 19/17 20/14 22/7
handling [1]  61/24
hard [1]  62/11
harder [1]  71/6
harm [2]  98/11 98/11
headline [1]  33/6
health [4]  4/20 10/14 11/12 66/25
heard [2]  36/24 82/4

**H**

HECTOR [1]  1/9
Heights [2]  62/10 64/17
held [1]  15/22
herself [1]  6/22
HG [1]  1/2
Hi [1]  99/22
hierarchy [3]  74/14 75/11 80/8
high [6]  4/17 16/21 16/22 16/23 34/3 71/4
highest [1]  16/8
himself [1]  10/2
hire [1]  101/8
hired [8]  25/20 58/20 59/12 60/23 63/13 70/16 70/16 73/5
historic [1]  78/15
history [7]  10/20 13/3 16/17 17/20 22/1 58/14 58/15
hit [1]  62/11
Hofstra [1]  92/1
hold [2]  59/3 97/25
holder [4]  6/16 7/3 43/23 55/13
holder's [1]  4/4
holding [1]  55/13
home [2]  11/8 12/19
honest [2]  11/6 13/17
Honor [50]  2/7 2/11 2/19 3/5 3/10 9/1 9/16 9/18 14/4 14/13 34/17 35/14 35/17 49/4 52/17 53/1 53/4 57/16 77/24 83/14 83/16 90/10 90/12 90/18 99/5 99/13 99/14 101/16 102/20 102/23 103/22 104/7 108/21 108/22 110/11 113/13 115/6 115/18 117/14 117/17 119/13 120/4 120/11 120/13 120/16 120/19 121/1 122/7 122/16 122/18
HONORABLE [1]  1/9
Hope [4]  42/5 42/23 55/3 80/1
hotline [1]  71/17
hour [3]  93/4 106/7 107/6
hourly [2]  9/7 93/19
hours [8]  9/8 10/24 93/6 94/18 107/2 108/3 108/14 109/23
housekeeping [3]  120/10 120/21 120/22
houses [1]  96/1
Hoz [13]  36/15 36/17 46/17 46/19 47/5 47/9 58/4 80/17 80/18 83/23 84/2 84/13 86/15
hundred [3]  33/2 57/1 82/17
husband [8]  11/9 12/18 31/12 39/14 62/21 63/7 63/9 72/15
Hyams [24]  36/1 36/5 36/10 38/22 39/15 43/2 46/13 46/16 46/18 47/7 47/12 47/15 47/17 47/23 47/25 48/3 48/5 63/14 72/15 72/25 79/13 81/1 86/25 88/3
hyphen [1]  26/8
hypothetical [1]  7/13

**I**

idea [1]  54/15
ideas [5]  20/20 20/24 28/15 60/13 71/13
identical [2]  117/3 117/3
identification [4]  93/24 95/4 96/17 96/24

identify [2]  35/9 109/11
illustrate [5]  46/14 72/9 74/18 75/16 79/13
image [19]  31/3 33/2 49/2 49/3 54/25 54/25 75/3 79/12 96/1 97/23 97/23 111/22 112/1 116/17 117/3 117/4 117/5 118/10 118/16
images [25]  7/7 31/15 44/2 47/25 79/21 94/21 94/22 95/10 95/11 95/24 95/25 96/2 96/3 96/5 96/10 99/2 106/4 106/9 106/12 106/22 110/24 112/8 116/22 117/1 117/25
Imagines [3]  112/22 112/25 113/8
implement [1]  6/20
important [4]  72/6 78/13 98/24 118/4
importantly [1]  62/17
impossible [1]  73/20
impressions [4]  65/1 65/8 69/12 69/13
INC [50]  1/6 2/4 3/15 3/15 15/22 15/24 15/25 23/22 23/24 24/9 24/11 24/16 24/18 24/21 25/15 26/11 26/14 28/21 28/24 30/12 37/17 38/17 43/6 43/10 43/14 43/25 44/4 44/11 44/15 44/23 45/24 46/23 47/1 48/12 49/17 55/7 55/16 55/19 56/7 56/10 56/10 56/13 56/15 56/19 57/5 85/24 87/14 87/17 87/20 87/25
include [4]  67/9 67/11 72/3 85/21
included [3]  11/17 85/22 108/18
including [2]  9/13 67/18
inconsistent [1]  104/4 108/23
increased [1]  73/13
indeed [3]  12/5 54/7 78/12
indefinite [1]  111/6
independent [8]  5/18 25/22 25/25 37/18 38/2 38/11 46/9 84/22
India [2]  19/16 59/21
indicated [1]  2/25
indication [1]  12/25
indicators [1]  60/8
indirect [1]  61/20
Indirectly [1]  61/5
individual [3]  13/11 49/17 54/24
individually [1]  39/6
individuals [3]  32/20 39/8 50/5
industry [10]  5/16 5/20 7/1 17/21 24/12 24/14 24/16 37/9 37/11 70/21
inference [1]  4/15
inferences [1]  7/17
inform [1]  47/8
information [9]  10/13 11/12 41/8 41/15 42/7 52/1 62/18 65/21 119/2
informed [1]  3/24
informs [1]  32/21
infringed [2]  112/2 41/22
infringement [22]  3/16 3/20 4/10 5/22 6/23 9/24 10/2 10/4 12/6 12/9 12/23 13/1 13/4 13/6 57/5 75/22 75/24 82/1 114/4 114/11 114/22 115/1
infringements [1]  114/16
infringer [1]  7/17
infringing [11]  4/5 5/8 5/23 6/3 6/11 6/19 6/20 10/18 12/20 42/17 82/25
initiated [1]  60/24
initiative [2]  11/2 67/21

initiatives [1]  68/16
injection [1]  66/4
inner [1]  78/12
innocent [2]  13/4 13/6
inserted [3]  74/24 100/21 100/25
Instagram [20]  12/24 31/2 31/3 31/16 31/18 31/20 31/22 32/8 32/11 32/17 42/5 42/23 42/23 43/20 43/23 55/7 55/11 55/13 79/17 80/3
installations [1]  28/19
instance [5]  13/8 41/1 80/9 87/1 100/9
instant [1]  12/1
institutions [1]  16/11
instruct [1]  38/11
instructed [1]  43/7
insurance [14]  9/11 9/14 10/17 56/16 56/18 56/22 57/2 57/4 57/10 83/2 83/4 83/6 83/7 83/8
intentions [1]  80/15
interact [1]  86/10
interacting [1]  26/6
interest [4]  62/14 69/18 70/12 87/5
interested [3]  31/7 65/17 94/23
interests [2]  71/20 115/10
internet [1]  72/7
interns [1]  25/20
interrogatories [2]  120/24 121/4
interrogatory [2]  109/10 109/16
interrupted [1]  100/23
interview [1]  102/11
introduce [2]  45/21 77/24
investigation [1]  54/8
involved [6]  47/11 63/10 73/21 76/24 77/5 85/15
irrelevant [2]  57/6 57/13
ish [1]  92/25
Island [1]  92/1
issue [21]  6/5 11/19 13/12 45/7 46/17 52/22 55/2 78/22 78/24 79/25 87/20 96/18 100/8 103/25 106/24 113/12 113/13 113/19 113/24 119/9 121/6
issues [2]  76/15 120/10
item [2]  28/7 31/7
items [1]  120/23

**J**

Jackson [2]  62/10 64/17
JAMES [3]  1/14 2/8 3/10
January [3]  76/12 77/7 77/19
job [11]  37/17 38/1 66/22 69/20 87/15 87/18 103/2 103/11 103/14 105/14 108/1
jobs [5]  93/19 98/15 107/5 107/20 107/23
Joint [14]  52/21 53/6 93/23 93/25 95/5 95/6 95/16 96/17 96/23 97/1 98/1 99/25 111/15 123/19
jointly [1]  87/11
JOSHUA [1]  1/14 2/12
Journal [8]  5/5 20/1 20/3 20/7 20/9 20/12 21/18 60/5
journalism [20]  5/1 10/22 16/15 16/16 16/17 16/19 17/2 17/8 23/7 36/10 37/7 41/15 59/21 62/5 64/2 64/7 68/17 72/4 76/14 77/2

**J**

journalist [13]  3/12 4/25 6/14 6/18 10/9
 19/20 21/15 30/3 35/22 84/15 84/20
 85/17 98/8
journalists [2]  19/22 38/4
JUDGE [1]  1/9
judgment [2]  9/12 28/7
July [2]  63/1 76/18
jump [1]  58/14
JX [24]  34/16 48/22 49/2 52/13 52/13
 52/19 52/23 53/3 53/5 55/2 78/1 95/17
 117/4 117/8 117/9 118/11 118/19
 118/20 118/21 118/21 118/22 119/3
 119/4 119/8
JX 3 [1]  95/17
JX-0003 [1]  117/4
JX-1 [1]  53/5
JX-3 [11]  117/8 117/9 118/11 118/19
 118/20 118/21 118/21 118/22 119/3
 119/4 119/8
JX-4 [1]  34/16
JX-5 [5]  48/22 49/2 52/13 52/19 55/2
JX005 [1]  77/24
JX1 [3]  53/6 94/2 123/21
JX3 [1]  111/19
JX5 [6]  52/21 86/13 89/18 89/20 89/22
 123/20
JX7 [2]  53/6 123/21

**K**

KALITA [84]
Kalita's [2]  8/2 10/8
KATHARINE [1]  1/21
Katie [1]  79/24
Keechant [10]  11/18 95/23 96/6 97/8
 101/5 105/11 106/4 106/9 106/12
 116/21
keep [4]  37/25 45/22 77/17 109/21
kept [3]  77/12 77/12 77/13
Kew [1]  58/20
keyed [1]  8/12
kids [1]  115/16
kindly [3]  15/16 93/25 97/1
KMC [49]  9/20 9/23 10/11 10/14 10/16
 10/18 11/8 11/9 11/16 11/21 11/23 12/2
 12/4 12/8 12/10 12/17 12/19 12/22 13/1
 13/15 13/17 62/6 62/6 62/19 62/20
 62/25 63/1 63/2 65/24 66/1 66/7 66/19
 66/20 69/8 69/9 69/10 70/19 71/12
 75/21 75/24 77/7 79/10 79/11 79/12
 81/4 89/4 89/6 89/10 90/6
KMC's [6]  10/20 13/3 13/14 66/11
 69/12 71/9
knowledge [17]  4/11 4/12 4/18 4/20
 4/21 4/22 12/6 22/2 37/13 43/10 50/8
 51/5 51/18 52/9 56/4 113/1 113/18
known [4]  7/2 9/20 10/9 20/10
knows [2]  3/14 10/3
Kurt [1]  11/1

**L**

LA [16]  5/4 22/11 36/15 36/17 46/17
 46/19 47/5 47/9 58/4 60/22 80/17 80/18
 83/23 84/2 84/13 86/15
lack [3]  118/5 118/15 119/4

landed [1]  87/6
landscape [1]  32/18
large [4]  20/21 20/22 65/2 119/20
largely [3]  22/10 61/22 72/15
larger [1]  111/23
largest [1]  96/1
late [1]  92/24
launched [9]  28/1 41/2 56/15 61/1
 63/20 65/13 66/2 67/21 76/25
law [30]  1/12 2/8 2/12 3/11 3/17 4/19
 7/16 9/6 17/2 17/4 17/7 36/20 37/7
 37/11 48/16 48/18 55/20 55/23 56/4
 56/11 76/13 76/24 76/25 77/7 77/9 82/6
 99/9 114/7 115/9 122/13
lawsuit [23]  11/20 12/4 12/21 12/23
 48/15 48/18 49/10 49/12 55/15 55/20
 55/22 55/25 56/1 75/22 75/25 81/23
 82/20 82/22 82/25 83/8 114/2 114/25
 115/4
lawyers [2]  9/7 76/13
leadership [1]  69/21
leading [1]  7/8
leads [1]  80/13
learn [3]  17/15 48/12 81/23
learned [4]  81/25 82/11 82/22 114/21
least [7]  23/8 106/7 106/12 106/17
 108/1 111/4 120/23
leave [1]  99/19
leaves [1]  120/6
lecturer [1]  84/15
led [1]  11/5
left [3]  59/2 70/24 101/16
legal [4]  4/1 9/4 15/17 116/11
less [3]  69/3 83/11 83/12
lesson [1]  17/18
letter [1]  25/5
letters [1]  55/23
level [2]  16/8 109/21
leverage [2]  62/5 62/15
liability [3]  3/16 6/5 83/7
license [53]  6/14 7/2 7/11 7/14 7/16
 8/11 17/9 17/16 18/1 18/3 18/16 18/18
 19/11 19/13 20/8 20/23 21/14 21/19
 22/8 22/15 23/17 23/19 32/9 32/15
 32/16 38/5 38/12 40/4 40/17 41/17
 41/22 42/18 43/15 43/16 44/4 46/10
 48/1 48/12 54/25 86/11 87/18 95/13
 103/12 105/12 108/9 108/9 108/15
 109/12 109/13 110/20 112/2 112/22
 113/2
licensed [36]  6/7 6/8 6/12 18/7 22/3
 22/17 22/20 30/14 39/24 40/21 45/5
 45/9 48/7 50/8 50/13 50/15 50/19 50/23
 51/6 51/8 51/11 51/21 51/24 52/4 52/5
 52/9 53/14 54/6 54/15 54/19 94/16
 94/20 105/15 112/25 113/8 113/18
licensee [1]  109/13
licenses [4]  21/4 37/14 44/24 85/10
licensing [16]  5/14 5/18 7/6 7/13 13/13
 38/3 43/8 43/12 44/11 44/19 46/2 90/7
 108/12 109/18 109/22 113/23
life [2]  10/13 11/12
life-saving [2]  10/13 11/12
lift [1]  64/1
likely [1]  30/8

limited [1]  42/8
LINDA [1]  1/22
LindaDan226 [1]  1/24
line [7]  98/23 104/10 104/13 105/4
 105/10 109/7 114/1
line 14 [1]  109/7
line 18 [1]  105/10
line 9 [2]  104/10 104/13
list [4]  62/23 63/3 105/19 119/18
listed [3]  36/17 97/20 119/21
listened [1]  64/7
listening [1]  65/19
literally [1]  26/5
litigated [1]  11/4
litigation [2]  43/12 56/8
litigious [1]  11/6
loan [1]  41/8
local [3]  15/20 28/17 64/17
located [1]  102/4
Location [1]  102/11
looked [1]  117/2
looks [2]  35/11 117/11
Los [3]  22/14 22/19 23/8
lost [1]  13/14
love [1]  77/2
lung [1]  98/21

**M**

M-u-k-u-l [1]  39/14
ma'am [1]  100/11
magazine [3]  19/7 20/16 21/24
mail [4]  31/6 40/12 55/12 63/3
mails [2]  55/23 71/17
main [7]  58/18 59/10 59/19 60/4 60/13
 60/21 61/8
maintain [4]  26/11 43/25 44/18 44/23
major [1]  16/17
manage [2]  16/2 16/5
managed [3]  72/15 111/22 112/1
manager [6]  22/14 31/12 36/7 39/16
 47/12 81/7
managers [1]  70/17
managing [3]  5/2 22/11 60/21
Manhattan [1]  65/15
manner [2]  21/7 94/18
manual [3]  43/7 76/8 87/21
manuals [1]  43/11
March [9]  12/6 48/14 81/24 82/12 84/24
 114/4 114/10 114/14 114/21
March 14 [1]  114/10
March 14th [2]  114/4 114/14
March 2022 [1]  12/6
margins [1]  71/4
mark [1]  100/16
marked [2]  34/15 101/24
market [6]  7/6 7/10 7/12 7/19 8/9 8/22
markings [3]  11/23 100/14 100/18
Marsh [1]  102/6
masks [1]  63/5
master's [3]  16/10 16/15 36/10
math [1]  111/2
matter [7]  2/24 3/13 12/4 49/9 103/16
 121/13 122/23
matters [6]  5/18 38/3 43/8 45/25 47/2
 77/10

**M**

MATTHEW [9]  1/3 2/9 2/13 3/12 12/1 45/15 90/17 91/2 91/12
May 21st [1]  122/12
May 7th [2]  122/2 122/14
Mayor [2]  50/7 79/4
Mayoral [2]  77/15 78/10
McCarthy [1]  102/6
McDERMOTT [25]  1/3 2/3 2/9 2/13 3/12 7/18 8/12 8/18 12/1 45/16 58/5 79/9 90/17 91/2 91/9 91/12 93/25 95/6 97/1 99/22 102/2 105/8 109/2 116/3 118/17
McDermott's [3]  3/21 6/25 48/13
mean [36]  18/24 23/6 26/2 26/5 27/11 33/3 37/22 37/23 39/6 45/14 45/15 46/5 56/7 61/21 64/12 66/12 67/19 69/7 69/7 70/20 71/3 71/18 71/22 77/9 77/10 79/8 79/10 86/22 92/14 92/17 92/17 100/13 108/2 110/10 113/2 113/15
meaning [1]  40/5
meaningful [1]  77/21
means [6]  4/8 46/6 61/10 62/6 79/19 96/14
meant [1]  79/20
mechanical [1]  1/25
media [29]  4/17 4/18 5/4 9/11 11/1 11/2 15/21 23/3 25/7 31/16 32/18 35/23 56/13 56/18 60/24 61/5 61/17 62/8 62/8 62/13 62/16 63/24 70/21 71/18 75/18 77/4 83/7 93/13 93/17
medium [1]  119/20
meet [4]  9/7 10/24 65/22 102/7
meeting [3]  28/15 71/14 76/12
members [2]  68/2 68/6
membership [4]  67/3 67/17 67/19 68/8
mentioned [30]  22/7 25/6 30/25 31/23 32/5 38/21 40/11 40/24 41/2 41/12 42/24 46/5 46/7 46/11 46/12 58/17 63/3 66/19 67/6 68/3 69/4 71/24 73/23 74/7 74/14 75/17 76/8 79/15 79/17 89/12
message [2]  31/9 55/13
messages [1]  71/18
messaging [1]  25/1
messed [1]  97/4
met [1]  2/25
metadata [2]  100/21 101/1
methodology [1]  7/9
mic [3]  14/7 15/7 91/6
microphone [1]  84/8
mics [1]  3/8
middle [2]  34/19 77/11
might [31]  4/19 17/5 20/11 23/4 23/5 25/5 30/18 31/1 32/3 33/3 33/16 41/6 41/7 62/18 63/4 63/8 64/5 65/8 65/9 65/18 65/18 65/19 68/2 69/16 69/16 73/7 78/7 78/12 79/1 79/1 94/13
mind [2]  3/19 3/25
minimal [2]  13/6 13/18
minimum [2]  9/7 110/24
minored [1]  16/18
Mint [6]  19/7 19/9 19/10 19/13 21/18 59/20
minuet [1]  97/21
minute [1]  45/13

minutes [1]  13/25 14/1 57/20
mission [6]  11/16 63/25 64/1 67/5 68/1 77/2
mistake [6]  10/19 11/6 11/7 12/11 13/17 13/18
mistaken [2]  56/21 80/24
Mitra [6]  10/11 14/14 15/2 15/17 86/25 88/3
mix [4]  24/22 66/21 67/22 75/13
mode [1]  102/9
modified [1]  55/16
moment [4]  26/1 78/15 80/14 115/18
monetary [1]  9/12
money [5]  13/16 22/24 56/11 57/11 107/3
month [5]  5/11 33/13 67/24 67/25 73/12
months [1]  82/14
morning [1]  102/10
most [13]  5/3 22/6 31/7 33/21 33/23 60/7 61/23 63/16 72/2 75/18 78/19 92/6 98/14
motion [2]  122/1 122/9
move [10]  15/8 35/14 52/15 52/18 54/22 94/22 102/20 110/17 111/3 117/14
moving [7]  15/25 26/9 45/22 68/20 71/9 96/5 96/16
Moya [1]  51/4
Mr. De [2]  58/4 86/15
Mr. De La Hoz [5]  36/17 46/17 46/19 47/5 47/9
Mr. Freeman [4]  3/4 14/12 58/2 83/20
Mr. McDermott [13]  8/12 58/5 79/9 91/9 93/25 95/6 97/1 99/22 102/2 105/8 109/2 116/3 118/17
Mr. McDermott's [3]  3/21 6/25 48/13
Ms. Go [1]  9/17
Ms. Hyams [11]  36/5 36/10 46/16 46/18 47/12 47/15 47/17 47/23 47/25 48/3 48/5
Ms. Kalita [19]  4/25 5/6 5/9 5/17 5/23 6/10 6/17 7/1 14/16 15/14 34/5 34/10 35/3 36/20 48/23 49/7 53/11 58/11 78/4
Ms. Kalita's [2]  8/2 10/8
Ms. Keechant [2]  96/6 97/8
Ms. Mitra [1]  14/14
mud [1]  10/23
MUKUL [14]  1/6 2/4 2/17 2/21 3/14 9/20 15/24 38/22 39/12 43/2 46/13 46/18 62/6 62/21
multi [1]  60/25
multi-platform [1]  60/25
multimedia [1]  23/6
multiple [1]  8/25
multitude [5]  23/7 28/14 30/16 43/17 43/19
must [1]  4/4

**N**

N-i-t-i-n [1]  39/14
N.Y.P.D [1]  42/1
name [12]  2/16 9/20 15/16 15/17 84/12 91/10 92/13 98/22 100/20 100/21 100/25 101/2
namely [1]  3/20

names [2]  39/11 72/12
national [4]  19/10 59/19 62/8 62/12
navigate [1]  41/8
nearly [2]  12/7 117/3
necessarily [1]  33/11
necessity [1]  16/22
need [17]  18/6 20/25 22/3 22/9 27/16 32/16 62/14 63/5 64/8 66/14 66/15 71/17 72/5 72/7 77/20 102/6 121/21
needed [3]  17/9 22/20 63/17
needs [5]  17/16 32/13 62/16 64/5 71/20
negligible [1]  71/2
negotiate [1]  21/19
negotiated [2]  7/15 85/10
neighborhood [2]  62/10 63/10 72/11
Networks [1]  92/17
never [8]  12/3 12/20 12/22 82/4 113/8 118/6 118/8 118/17
news [32]  4/22 16/21 16/23 17/25 18/19 19/23 21/6 23/11 23/12 23/17 24/16 25/5 27/2 30/5 32/21 32/22 33/5 33/8 33/21 39/18 41/10 42/8 61/9 71/13 71/19 75/14 75/15 85/19 87/2 91/17 91/18 92/18
Newsday [4]  17/23 18/11 58/18 59/5
newsletter [20]  28/1 28/13 31/1 31/12 32/24 33/16 38/25 41/4 46/12 62/22 62/23 63/10 63/15 63/19 63/21 65/2 72/16 80/20 81/7 86/2
newsletters [1]  11/10
newspaper [9]  16/24 17/17 19/8 19/9 19/16 60/23 61/2 61/2 94/14
newspapers [2]  22/4 93/18
newsrooms [1]  61/22
newsworthiness [1]  75/15
next [10]  14/19 36/13 57/22 83/20 83/25 88/9 90/16 90/19 94/12 112/3
nine [2]  16/23 59/22
Nitin [11]  38/22 39/12 43/2 46/12 46/18 72/15 72/25 73/3 74/16 79/13 88/4
No. [2]  48/24 51/4
No. 4 [1]  51/4
No. 5 [1]  48/24
none [1]  6/6
nonprofit [1]  32/3
nonprofits [3]  59/23 69/20 74/21
nothing [5]  10/10 10/20 10/25 13/3 98/3
notice [4]  12/9 75/21 100/12 100/14
null [1]  84/13
number [23]  2/3 3/23 16/21 24/23 24/25 26/2 31/1 31/11 34/3 48/16 59/24 63/21 65/25 68/15 69/6 70/9 71/13 71/22 71/23 78/18 101/14 109/10 110/24
Number 12 [1]  109/10
numbers [1]  34/19
numerous [1]  92/15
NYC [2]  15/20 84/16
NYC.com [1]  26/9

**O**

objection [14]  35/16 35/17 37/1 52/15 57/6 57/13 102/22 102/23 117/16 117/17 118/4 118/13 118/14 118/15
objections [1]  109/16

**O**

oblivious [1]  6/11
obtain [13]  6/14 7/11 17/9 21/5 32/17
 37/14 41/16 42/18 44/11 56/16 56/18
 57/4 103/12
obtained [6]  5/1 9/11 11/21 18/23 18/23
 22/9
obtaining [3]  17/15 21/3 75/1
obviously [2]  71/15 73/21
occasion [11]  20/25 28/23 30/11 31/15
 31/21 40/7 40/24 55/8 61/17 68/2 72/19
occasionally [6]  28/18 44/8 55/12 60/6
 71/24 85/18
occasions [3]  85/3 85/22 89/13
occupation [4]  15/18 84/14 91/13 91/16
occur [1]  44/17
offer [1]  102/20
offered [1]  52/11
offering [3]  48/17 52/12 56/2
offers [1]  11/2
office [4]  51/7 51/9 58/21 100/17
official [11]  30/22 30/24 31/18 31/21
 31/23 31/24 32/6 50/21 74/19 79/15
 80/8
often [1]  98/16
onboarding [1]  76/23
online [2]  94/13 102/10
open [2]  2/1 58/1
opened [1]  117/19
opening [1]  3/1
operates [1]  11/9
operating [1]  71/3
operation [2]  70/19 70/21
operations [6]  16/2 16/5 24/2 24/5
 24/19 77/5
opinion [4]  20/25 23/12 60/15 61/9
opportunity [1]  119/1
opposition [2]  122/9 122/12
option [1]  119/22
or -- but [1]  32/2
oral [1]  44/16
order [9]  10/7 17/16 17/22 22/3 22/9
 41/8 43/16 63/5 75/8
organization [10]  10/21 12/18 32/3
 41/11 43/18 67/5 68/1 69/7 93/14
 110/19
organizations [7]  5/4 22/6 68/19 69/11
 70/2 74/20 75/14
original [5]  38/6 38/12 40/4 43/15 54/20
otherwise [2]  11/24 85/5
outreach [1]  76/25
outside [2]  65/16 92/8
overall [2]  22/8 61/18
overly [1]  11/6
oversaw [2]  19/21 59/22
overseeing [2]  19/19 59/23
overtly [1]  64/9
Ovinton [1]  1/12
own [5]  8/2 26/11 32/13 94/19 109/22
owned [2]  10/19 13/17 22/25
owner [4]  4/19 23/23 23/25 24/1
owners [1]  66/16
owns [1]  94/17

**P**

P-4 [1]  34/22
P-O-L-A-R-I-S [1]  94/22
p.m [1]  1/5
page 1 [1]  20/6
page 100 [3]  109/2 109/6 109/8
page 101 [1]  110/4
page 69 [1]  105/8
page 70 [2]  104/10 104/13
paid [19]  8/15 13/8 13/9 22/25 26/4
 26/21 27/20 56/10 64/12 93/4 93/7
 107/7 107/9 107/18 108/6 108/8 109/11
 109/17 110/19
Palo [2]  1/19 1/19
pandemic [6]  5/7 11/11 28/2 62/11
 66/18 68/15
panel [2]  69/17 97/20
pantries [1]  32/5
pantry [3]  28/5 41/6 65/20
paper [3]  48/25 59/2 102/10
papers [1]  122/20
parameters [4]  66/15 112/7 112/10
 118/2
part [18]  8/3 9/6 9/14 11/16 16/20
 16/21 19/16 27/6 37/17 38/1 44/8 60/7
 76/23 79/5 87/19 121/2 121/4 121/7
Partial [1]  109/14
participation [1]  79/5
particular [3]  41/20 42/17 50/13
parties [6]  2/5 2/25 42/16 52/23 104/12
 104/22
parts [4]  37/8 37/10 64/18 78/17
party [2]  104/24 121/3
path [1]  16/24
Pause [4]  13/23 14/10 59/4 115/20
pay [8]  9/4 28/19 28/21 56/7 57/11
 67/24 69/12 94/24
paying [1]  69/14
payment [3]  106/24 106/25 107/15
PC [1]  102/6
per [21]  5/10 5/11 6/1 8/12 32/23 32/25
 33/8 33/10 33/11 33/13 33/13 33/17
 34/3 67/25 69/12 70/1 73/12 73/15
 85/25 86/2 110/25
per-day [1]  33/11
percent [3]  31/8 57/1 75/19
percentage [1]  70/18
Perfect [1]  122/4
perhaps [1]  64/16
period [6]  26/16 79/3 82/12 82/16 92/19
 109/24
permission [5]  40/12 55/14 75/4 97/17
 100/5
person [5]  31/6 43/18 110/19 116/17
 116/20
personal [2]  31/22 37/13
personally [11]  6/21 24/1 24/4 39/17
 40/14 40/15 40/16 40/20 41/18 47/8
 85/10
personnel [1]  43/8
persons [1]  94/20
perspective [1]  120/14
pertaining [1]  43/8
phase [1]  23/6
philanthropic [2]  68/18 69/2

philanthropies [1]  24/24
philanthropy [3]  67/6 67/18 68/16
philosophy [1]  91/24
phone [2]  1/23 102/15
photo [71]
photog [1]  102/7
photograph [124]
photographed [1]  94/16
photographer [9]  21/15 21/19 21/20
 22/25 40/5 47/9 85/16 91/14 91/21
photographers [5]  17/10 19/23 28/25
 29/1 44/5
photographs [92]
photography [11]  7/8 44/1 44/8 91/23
 91/24 100/25 103/6 106/5 109/18 116/6
 116/9
photojournalist [2]  91/14 98/14
photos [39]  6/11 8/15 18/3 18/6 18/22
 19/13 21/7 21/12 23/7 30/15 30/16
 30/19 30/24 32/19 39/17 41/12 42/24
 44/11 44/13 44/15 45/5 45/16 46/7
 46/13 46/22 48/8 52/6 54/15 55/7 74/15
 74/19 74/20 75/9 75/16 80/12 85/13
 93/14 99/1 106/17
phrase [1]  100/7
physically [1]  73/20
pick [1]  102/7
pieces [5]  20/25 32/25 33/1 60/15
 73/14
pipeline [1]  28/13
pitching [1]  30/20
place [4]  5/14 5/22 46/3 77/19
places [2]  61/11 71/14
plaintiff [37]  1/4 1/12 2/9 2/13 3/11 4/4
 4/13 7/5 7/15 8/16 9/19 9/23 10/1 10/2
 10/6 10/7 10/10 10/23 12/1 12/3 12/5
 12/15 12/22 13/8 13/13 14/14 35/18
 74/7 82/19 83/22 90/17 99/15 109/16
 120/9 121/8 122/15 123/15
plaintiff's [10]  8/9 8/15 34/4 34/14 34/17
 41/23 51/1 65/25 71/10 83/2
plaintiffs [1]  2/6
platform [2]  11/14 60/25
platforms [2]  61/12 75/18
playing [1]  47/19
pleases [1]  121/11
podcast [1]  63/23
podcasts [2]  25/7 65/19
podium [1]  14/6
poems [1]  28/18
point [4]  10/7 10/10 13/13 108/24
points [1]  73/11
Polaris [6]  94/21 95/8 96/20 112/22
 112/25 113/8
police [6]  11/18 79/14 95/24 101/6
 102/7 116/21
policies [6]  5/13 6/20 46/3 76/18 77/6
 77/20
policy [4]  46/5 56/22 56/25 57/2
politicians [1]  72/10
politics [1]  11/15
portion [8]  27/20 58/24 64/12 64/21
 67/3 67/6 67/13 67/15
portions [2]  37/5 65/14
posed [2]  28/11 105/9

P

position [2]  61/4 85/1
possibility [2]  4/9 6/18
possible [2]  84/9 122/20
possibly [1]  96/5
post [46]  5/4 8/10 8/14 8/17 8/19 13/9
  18/12 18/15 21/18 37/18 59/11 91/20
  92/3 92/5 92/9 92/23 93/1 93/3 93/8
  93/12 94/12 94/17 94/24 101/8 103/2
  103/9 103/12 103/14 105/13 105/16
  105/21 106/22 106/25 107/3 107/16
  108/5 108/8 109/17 109/19 109/25
  111/4 111/6 111/9 121/1 121/5 121/8
post-trial [3]  121/1 121/5 121/8
posted [7]  6/19 27/23 27/25 30/13
  33/21 47/23 47/25
posting [1]  31/20
potentially [1]  79/13
practice [2]  46/5 55/6 104/15
practices [2]  44/19 55/16
precisely [1]  70/13
preference [2]  46/21 74/15
preferences [1]  46/6
prefix [1]  34/16
preinterview [1]  102/8
premarked [1]  101/11
prepared [1]  34/18
presence [1]  63/23
present [5]  1/21 38/13 38/15 55/15
  100/24
presented [4]  118/6 118/18 118/22
  118/24
Presently [1]  44/20
president [3]  23/11 23/16 61/12
press [6]  21/10 30/19 43/17 46/7 74/19
  74/19
prestigious [1]  5/3
pretrial [2]  9/1 121/7
pretty [7]  63/13 70/20 71/1 71/7 72/14
  76/19 107/25
prevailed [1]  78/11
prevalent [1]  37/11
previous [2]  68/25 75/14
previously [7]  27/1 27/5 27/10 27/19
  47/25 100/1 117/4
price [4]  7/7 111/22 111/25 119/21
prices [1]  119/18
pricing [1]  119/25
primarily [2]  65/13 92/3
primary [9]  30/6 34/1 63/25 64/1 65/3
  73/11 78/21 80/23 91/20
printed [1]  49/5
printout [1]  116/25
pro [9]  9/6 9/6 9/8 9/19 10/24 11/1 11/2
  56/2 56/5
problems [1]  82/4
procedures [7]  5/13 5/22 6/21 46/3
  55/10 77/6 77/21
proceed [3]  15/11 46/10 75/9
proceedings [5]  1/25 13/23 14/10 57/21
  115/20
process [14]  30/15 38/21 38/24 42/24
  43/1 51/13 54/14 71/9 72/14 75/1 79/12
  80/12 86/20 86/23
procured [1]  48/6

produce [4]  43/10 50/22 52/1 63/14
produced [6]  1/25 18/8 51/19 51/22
  107/11 118/9
producing [2]  18/24 38/25
product [2]  28/1 72/4
production [1]  46/11
products [3]  25/4 41/13 42/8
profession [1]  98/23
professional [6]  3/12 10/8 10/12 58/14
  58/15 91/15
Professionally [1]  91/22
proffering [1]  4/14
profit [1]  24/9
program [4]  9/7 32/4 74/8 74/10
programming [3]  23/12 23/17 61/10
programs [3]  16/22 25/2 41/8
prohibitively [1]  76/6
promptly [1]  12/9
proper [2]  48/10 87/21
properly [7]  6/7 6/12 30/13 39/24 45/5
  48/7 54/19
property [2]  94/19 99/3
protecting [1]  115/11
protection [2]  56/16 56/18
protocols [1]  5/14
prove [2]  4/3 4/13
proves [1]  4/11
provide [13]  6/15 18/10 37/17 38/2
  45/24 46/23 47/2 66/17 87/14 87/17
  90/6 102/17 122/8
provided [6]  5/17 9/5 23/5 30/19 52/10
  103/20
provides [1]  18/25
providing [1]  41/8
psychology [1]  91/24
public [3]  11/12 11/22 12/24
publication [12]  6/22 18/9 39/20 40/22
  40/23 40/24 42/20 45/4 48/6 71/9 78/25
  109/19
publications [4]  84/18 91/18 92/11
  108/6
publish [11]  8/14 17/16 22/3 40/21
  44/15 48/13 71/12 73/12 75/10 78/14
  98/5
published [29]  5/8 5/10 5/24 5/25 6/1
  6/4 6/7 11/16 12/24 25/18 32/23 33/9
  39/18 40/19 47/10 49/19 49/22 49/24
  63/20 81/21 82/10 85/19 86/6 89/23
  93/8 94/11 94/12 98/2 111/20
publisher [4]  4/21 4/22 6/25 15/19 30/3
publishers [3]  17/9 17/15 37/14
publishes [1]  11/10
publishing [9]  5/16 7/1 10/13 17/21
  24/12 35/20 37/9 37/11 70/22
pull [4]  21/12 89/18 91/5 116/16
pulled [2]  42/4 73/7
pulling [2]  38/25 43/4
purchase [3]  96/2 96/20 112/8
purchasing [1]  94/23
purpose [3]  3/18 32/19 96/24
purposes [4]  7/24 27/22 93/24 96/17
put [8]  12/8 68/6 69/17 97/25 98/22
  110/1 111/17 121/3
putting [5]  32/4 41/14 42/8 72/16 72/16
PX [3]  35/4 35/5 35/15

PX-4 [3]  35/4 35/5 35/15
PX4 [2]  35/18 123/16

Q

qualified [1]  68/17
Quartz [3]  20/17 21/16 60/14
Queens [6]  11/9 12/19 58/21 62/10
  64/18 65/14
queries [1]  63/9
questioning [1]  114/1
questions [17]  42/15 53/17 57/15 65/25
  71/10 71/16 83/14 83/16 88/6 90/10
  90/12 99/5 99/23 110/11 118/23 119/12
  120/2
quicker [1]  16/1
quickly [1]  122/20
quite [6]  50/4 65/11 73/23 82/3 82/8
  92/19
quote [9]  27/2 27/2 27/6 27/6 27/20
  27/21 35/22 35/23 35/23

R

racial [1]  68/16
racking [1]  10/24
raise [2]  14/17 83/24
ran [5]  60/6 60/16 60/24 61/9 74/15
range [4]  33/14 65/11 67/24 68/14
ranges [1]  98/14
rarely [1]  70/2
rate [22]  7/22 7/23 8/5 8/7 8/9 8/10
  8/12 8/16 8/17 93/5 93/6 93/7 93/10
  93/12 93/17 93/19 94/24 95/2 96/12
  109/17 118/1 118/1
rather [1]  97/21
reach [6]  69/14 69/15 70/13 75/17
  103/19 115/3
reached [4]  12/3 65/3 115/8 115/13
reaching [1]  70/13
reaction [1]  81/25
read [10]  37/5 72/8 97/21 97/24 102/4
  109/6 109/9 110/14 111/21 111/24
reader [1]  24/24
readers [7]  30/5 62/13 64/4 65/10
  65/15 70/9 111/4
readership [3]  64/23 65/12 65/22
readily [2]  10/19 12/10
reading [1]  120/24
ready [2]  57/20 58/7
real [3]  1/18 71/3 71/18
really [29]  20/10 28/7 56/3 58/23 60/20
  61/18 62/8 62/10 62/22 63/12 64/1 64/4
  65/10 65/16 65/22 66/12 66/17 67/4
  67/25 69/13 71/1 71/3 71/19 72/6 72/19
  77/10 77/16 77/20 82/8
realtime [1]  13/25
reason [5]  8/4 10/16 11/24 82/24
  114/12
reasonable [1]  8/11
reasonably [1]  7/19
receive [10]  24/23 24/24 33/25 47/5
  48/17 71/18 71/24 106/25 107/3 108/15
received [16]  16/9 35/18 48/16 52/21
  53/6 55/23 56/1 56/20 66/3 68/18 75/21
  102/25 107/15 108/12 108/18 119/7
receiving [3]  26/22 44/7 102/15

**R**

recess [1]  57/21
recession [2]  60/6 60/9
reckless [5]  3/20 4/6 6/24 8/24 10/5
recklessly [2]  4/9 6/18
recognize [10]  49/7 50/4 86/16 89/22 89/23 94/5 95/20 97/3 102/2 116/17
recognized [1]  30/15
recollection [2]  25/8 114/20
record [13]  12/15 13/7 13/22 15/16 34/12 50/5 83/3 84/12 91/10 102/5 102/21 117/15 120/25
recorded [1]  1/25
records [3]  44/18 44/23 52/7
redefined [1]  65/6
redirect [1]  120/3
refer [13]  3/15 15/25 26/9 34/4 48/21 86/13 93/23 95/5 96/16 96/23 99/16 99/25 116/15
referencing [1]  32/2
referred [3]  55/3 100/1 105/1
referring [10]  31/24 33/15 61/23 64/14 100/9 101/2 101/15 111/21 117/5 119/17
reflect [3]  93/13 102/13 102/15
refresh [1]  114/20
regarding [3]  55/10 87/21 118/2
regardless [1]  93/7
registered [1]  100/17
regularly [1]  61/19
rehabilitation [1]  57/18
related [2]  66/8 109/12
relating [2]  3/25 38/3
relationship [1]  8/16
release [1]  30/19
releases [2]  46/7 74/19
relevance [1]  57/7
relevant [3]  90/7 96/3 120/24
relied [2]  62/1 90/3
rely [1]  85/7
remains [2]  65/3 67/25
remember [3]  82/3 114/8 115/14
rendering [1]  13/10
repeat [4]  25/16 100/23 101/21 106/15
rephrase [2]  17/12 28/8
reported [2]  18/4 19/23
reporter [23]  1/22 5/2 17/23 17/25 18/13 18/15 18/25 19/3 30/21 31/5 36/17 43/18 58/17 58/19 58/20 58/25 59/5 59/10 59/12 59/13 74/20 84/16 85/1
reporters [10]  19/21 19/22 23/4 59/22 59/23 60/8 65/20 70/16 71/14 71/23
reporting [5]  24/16 27/2 32/21 59/1 75/15
represent [7]  3/11 48/17 50/25 55/24 114/9 114/17 115/10
representation [3]  9/6 72/5 102/17
represented [1]  4/10
representing [2]  56/5 56/11
represents [1]  7/21
republish [6]  6/15 7/3 22/9 32/8 32/13 75/19
request [2]  13/19 21/7
requests [1]  63/15

require [1]  37/14
required [6]  7/2 18/3 18/18 19/13 47/9 86/6
requirement [2]  9/8 10/25
requires [1]  9/7
resolve [1]  13/2
resounding [1]  75/20
resources [1]  21/13
respect [4]  6/2 6/5 39/4 45/7
respected [1]  5/3
respectfully [1]  52/18
respond [1]  75/6
responds [1]  109/16
response [3]  55/15 109/14 110/5
responses [1]  120/24
responsibility [14]  58/19 59/6 59/10 59/16 59/19 60/1 60/4 60/10 60/13 60/18 60/21 61/8 61/15 61/25
responsible [5]  5/9 38/18 39/1 39/3 49/18
restate [1]  45/20
restaurant [1]  4/19
restrictions [3]  111/9 111/12 111/14
result [4]  4/6 10/5 13/14 41/17
retained [1]  11/1
revenue [30]  13/14 24/18 24/21 24/24 25/9 25/11 26/14 26/21 26/23 64/15 64/20 66/1 66/5 66/7 66/11 66/20 67/8 68/10 68/20 68/21 68/23 69/5 70/4 70/6 70/8 70/14 70/18 70/24 81/12 81/14
revenues [3]  65/24 69/4 70/1
review [12]  5/23 6/21 39/17 49/21 52/6 72/18 72/20 72/22 73/17 73/19 74/1 81/2
reviewed [5]  5/25 39/25 49/24 74/3 80/25
reviewing [2]  73/24 77/3
reviews [2]  72/24 73/9
rewind [1]  27/15
REZNIK [1]  1/21
rights [6]  3/21 4/7 6/25 94/17 111/22 111/25
rise [1]  4/14
risk [2]  98/7 98/9
ROBERT [1]  1/21
role [21]  5/19 6/9 23/8 47/19 59/1 59/5 59/17 60/2 60/11 60/19 61/3 61/16 61/20 78/25 80/21 81/4 89/9 89/14 89/16 89/25 90/7
roles [1]  21/21
roll [1]  65/8
rolled [1]  76/18
rollout [1]  77/14
room [2]  19/23 21/6
rooms [2]  16/21 16/23
roughly [2]  86/3 91/22
routinely [1]  7/9
RPR [1]  1/22
rules [1]  121/15
run [9]  20/12 21/1 21/7 25/3 28/19 31/10 31/25 40/12 73/21
running [6]  20/10 20/13 31/7 32/5 62/6 94/19
runs [2]  28/20 80/20
Rutgers [2]  16/13 16/16

**S**

safe [1]  45/7
sales [2]  8/4 73/22
SANDERS [6]  1/12 2/8 2/12 3/11 114/7 115/9
SANGHAMITRA [2]  15/2 15/17
sat [1]  12/6
saving [2]  10/13 11/12
saw [3]  40/2 40/19 43/20
Sayu [1]  52/8
scam [1]  82/8
school [12]  5/1 16/14 16/21 16/22 16/24 17/1 17/14 17/18 19/3 21/25 36/20 91/23
scope [1]  70/10
screen [6]  34/7 78/4 100/2 101/25 111/18 119/17
scroll [3]  35/25 79/24 89/19
scrolling [1]  36/3
search [1]  65/18
searching [1]  79/12
seated [4]  3/7 15/6 80/19 122/21
second [5]  7/16 14/2 50/12 59/3 97/25
section [3]  61/9 65/7 112/3
Section 8 [1]  65/7
sections [1]  61/1
secure [1]  43/16
securing [1]  46/10
seek [1]  8/8
seeking [1]  68/5
seeks [2]  7/5 8/20
select [3]  71/12 112/7 112/9
selected [3]  48/10 119/19 119/24
selecting [5]  46/22 75/12 89/9 89/16 89/25
selection [3]  47/11 85/15 86/23
selections [2]  112/3 112/4
selects [1]  72/13
sell [3]  93/22 95/10 96/4
semiweekly [1]  39/9
senior [5]  20/6 23/11 23/16 61/8 61/12
sense [6]  74/16 87/10 93/21 96/15 98/11 100/16
sensitive [1]  75/8
sent [4]  28/1 55/12 102/3 102/19
sentences [1]  102/4
separate [2]  44/9 117/22
September [2]  54/12 54/13
September 2023 [1]  54/13
serve [4]  11/15 41/14 64/16 65/13
served [3]  18/12 19/3 22/11
service [2]  64/19 66/18
services [5]  13/10 21/1 56/2 73/8 109/18
serving [2]  64/17 72/5
set [2]  8/23 87/6
setting [1]  71/19
settle [3]  12/4 12/11 83/12
settled [1]  7/18
seven [3]  53/1 93/2 115/17
several [1]  33/2
Sewell [10]  11/19 95/24 96/6 97/9 101/5 105/11 106/4 106/9 106/12 116/21
share [1]  11/14

S

shift [5]  93/4 107/6 107/9 107/12 108/3
shifted [1]  58/22
shocked [2]  82/2 82/9
shoot [11]  93/18 103/6 105/13 106/4
 106/5 106/6 106/10 106/13 106/19
 107/5 109/23
short [1]  3/1
shot [4]  85/18 92/17 92/18 98/19
shown [1]  112/2
sides [1]  122/6
sign [1]  67/23
signed [1]  104/17
Significantly [1]  4/10
similar [1]  117/11
Similarly [1]  73/10
simple [2]  9/3 105/22
simultaneous [1]  122/5
simultaneously [1]  121/8
single [8]  9/24 9/25 13/12 13/12 48/10
 73/17 73/19 103/5
sit [2]  84/4 91/5
site [1]  44/12
six [7]  6/3 19/2 50/1 53/12 53/12 54/5
 54/18
six -- that [1]  54/5
sixth [1]  52/8
size [4]  28/5 119/18 119/22 119/24
skills [1]  62/12
slash [2]  102/6 102/11
slings [1]  10/23
small [13]  10/21 11/14 12/17 41/7 50/4
 51/17 58/23 66/16 69/22 76/6 77/4
 119/20 119/22
smaller [1]  95/9
smallest [1]  67/15
social [8]  25/7 31/16 60/24 61/5 61/17
 63/24 71/18 75/18
solicitations [4]  48/16 55/20 56/3 82/6
solicited [1]  60/15
solidify [1]  77/20
somewhere [1]  93/22
sophisticated [1]  6/25
sort [4]  28/12 86/23 87/4 88/4
sought [3]  13/2 43/14 117/4
sounds [1]  53/12
source [6]  22/22 31/18 31/21 40/4
 43/15 54/20
sourced [3]  23/2 28/2 31/2
sources [7]  31/25 38/6 38/12 42/25
 43/17 43/19 74/13
sourcing [6]  30/15 32/19 38/24 42/24
 46/6 80/12
Spanish [1]  16/18
speaking [3]  38/13 41/24 86/8
special [1]  20/6
specialists [1]  62/2
specific [4]  17/6 41/24 49/21 110/13
specifically [3]  44/13 76/21 116/4
specificity [1]  86/23
specified [1]  92/7
Spell [1]  39/13
spelled [1]  75/1
spelling [1]  39/10
spend [2]  70/14 92/6

spends [1]  8/12
sponsor [1]  69/21
sponsored [1]  69/19
sponsoring [1]  74/20
sponsorship [6]  24/22 25/4 66/21 66/22
 69/16 69/25
sporadically [1]  5/25
sports [1]  59/23
spring [2]  62/9 80/24
Square [1]  1/19
stability [1]  98/16
staff [7]  5/17 6/21 45/25 46/24 47/2
 70/22 76/14
stamping [1]  101/18
stand [7]  3/6 14/15 15/1 83/23 84/1
 91/1 120/6
standard [4]  4/1 4/16 86/1 118/1
standards [1]  55/16
standing [1]  14/17
start [7]  14/2 20/13 20/17 64/25 73/2
 99/23 112/5
start-up [1]  20/17
started [10]  11/8 12/18 24/7 47/21
 62/22 63/12 64/17 69/1 80/24 92/24
starting [10]  9/6 17/17 76/12 104/10
 104/13 105/9 109/6 109/7 109/21
 110/12
startup [2]  19/16 59/21
state [10]  2/5 3/19 3/25 15/16 42/14
 50/20 84/12 85/20 91/10 110/5
statement [2]  110/2 112/12
statements [1]  3/1
STATES [3]  1/1 1/3 1/9
statutory [4]  3/23 7/4 12/16 13/19
stay [4]  3/7 3/8 14/17 16/24
steel [1]  59/24
stenography [1]  1/25
step [3]  83/17 90/14 120/5
steps [2]  79/7 90/15
stipulating [1]  53/3
stock [3]  7/8 44/1 95/11
stopped [2]  64/6 64/6
stories [9]  18/21 28/16 46/14 65/17
 71/16 72/16 73/7 75/7 78/20
story [5]  21/7 65/6 65/10 78/11 102/9
stranger [1]  8/20
streams [1]  66/5
Street [8]  5/5 20/1 20/3 20/7 20/9 20/11
 21/18 60/5
stressful [1]  98/15
strike [2]  118/20 119/4
student [2]  17/8 17/14
studied [1]  16/17
study [5]  16/16 16/19 17/2
subject [6]  40/17 49/9 49/11 101/6
 109/15 120/20
submissions [5]  23/5 28/17 28/20 44/7
 71/25
submit [2]  28/18 121/8
submitted [3]  85/4 103/11 117/21
subscription [3]  44/1 67/4 73/8
subsequent [1]  68/18
subsequently [1]  66/6
sued [5]  12/20 57/5 75/24 82/1 82/11
suffered [1]  98/21

sufficient [3]  74/2 75/12 80/8
suggest [1]  28/15
suggested [1]  79/1
suggests [2]  10/20 13/4
suit [1]  12/7
Suite [2]  1/13 1/19
sum [1]  8/22
summer [2]  24/7 41/3
SUNG [1]  1/21
supervise [5]  22/17 24/1 24/4 47/15
 48/3
supervised [1]  87/24
supervising [2]  43/4 61/21
supervisor [2]  5/19 6/9
supply [2]  18/21 85/7
support [11]  10/7 10/21 11/2 41/5 67/5
 67/6 67/7 67/22 68/15 69/2 77/2
supporting [1]  68/17
suppose [1]  110/10
sure -- or [1]  42/14
surely [1]  66/17
surface [1]  64/4
surfaced [1]  64/6
surge [2]  42/6 77/18
surprised [1]  82/5
Sustained [2]  57/9 57/14
swearing [1]  79/4
swiftly [1]  13/1
swoop [1]  121/12
sworn [3]  15/3 84/3 91/3
sworn/affirmed [3]  15/3 84/3 91/3
system [5]  33/11 46/13 74/2 75/11 80/7

T

tab [3]  34/21 48/22 48/24
table [1]  14/5
taught [1]  17/9
TBD [1]  102/11
team [17]  12/18 18/5 18/7 18/10 19/15
 19/20 19/20 21/2 23/12 23/20 35/13
 59/22 60/8 60/25 61/18 63/8 80/6
team's [1]  61/9
teams [5]  23/15 23/20 60/24 61/6 61/17
television [1]  61/11
ten [3]  121/17 121/18 121/19
tens [1]  71/2
term [1]  116/13
terms [7]  7/4 46/2 62/13 116/4 116/7
 116/9 122/13
terror [1]  58/21
test [1]  63/5
testified [14]  15/3 27/1 27/5 27/10
 27/14 27/19 33/12 45/23 64/11 84/3
 91/3 113/7 114/10 114/14
testify [1]  118/8
testimony [9]  8/2 51/23 53/13 53/20
 54/4 54/18 103/23 105/6 108/23
tests [1]  32/5
text [6]  33/6 35/11 50/4 71/18 72/8
 101/15
that -- well [1]  118/14
themselves [2]  30/17 43/18
theoretically [1]  38/7
therefore [1]  3/17
thinking [1]  69/3

**T**

third [3]  36/5 50/25 97/12
thoroughly [1]  33/20
thousands [4]  65/8 69/12 69/13 71/2
three [10]  25/19 32/25 33/10 59/22
 84/25 86/3 102/4 113/24 122/2 122/13
thrown [1]  82/9
thumb [1]  97/23
Thursdays [1]  80/20
tickets [1]  68/4
title [6]  15/22 47/18 47/20 47/21 111/22
 111/25
titles [1]  20/3
today [28]  2/23 3/2 9/15 9/21 12/13
 15/15 20/11 26/24 28/14 37/23 54/18
 56/5 57/2 62/8 63/21 64/24 65/4 65/5
 73/1 73/1 73/4 73/5 81/5 81/9 113/21
 121/17 122/3 122/14
together [1]  72/16
top [3]  97/13 98/14 98/17
topic [1]  87/8
topics [1]  11/15
total [4]  6/3 50/1 52/25 108/8
towers [1]  98/20
traffic [3]  33/24 65/5 65/5
trained [1]  6/14
training [22]  5/13 5/17 37/18 37/21 38/2
 38/5 38/10 43/7 43/11 45/24 46/1 46/24
 47/2 47/4 76/8 76/13 76/19 76/20 87/15
 87/18 87/21 90/6
transform [1]  60/23
transitioning [1]  20/13
trial [11]  1/8 2/3 2/23 3/18 9/2 9/10
 118/25 120/25 121/1 121/5 121/8
true [2]  65/4 110/6
truth [1]  10/25
turn [14]  21/2 35/5 36/13 48/23 74/18
 93/25 95/6 97/1 101/10 104/10 105/8
 106/24 109/2 111/15
turned [1]  77/21
turning [1]  36/3
twice [1]  32/24
two [15]  3/23 4/5 7/22 11/6 11/8 33/13
 33/17 39/1 39/11 46/12 58/5 77/16
 80/14 115/16 122/11
twofold [1]  3/18
type [2]  69/17 83/6
types [3]  32/1 46/22 68/7
typically [1]  120/23

**U**

U.S [1]  4/18
ultimately [3]  9/10 38/24 49/20
unaware [1]  54/5
undergo [2]  72/18 72/22
undergrad [1]  16/13
understood [1]  105/15
undertaken [3]  48/8 52/6 53/23
unfortunately [1]  48/25
Uniondale [1]  1/13
UNITED [3]  1/1 1/3 1/9
university [5]  16/13 16/14 17/1 84/15
 92/1
Unless [1]  49/5
unlicensed [1]  51/2

unprecedented [1]  78/18
upcoming [1]  66/23
upsetting [1]  99/4
URL [1]  15/21
usage [2]  108/9 113/19
user [1]  30/8

**V**

vaccine [3]  26/4 66/25 77/14
vaccines [1]  11/12
vague [1]  37/1
vaguely [1]  86/11
value [8]  7/6 7/10 7/12 8/9 8/23 107/15
 107/17 118/19
variety [3]  22/22 42/25 74/18
various [3]  20/7 21/1 25/2
variously [1]  88/4
vehicle [2]  34/1 65/3
VERA [3]  1/14 2/12 123/11
verbal [1]  44/16
verification [2]  42/20 54/14
verify [8]  30/12 40/10 40/20 41/1 45/4
 45/8 48/5 48/6
verifying [1]  40/16
versions [1]  13/11
versus [4]  1/5 2/3 30/9 45/16
veteran [4]  4/25 6/14 6/18 35/22
vetted [1]  41/14
vetting [1]  61/17
via [1]  103/2
vice [3]  23/11 23/16 61/12
victims [1]  63/7
video [3]  28/19 60/25 61/10
views [4]  11/14 34/3 82/15 82/17
violation [1]  3/17
virtual [1]  78/17
visuals [8]  18/10 18/10 18/21 19/1
 19/17 39/1 61/24 72/7
voices [1]  16/23
volunteer [1]  67/1
volunteers [1]  26/3
volunteers [1]  65/7
VP [1]  61/8

**W**

wait [2]  45/13 122/19
waiving [1]  109/15
walk [3]  17/20 50/6 58/14
Wall [8]  5/4 19/25 20/3 20/7 20/9 20/11
 21/17 60/5
Washington [6]  5/4 18/12 18/15 21/18
 59/11 59/15
water [1]  100/16
ways [10]  22/23 23/7 28/3 28/14 30/16
 64/2 64/8 64/15 69/6 110/11
web [7]  33/24 65/5 65/5 65/8 65/17
 96/20 112/14
webinar [1]  69/17
website [51]  5/6 5/10 5/15 6/1 7/3 8/1
 11/10 11/13 11/22 25/5 26/8 26/14
 26/20 26/23 27/1 27/5 27/24 27/24
 27/25 28/6 28/13 28/20 28/22 28/25
 30/13 31/15 33/22 33/25 34/1 37/19
 39/5 39/19 42/9 44/15 47/10 47/25 48/6
 52/7 53/23 54/16 60/16 63/21 64/14

64/15 64/19 64/20 64/21 69/13 72/17
 81/16 97/7
website's [1]  30/5
websites [6]  30/23 61/11 74/19 79/15
 80/8 85/19
Wednesday [1]  102/9
week [10]  32/24 32/25 33/10 33/13
 33/18 63/22 86/2 86/3 93/2 115/17
weekly [1]  71/14
weeks [4]  86/2 122/2 122/11 122/14
weigh [1]  37/1
well-respected [1]  5/3
whole [3]  9/14 28/9 82/18
wife [2]  12/18 63/8
wilfulness [6]  4/2 4/3 4/12 4/13 4/16
 6/13
willful [5]  4/6 4/15 9/23 10/2 10/5
Willfulness [1]  4/8
Wimmer [1]  11/1
windfall [1]  9/24
wish [1]  94/18
wishing [1]  10/21
witness [25]  14/12 15/1 15/1 15/2 34/6
 34/8 57/16 58/3 83/19 83/21 84/1 84/1
 84/2 90/15 90/16 91/1 91/1 91/2 99/17
 112/11 117/17 118/5 120/6 120/6 123/2
witness' [2]  113/3 113/11
witnesses [4]  3/2 3/2 120/12 120/18
women [1]  78/18
word [5]  7/22 31/24 32/4 68/6 102/4
words [4]  7/14 7/22 33/2 85/6
works [4]  14/7 18/24 69/6 70/3
world [8]  60/16 77/12 91/7 91/9
 93/17 95/10 98/18 98/19
worth [2]  93/11 108/18
write [7]  60/7 71/22 85/8 85/25 86/1
 86/7 89/6
writer [4]  20/6 30/17 31/12 46/7
writers [2]  20/6 28/21
writes [1]  71/21
writing [3]  18/11 72/10 80/23
written [3]  44/11 44/18 87/20
wrote [3]  18/21 80/16 86/18

**Y**

year [15]  4/25 8/16 11/25 12/7 22/1
 25/20 56/21 59/14 66/2 68/25 71/5 73/6
 73/15 76/19 82/13
years [14]  7/1 16/25 19/2 21/25 68/18
 77/16 84/25 86/3 91/22 92/15 92/25
 103/13 104/17 113/24
years-ish [1]  92/25
YORK [58]  1/1 1/4 1/13 1/16 1/16 8/9
 8/14 8/17 8/19 11/9 11/17 11/18 12/19
 13/9 20/5 23/13 23/14 23/15 31/10
 58/22 58/24 64/19 65/7 65/16 78/10
 91/20 92/3 92/5 92/5 92/9 92/22 93/1
 93/3 93/8 93/12 94/12 94/17 94/24
 101/5 101/8 103/2 103/9 103/12 105/13
 105/15 105/21 106/22 106/25 107/3
 107/16 108/5 108/8 109/17 109/19
 109/25 111/4 111/6 111/9
Your Honor [3]  77/24 83/14 83/16
yourself [2]  85/7 91/5